IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-100-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT MONSANTO COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM AND LACK OF STANDING**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(1), Defendant Monsanto Company respectfully moves this Court to dismiss Plaintiff American Corn Growers Association's ("ACGA") Complaint on two independent grounds.

First, the ACGA Complaint was brought in violation of a forum selection clause in a license agreement that binds both ACGA and its members. Indeed, ACGA filed this Complaint in an effort to circumvent motions to dismiss based on the forum selection clause that are pending in two virtually identical actions filed in this Court by ACGA's counsel. *See Pullen Seeds and Soil v. Monsanto*, C.A. No. 06-599-SLR, (D. Del. Filed on Sept. 26, 2006) and *Wade Farms v. Monsanto*, C.A. No. 06-600-SLR, (D. Del. Filed on Sept. 26, 2006).

Second, ACGA lacks standing to sue on its own behalf or on behalf of ACGA's grower members that are now putative class members in the *Pullen* and *Wade* actions. ACGA alleges no injury to itself and its members are the more direct alleged "victims" who are better equipped to pursue this action as putative class members in the *Pullen* and *Wade* actions. ACGA further lacks associational standing because this action is not

germane to the organization's purpose, and will clearly require individual members' participation. Further, the filing of this lawsuit draws into question whether counsel can adequately represent both the association and the putative class given their apparent divergent interests among the two.

The grounds for this Motion are set forth in Monsanto's Memorandum in Support, filed contemporaneously herewith. A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted,

| CO-COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Peter E. Moll<br>John J. Rosenthal<br>Scott Flick<br>HOWREY LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market St.<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>Fax: (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Kenneth A. Letzler<br>Jonathan I. Gleklen<br>ARNOLD & PORTER LLP<br>555 12th Street, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 942-5000<br>Fax: (202) 942-5454 | *Attorneys for Defendant Monsanto Company* |

Dated: March 13, 2007
783292 / 31255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 13, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com

I hereby certify that on March 13, 2007, I have Electronically Mailed the documents to the following:

Bruce E. Gerstein
Noah H. Silverman
Joseph Opper
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com
jopper@garwingerstein.com

Stuart E. Des Roches
Odom & Des Roches, LLP
650 Poydras Street
Suite 2020
New Orleans, LA 70130
stuart@odrlaw.com

Adam M. Moskowitz
T. Tucker Ronzetti
David M. Buckner
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
amm@kttlaw.com
tr@kttlaw.com
dmb@kttlaw.com

Daniel Berger
Eric Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
danberger@bm.net
ecramer@bm.net

| | |
|---|---|
| Michael Miller<br>Law Office of Michael Miller<br>926 Chulie Drive<br>San Antonio, TX 78216<br>mdm@mdmlaw.net | Lance A. Harke<br>Harke & Clasby, LLP<br>155 S. Miami Avenue, Suite 600<br>Miami, FL 33130<br>lharke@harkeclasby.com |

I hereby certify that on March 13, 2007, I have sent the documents via U.S. Mail to the following:

| | |
|---|---|
| David P. Smith<br>W. Ross Foote<br>Percy, Smith & Foote, LLP<br>720 Murray Street<br>P.O. Box 1632<br>Alexandria, LA 71309 | Roger C. Bolin<br>Boyle & Bolin Attorneys at Law<br>227 E. Court St.<br>Hennepin, IL 61327 |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

783308 / 31255

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-100-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

### ORDER

Having considered Defendant's Motion to Dismiss all counts of Plaintiff's Complaint, this Court hereby ORDERS that the Defendant's Motion to Dismiss is GRANTED.

SO ORDERED THIS _____ DAY OF _____, 2007.

_____
United States District Judge

783292