**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-100-SLR |
| MONSANTO COMPANY, | ) ) ) | |
| Defendant. | ) | |

**DECLARATION OF JOHN J. ROSENTHAL IN SUPPORT OF**
**MONSANTO'S MOTION TO DISMISS**

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market St.
Wilmington, DE 19801
Tel:  (302) 984-6000
Fax: (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Monsanto Company*

OF COUNSEL:

Peter E. Moll
John J. Rosenthal
Scott Flick
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004
Tel:  (202) 783-0800
Fax: (202) 383-6610

Kenneth A. Letzler
Jonathan I. Gleklen
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, D.C. 20004
Tel:  (202) 942-5000
Fax: (202) 942-5454

Dated: March 13, 2007
783319 / 31255

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, | ) ) ) | C.A. No. 07-100 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MONSANTO COMPANY, | ) ) | |
| Defendant. | ) | |

## DECLARATION OF JOHN J. ROSENTHAL IN SUPPORT OF MONSANTO'S MOTION TO DISMISS

I, John Rosenthal, declare as follows:

1.    I am a partner at Howrey LLP, counsel of record for defendant Monsanto Company.

2.    In preparation of Monsanto's Motion to Dismiss, I have reviewed various public sources of information regarding the American Corn Growers Association ("ACGA"), including websites, ACGA's public available tax returns, and ACGA's Articles of Incorporation filed with the District of Columbia Regulatory Authority.

3.    A true and correct copy of an August 31, 2005 article entitled "How Glyphosate Resistance Helps The Organic Movement," written by John Laumer, is attached hereto as Exhibit 1, and is available online at http://www.treehugger.com/files/2005/08/the_emergence_o.php. The article discusses how the increase glyphosate-tolerant weeds increases costs for non-organic farmers to grow their crops, which in turn benefits organic growers. Ex. 1.

4.    A true and correct copy of the ActivistCash.com home page is attached hereto as Exhibit 2, and is available online at http://www.activistcash.com/. ActivistCash.com is a web site that provides "in-depth profiles of anti-consumer activist groups, along with information about the sources of their exorbitant funding." Ex. 2.

5.    ActivistCash.com maintains a profile on ACGA.  A true and correct copy of ActivistCash.com's overview of ACGA is attached hereto as Exhibit 3, and is available online at http://www.activistcash.com/organization_overview.cfm.  The ActivistCash.com website portrays ACGA as an organization vehemently opposed to genetically modified crops. Ex. 3.

6.    A true and correct copy of a February 14, 2002 article entitled "Of Biotech Effectiveness: Corn Growers Say Farmers Best Judges" is attached hereto as Exhibit 4, and is available online at http://southwestfarmpress.com/mag/farming_biotech_effectiveness_corn. In the article, ] NCGA criticizes a study published by the Institute for Agriculture and Trade Policy (IATP) that asserts that insect-resistant corn with the *Bacillus thuringiensis* (Bt) trait has hurt U.S. farm income.  Ex. 4.  NCGA executive vice president and CEO Rick Tolman said:

> The IATP report immediately lacks credibility because it uses as its farmer organization spokesperson a representative of the American Corn Growers Association (ACGA).  ACGA has much stronger ties to and support from the environmental extremists than they do from actual corn producers in the United States. They are not credible representatives for U.S. corn growers.

*Id.*

7.    A true and correct copy of a June 9, 2000 article entitled "Truth Takes a Detour" is attached hereto as Exhibit 5, and is available online at http://www.consumerfreedom.com/news_detail.cfm?headline=306. The article states, "[t]he idea that ACGA is 'neutral' and not influenced by radical anti-choice environmentalists is anything but truthful. . . ." Ex. 5.

2

8.    A true and correct copy of ACGA's August 26, 2001 letter to then-EPA Administrator Christine Todd Whitman is attached hereto as Exhibit 6, and is available online at http://www.non-gm-farmers.com/news_details.asp?ID=713. The President of ACGA sent this letter to Administrator Whitman requesting that the EPA deny re-registration for Bt Corn. Ex. 6. In this letter, ACGA states :

> The impact that Bt (genetically engineered or GMO) corn is having on markets for U.S. corn is far from being neutral. Therefore, the ACGA cannot be neutral or silent on those issues. The biotech companies who put these GMO corn varieties on the market are indeed imposing a negative economic impact on the majority of farmers who choose not to plant such corn varieties. Consequently, the ACGA has very serious concerns about EPA's consideration of granting re-registration for Bt corn.

> We urge you to seriously reconsider this decision until a comprehensive evaluation is conducted on the negative impacts that Bt varieties are having on markets for U.S. corn. One glaringly negative impact is the extremely low prices that farmers are receiving for corn at the farm level.

*Id.*

9.    A true and correct copy of an August 1, 2000 article entitled "Inside the American Corn Growers Association" is attached hereto as Exhibit 7, and is available online at http://www.consumerfreedom.com/article_detail.cfm?article=63. The Center for Consumer Freedom wrote an exposé about ACGA and posted it on their website, ConsumerFreedom.com. Ex. 7. This article states discusses ACGA's mission and reports ACGA has connections to radical anti-GM organizations:

> Founded in 1987 as a self-proclaimed alternative to the far larger National Corn Growers Association, ACGA appears to currently be focused on opposing all genetically engineered (GE) agriculture.

> [...]

> ACGA's "Farmer Choice" program is funded by several foundations which have a history of backing anti-GE environmental organizations, many of who, in addition to their other anti-GE activities, are members of the Bolinas Group. The [ACGA's Farmer Choice] program's ties dissolve any claims ACGA could make regarding its provision of "unbiased, honest and

3

objective" information, especially when considered in tandem with its sponsorship of the intensely anti-GE foods "CropChoice.com" website.

*Id.*

10.    A true and correct copy of ActivistCash.com's analysis of ACGA's funding is attached hereto as Exhibit 8, and is available online at http://www.activistcash.com/organization_financials.cfm/oid/42. According to the ActivistCash.com website, ACGA received a grant from the John Merck Fund in 2002 for $60,000. Ex. 8. ACGA received the grant with the objective "to reduce the number of planted acres of genetically engineered corn by providing objective information to farmers about the many uncertainties that growing such crops present." *Id.* Between 1999 and 2002, ACGA received $280,000 in funding from the Merck Fund. *Id.*

11.    A true and correct copy of The John Merck Fund's Program Overview web page is attached hereto as Exhibit 9, and is available online at http://www.jmfund.org /program.html. According to The Merck Fund's website, it gave out $6.484 million in grants in 2006. Ex. 9. Fifty percent of its grants budget went to "environmental programs." *Id.*

12.    A true and correct copy of The John Merck Fund's "Environment" web page is attached hereto as Exhibit 10, and is available online at http://www.jmfund.org/ environment.html. Through its environmental grants, The Merck Fund supports programs that "educate the public, the media, farmers and policymakers about the health and environmental questions raised by genetically engineered food and agriculture." Ex. 10.

13.    ACGA reportedly has received additional funding from FarmAid, totaling almost $60,000 between 1995 and 2001. Ex. 8. A true and correct copy of FarmAid's "Genetic Engineering (GMOs)" web page is attached hereto as Exhibit 11, and is available online at http://www.farmaid.org/site/PageServer?pagename=info_

4

facts_genetic. FarmAid is vehemently opposed to genetically modified crops, calling them "a public health hazard," which is "threatening farmers worldwide." Ex. 11.

14.    A true and correct copy of ACGA's "About ACGA" web page is attached hereto as Exhibit 12, and is available online at http://www.acga.org/about/default.htm. ACGA uses the grants from various foundations to fund programs such as the ACGA's Farmer's Choice- Customer First program. Ex. 12. The Farmer's Choice Program "educates" farmers about the dangers of growing genetically-modified crops and their potential impact on the marketability of the farmers crop. *Id.*

15.    Attached hereto as Exhibit 13 is a true and accurate chart comparing the complaints filed in *Schoenbaum v. E.I. Dupont de NeMours and Co.*, No. 4:05-CV-01108-ERW (E.D.Mo. Filed Apr. 16, 2004), *Wade Farms et al. v. Monsanto*, No. 06-600-SLR (D.Del. Filed on Sept. 26, 2006), *Pullen Seeds and Soil v. Monsanto*, No. 06-599-SLR (D.Del. Filed on Sept. 26, 2006), and *American Corn Growers Ass'n v. Monsanto*, No. 07-100-SLR, (D.Del. Filed Feb. 21, 2007).

16.    A true and correct copy of ActivistCash.com's website detailing ACGA's organizational connections is attached hereto as Exhibit 14, and is available online at http://www.activistcash.com/organization_connections.cfm/oid/42. According to ActivistCash.com, ACGA has connections to many organizations that are opposed to the use of genetically modified crops and non-organic herbicides. Ex. 13. These organizations include: the Organic Consumers Association, Center for Food Safety, Environmental Media Services, the Bolinas Group (a consortium of environmental and anti-technology groups), Greenpeace, and Natural Resources Defense Council. *Id.*

17.    A true and correct copy of ACGA's Board of Directors web page is attached hereto as Exhibit 15, and is available online at http://www.acga.org/directors/default.htm.

5

18.    Over half of ACGA's Officers and Directors have executed Monsanto Technology Agreements. True and correct copies of executed Monsanto Technology Agreements for the following ACGA members are attached hereto as Exhibit 16.

19.    A true and correct copy of Monsanto's 2007 Technology Agreement is attached hereto as Exhibit 17. The Technology Agreement contains a Forum Selection Clause, which specifies:

> THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE
> JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR
> THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION,
> AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS,
> MISSOURI, (ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO)
> FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR
> CONNECTED IN ANY WAY WITH THIS AGREEMENT AND/OR
> THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES,
> EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

Ex. 17 at p. 2.

20.    A true and correct copy of ACGA's 2004 tax return is attached hereto as Exhibit 18. On its tax returns, ACGA reported to the Internal Revenue Service that its "primary exempt purpose" was "to promote alternate uses of corn and by products." Ex. 18.

I declare under the penalty of perjury according to the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 13, 2007.

John J. Rosenthal, Esq.

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 13, 2007, the attached document

was hand delivered to the following persons and was electronically filed with the Clerk of

the Court using CM/ECF which will send notification to the registered attorney(s) of

record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com

I hereby certify that on March 13, 2007, I have Electronically Mailed the

documents to the following:

Bruce E. Gerstein
Noah H. Silverman
Joseph Opper
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com
jopper@garwingerstein.com

Stuart E. Des Roches
Odom & Des Roches, LLP
650 Poydras Street
Suite 2020
New Orleans, LA 70130
stuart@odrlaw.com

Adam M. Moskowitz
T. Tucker Ronzetti
David M. Buckner
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
amm@kttlaw.com
tr@kttlaw.com
dmb@kttlaw.com

Daniel Berger
Eric Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
danberger@bm.net
ecramer@bm.net

Michael Miller
Law Office of Michael Miller
926 Chulie Drive
San Antonio, TX 78216
mdm@mdmlaw.net

Lance A. Harke
Harke & Clasby, LLP
155 S. Miami Avenue, Suite 600
Miami, FL 33130
lharke@harkeclasby.com

I hereby certify that on March 13, 2007, I have sent the documents via U.S. Mail

to the following:

David P. Smith
W. Ross Foote
Percy, Smith & Foote, LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Roger C. Bolin
Boyle & Bolin Attorneys at Law
227 E. Court St.
Hennepin, IL 61327

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

783308 / 31255

# EXHIBIT 1

## How Glyphosate Resistance Helps The Organic Movement

by John Laumer, Philadelphia on 08.31.05
**BUSINESS & POLITICS (news)**

Ads by Goooooogle

**Patio Weed Control**
Professional Strength Formula Kills & Prevents Weeds For up to 1 Year!
www.Ortho.com

**Solar Energy**
Explore Energy Topics. Voice Your Opinion & Help Create Solutions.
www.WillYouJoinUs.com

**Passive Solar Homes**
Beautiful, Modern homes that heat and cool by design.
www.enertia.com

**Lawn Care & Weed Control**
Lawn fertilization, weed control & custom lawn treatments available.
Spring-Green.com

Advertise on this site



The Roundup brand of glyphosate sold to consumers seems now to have an additional booster herbicide added. Check the weedkiller's label yourself next time you pop into a garden center. What may be an explanation for the changed formulation comes in the way of a research report published in the journal Outlooks on Pesticide Management, with this abstract: GLYPHOSATE-RESISTANT WEEDS: CURRENT STATUS AND FUTURE OUTLOOK Vijay K. Nandula,1Krishna N. Reddy* 2Stephen O. Duke,3and Daniel H. Poston1 review the current situation regarding the development of glyphosate resistant weeds following the increased cultivation of glyphosate-resistant crops and warn of a real loss in glyphosate efficacy if its uncontrolled use continues. TreeHugger is not a peer review type of publication, so we won't go into how many weeds are resistant, where, and it's significance. Take the link above if you want that information. But, we will give some thought to what it means to organic and locally grown foods.

There's no way that direct consumer useage has been a primary force in causing the evolved resistance of weeds. The big volumes of glyphosate go onto cash crops. Organic farmers don't, by definition, use glyphosate on their crops. Some locally grown food producers might use it..or might not, if they rely on hand weeding, torching, or "solarizing" instead.

At any rate, the obvious upshot, long term, is that glyphosate reliant food producers will have to spend more time and money to control weeds, while the organic producer's weed control costs will remain unaffected by the evolved glyposate resistance.

We could go on with analogies to other resistance build up examples, like DDT and penicillin, but those don't really seem to apply well, and the point stands on it's own. Organic farming just got a little help from the competition.

**« previous post | home | related | next post »**

**Planet Shoes - Our Planet**
Earth Friendly Shoes and Apparel. Low Price, Free Shipping and Return
www.PlanetShoes.com/Our_Planet
Ads by Google · Advertise on this site

[2] Comments | Related Tags:
HUGG THIS | DIGG THIS

 Comments (2)

✓ Comments (2)

I wonder if weeds will work up resistences to "safer" organic weed killers like the
clove+vinegar-based BurnOutII I use on weeds in my yard (in its favor, it is FAR
more effective at killing blackberries and morning glory than Roundup ever was). At
least I can take solace in knowing that even if I drench weeds in the stuff, it won't
stick around in my yard for months/years to come like Roundup apparently does
(despite assurances from Monsanto that it degrades within a week)
===== author's response follows =====
not likely to evolve a resistance to vinegar unless it too gets massive use on cash
crops===

August 31, 2005 1:16 PM | ⚑ flag a problem

Chris says:                                                    

Glyphosate is not the AI used in herbicides. While it is a very popular/well known
herbicide (the ai in Roundup made by big bad evil Monsanto) there are plenty of
other options that are comparable in price, but actually less good for the
environment. Diquat based products for example, work just as well if not better - but
carry with it increased environmental concerns (run off, toxicity etc.) - so while this
may be a boost for organic farming in the short run, like any type of resistance
development, it will not be so good for the environment as a whole.

August 31, 2005 1:59 PM | ⚑ flag a problem

Anonymous says:                                               

# EXHIBIT 2

Activist Cash | ActivistCash.com

Headlines:
Activist Cash, ActivistCash.com, Activist Cash, ActivistCash.com, Activist Cash, ActivistCash.com, Activist Cash, ActivistCash.com

When Science And Activist Agendas Collide ...

| | |
|---|---|
| **Activist Groups** | - select an activist group - ▾ |
| **Foundations** | - select a foundation - ▾ |
| **Celebrities** | - select a celebrity - ▾ |
| **Key Players** | - select a key player - ▾ |

# ActivistCash.com ⬛⬛

## ABOUT US | SEARCH | SITE MAP

ActivistCash.com, a project of the **Center for Consumer Freedom**, provides the public and media with in-depth profiles of anti-consumer activist groups, along with information about the sources of their exorbitant funding.

Despite their innocent-sounding names, many of these organizations are financial Goliaths that use junk science, intimidation tactics, and even threats of violence to push their radical agendas. We've analyzed over 500,000 pages of IRS records to bring you a comprehensive snapshot of where their money comes from, tracking more than $800 million to date.

We also offer valuable information about hundreds of deep-pocketed foundations, activist celebrities, and other key players in the movement to control what you eat and drink. To stay in the loop, bookmark ActivistCash.com today and **join our e-mail list**.

## New Stuff!

Biography: Bryan Pease

Update: Farm Sanctuary

New: Iowa Citizens for Community Improvement

Update: Humane Society of the United States

Biography: Dr. Jerry Vlasak

**WALL STREET JOURNAL**   Dec. 13 2001

" ... Thanks to a new web site called *ActivistCash.com*, the average U.S. citizen can finally get the lowdown on the financial and organizational operations of many major activist groups in this country."

ActivistCash.com is committed to 100 percent accuracy. Feel free to contact us with factual corrections and comments. The contents of this site are © 2007 the Center for Consumer Freedom. All rights reserved. Members of the press are invited to call 202-463-7112 ext 133 for comment. Please view our privacy statement.

All financial information on this web site was gathered in accordance with the standards mandated by Section 6104 of the United States Internal Revenue Code and the Freedom of Information Act.

# EXHIBIT 3

American Corn Growers Association                                                                Page 1 of 3



HOME | ABOUT US | SEARCH

ActivistCash.com

| Activist Groups | Foundations | Celebrities | Key Players |

# American Corn Growers Association

1730 M Street, NW, Suite 911, Washington, DC 20036
**Phone** 202-835-0023 | **Fax** 202-659-5760 | **Email** acga@acga.org


printable
version

**Profile:**
American Corn Growers
Association

## Overview

With its all-American name, the American Corn Growers Association (ACGA) brings to mind visions of Heartland cornfields and a simple farm life straight out of Grant Wood's "American Gothic." But in reality, ACGA represents a farming style more Cuban than American.

Founded in 1987, ACGA masquerades as a representative of the United States's many traditional corn growers. But the ACGA is really an organization that promotes a radically anti-business view of agriculture. ACGA's president Keith Dittrich summarized the group's views well in September 1999, when he said, "The fact is that an unregulated free market does not work for -- nor does it exist -- in agriculture ... The only beneficiaries are the greedy multinational corporations."

ACGA hopes farmers and consumers will confuse it with the National Corn Growers Association (NCGA), the much larger mainstream organization that really represents corn growers. Unlike the ACGA, which has a Politburo-style structure in which the group's leaders issue position statements by fiat, the NCGA actually promotes policies set by its rank and file.

ACGA's real purpose is to promote organic corn and its producers, and to trash-talk genetically improved foods. Rather than concentrate on issues important to family farmers, ACGA's leaders and spokespeople travel around the world to work with Greenpeace, the fringe Natural Law Party (NLP), and other anti-food-technology organizations on activist campaigns targeting "corporate agriculture."

A group with a name similar to ACGA, the American Corn Growers Foundation, is also attached to the Association. While ACGA denies an official connection to the Foundation, the two groups share board members and a mailing address, and work together on a variety of projects. Money flows back and forth between the two groups as well.

ACGA and the Foundation are tied to most of the usual anti-capitalist suspects in the anti-genetic improvement movement (including the Campaign to Label GE Foods, the Center for Food Safety, Consumers Union, Environmental Media Services, Food First, Jeremy Rifkin's Foundation on Economic Trends, Friends of the Earth, Greenpeace, the Institute for Agriculture and Trade Policy, Maharishi University of Management, the Natural Law Party, the Organic Farming Research Organization, the Pesticide Action Network, the Sierra Club, and Union of Concerned Scientists) through the Bolinas Group, an informal consortium of environmental and anti-biotech organizations that helps fund ACGA.

But unlike Greenpeace and some of the other large Bolinas Group players in the anti-biotech movement, ACGA and the Foundation have carved out a unique niche: They take on genetic improvement from an economic perspective.

Their game plan is simple. First they convince as many farmers as possible that growing biotech corn will cut off a huge sector of the international market and that organic corn can be sold at a premium price. Then ACGA's leaders catch a flight to Europe to join Greenpeace, the NLP, and other activists in trying to convince farmers and governments

### Sidebar navigation:



> **Overview**
>
> **Officers & Other Supporters**
>
> **Quotes**
>
> **Financials**
>
> **Connections**
>
> **News**


printable
version


e-mail to
a friend


search


join our
e-mail list

there that biotech has failed in the U.S. and should be rejected on the Continent.

The groups do this through farmer "education." Through the "Farmer Choice-Customer First" project, paid for by environmental and anti-biotech groups, ACGA and the Foundation teach farmers how non-biotech corn can be marketed.

In December 2001, they conducted a survey as part of the project that claimed one-half of U.S. grain elevators required GMO and non-GMO grains be separated. This "representative" survey consisted entirely of ACGA members, and was obviously biased -- kind of like asking members of a politician's family who they plan to vote for.

Both ACGA and the Foundation stay in the news by issuing press releases and booking interviews whenever any story even remotely related to biotech breaks. Many of these releases appear on CropChoice.com, a "news" site created by "organizations [that] have expressed disdain for genetically modified crops, and many have worked actively to implement legislation to ban or regulate the technologies," as *The Bangor Daily News* reported in May 2000.

Along with ACGA, the Institute for Agriculture and Trade Policy, the Organic Farmers Marketing Association, the Sierra Club, Greenpeace USA, Food First, Environmental Media Services, Northeast Organic Farming Association of New York, and the organic marketer-funded Center for Food Safety were among CropChoice.com's charter sponsors.

ACGA and the Foundation have blamed genetic improvement technology for everything from public health problems to trade imbalances. In December 2001, ACGA praised a report on Bt corn by Charles Benbrook published by the activist Institute for Agriculture and Trade Policy and Genetically Engineered Food Alert. ACGA said Benbrook had shown biotech to be a "triple negative for farmers -- lost corn exports, lower corn prices and less profit from Bt corn."

But the NCGA, which represents mainstream farmers, blasted the Benbrook report -- and ACGA. Said NCGA executive vice president and CEO Rick Tolman: "The IATP report immediately lacks credibility because they use as their farmer organization spokesperson a representative of the American Corn Growers Association (ACGA). ACGA has much stronger ties to and support from the environmental extremists than they do from actual corn producers in the U.S. They are not credible representatives for U.S. corn growers."

And what if the media and the public mistake ACGA's position for that of the far more reputable and representative NCGA? Well, these things happen.

## Motivation

For a group representing an archaic form of agriculture, the motivation of the American Corn Growers Association (ACGA) is classically capitalist: to promote the business of its members. In that regard, ACGA functions almost as agents or a public relations firm for its handful of members.

ACGA's membership consists of farmers who have opted to never use genetic improvement technology. There are a few reasons why they make this seemingly irrational choice. For some it is a matter of personal political viewpoint, but for others it is a matter of economics.

With large farms offering safer, more abundant genetically improved grain products to a mass consumer market at the lowest prices, these ACGA farmers have decided to play to the small but wealthy group of organic consumers on the fringes of the marketplace, who will pay more for their non-GMO product.

But that market isn't growing fast enough for ACGA's taste. Like other "organic consumers" groups, ACGA smears the reputation of genetically improved products in an

effort to create a larger market share for organic.

It's therefore no surprise that organic marketers praise ACGA as an organization representative of American agriculture. In June 2000, the organic publication *Health Products Business* called ACGA "very mainstream" for demanding "mandatory labeling of all GMO-containing foods."

ACGA manages big influence for such a small organization. The group has actively lobbied for changes in the 2002 federal Farm Bill, seeking benefits for the small farms that make up ACGA. As part of the "National Farm Action Campaign" created in December 2001 (along with the Northern Plains Resource Council and other groups) ACGA has challenged the "competition title" for beef in the farm bill, something that has nothing to do with corn.

This confused many farmers, who were led to believe the legitimate and mainstream NCGA opposed it, which was not true. ACGA president Keith Dittrich was forced to clarify: "I want to set the record straight that the AMERICAN Corn Growers supports the initiative -- it was another corn grower organization [the NCGA] that didn't."

## Blackeye

The ACGA has a history of profiting off confusion of its own making, especially exploiting the confusion between itself and the National Corn Growers Association (NCGA). The NCGA, which has about 10 times the membership of ACGA, represents mainstream farmers and is often diametrically opposed to ACGA on agriculture issues.

But ACGA thrives on confusion in other ways as well. In a December 1999 press release, ACGA claimed that the National Grain and Feed Association (NGFA) supported ACGA in calling for legislation that would allow a grain elevator to reject purchasing genetically improved crops. But NGFA had said no such thing, saying only that such an option could be adopted in areas where separation of GMO and non-GMO grain was under consideration.

This is a business and legal decision that country elevator managers need to make on their own based on their market area and the customers and buyers they serve, the NGFA responded, noting that NGFA supports biotechnology and other scientific and technological innovations that contribute to the availability of a safe, plentiful and high-quality food supply.

ACGA tried another bit of sleight-of-hand when dealing with the touchy case of Gary Goldberg, a former ACGA chief executive who was sentenced to five years probation in 2001 for attempting to purchase child pornography. Though ACGA very publicly accepted Goldberg's resignation, *The Tulsa World* reported that Goldberg continues to work as a grants administrator for the American Corn Growers Foundation.

Copyright © 2007 Center for Consumer Freedom. All rights reserved.

# EXHIBIT 4

Home » **Of biotech effectiveness: Corn Growers say farmers best judges**

DELTA | SO

**SOUTHWEST**
# FARM PRESS
®
Timely, Reliable Information
for Southwest Agriculture

| Sponsored Links | | |
| --- | --- | --- |
| **Prepare to be Shocked** You may be younger than you think. Take the RealAge test and find out. www.RealAge.com | **Low Priced Glyphosate** Weed Killers, Branded & Generic Save 10% - 20% Now www.xsag.com | **Grain &Livestock Letter** 2 wk free trial; 6 markets hedging; fundamentals; market timer www.fortucast.com |

| HOME | COTTON | GRAINS | PEANUTS | LIVESTOCK | LEGISLATIVE | ENERGY | MARKETS | IRRIGATION | EQUIPMENT |

# Of biotech effectiveness: Corn Growers say farmers best judges
Feb 14, 2002 12:00 PM

⊚⇄ SAVE THIS   ⊚✉ EMAIL THIS   ⊚🖨 PRINT THIS   ⊚☆ MOST POPULAR

The National Corn Growers Association rejects the conclusion of an analysis released by Benbrook Consulting Services claiming that corn developed with *Bacillus thuringiensis* (Bt) has hurt rather than helped U.S. farm income.

Economics rule in corn production and U.S. growers wouldn't use a technology that doesn't give a positive return on investment, noted Leon Corzine, Assumption, Ill., farmer and chairman of the NCGA Biotech Working Group.

"U.S. corn producers are very attuned to costs and revenues and the bottom line. About 18 percent of corn farmers in the United States chose to plant Bt corn this past year," Corzine said. "It is ridiculous and downright insulting to assume that we would make that decision without having clearly weighed the costs and benefits."

NCGA has long stated that biotech hybrids are one tool that corn producers have at their disposal, Corzine continued.

"Individual farmers decide whether it makes sense in their operations," he said. "It is not appropriate nor effective in all corn production situations."

NCGA's "Know Before You Grow program", available at NCGA's Website, www.ncga.com, helps farmers decide whether to use biotech hybrids. NCGA supports the Insect Resistance Management (IRM) program to insure that Bt hybrids will retain their effectiveness in protecting corn from insects.

Corzine said much more credible studies of Bt corn show that it is very effective in areas of high corn borer population. Studies have shown that Bt hybrids enhance yield, reduce mycotoxin levels and reduce the use of pesticides.

One recent example of such research comes from a group of 22 scientists from USDA and Midwestern land grant universities who made the following statement in response to similar criticisms of Bt corn:

"The scientific community has examined the risks and benefits of Bt plants more than any other novel agricultural technology developed over the past two decades, as demonstrated by the vast body of literature, scientific discussions, and numerous public meetings facilitated by the EPA, the USDA, and the U.S. Food and Drug Administration on this subject.

"We find the evidence to date supports the appropriate use of Bt corn as one component in the economically and ecologically sound management of lepidopteran corn pests."

The report by Benbrook is part of a series published by the Institute for Agriculture and Trade Policy (IATP) and the Genetically Engineered Food Alert on issues related to biotechnology.

Rick Tolman, NCGA executive vice president and CEO, noted, "The IATP report immediately lacks credibility because it uses as its farmer organization spokesperson a representative of the American Corn Growers Association (ACGA). ACGA has much stronger ties to and support from the environmental extremists than they do from actual corn producers in the United States. They are not credible representatives for U.S. corn growers."

Concluded Corzine, "The bottom line is that if Bt corn were not economic and effective for those farmers who choose to buy it, it would not and will not survive in the marketplace. Farmers know what works for them and what will return net income to their operations. So far, Bt corn has proven its value in appropriate situations. As long as that continues, farmers will continue to use this tool."

For more information about NCGA and biotechnology, visit www.ncag.com.

Want to use this article? Click here for options! 
© 2007 Prism Business Media Inc.

adver

## Texas and Oklah Licensed

Click here t Continuing Eo

---

**Houston, TX**

Enter city or U.S.zip

@weather.com

Check Flight Delays
Destination Weather
Book a Vacation Rental!

---

**RESOURCES**

Select Newsle

Continuing Eo

Select Podca

| | Ads by Google |
| --- | --- |
| **Prepare to be Shocked** You may be younger than you think. Take the RealAge test and find out. www.RealAge.com | |

Of biotech effectiveness: Corn Growers say farmers best judges                    Page 2 of 3

**Low Priced Glyphosate**
Weed Killers, Branded & Generic Save 10% - 20% Now
www.xsag.com

**Grain &Livestock Letter**
2 wk free trial; 6 markets hedging; fundamentals; market timer
www.fortucast.com

Select Specia

**CONTINUING EDUCATION**

**Almond Pest Management**
Get the latest info on almond
management and earn 2 hrs.
CCA credit in California.

**California Groundwater Pro
Regulations**
Earn 2 hrs. in California laws
and learn how to protect Cali

**Insecticide Resistance Mar
Agronomic and Row Crops**
A 3-hr. CE approved for Calif
licensees and CCAs in both :

**Agronomic Weed Resistan
Management in Row Crops
and Vines**
Weeds Resistance Managen
approved for 3 hours of CE c
Arizona licensees and Certifi

**Lepidopterous Pest Manag
Safety**
This course is approved for 2
and California (1 hr. of laws/r
and for CCAs.

**Powdery Mildew Control in
Grapevines**
Learn about the No. 1 grape
California; earn 2 California C

**Managing Spray Drift to Mi**
2-hrs laws and regs for Calife
hours in Arizona and for CC/

**Spray Drift Management fo
Certified Crop Advisers**
A free, accredited, self-study
CEU on spray drift managem
Society of Agronomy Certifie
Canada.

**FEATURED PHOTO GALLEI**



Winners of the Cotton
Foundation/Farm Press
High Cotton awards were
honored at the recent...

Back to Top

**BROWSE PRINT ISSUES**

Of biotech effectiveness: Corn Growers say farmers best judges



**ADDITIONAL RESOURCES**






© 2007 Prism Business Media, Inc.

HOME | CONTACT US | FOR ADVERTISERS | FOR SEARCH PARTNE

# EXHIBIT 5

# The Center For Consumer Freedom
### Promoting Personal Responsibility and Protecting Consumer Choice

About Us | Contact Us | Please Help Us | Site Map

Website Search [            ] GO

Home / Biotechnology / Headlines

June 9, 2000

## Truth Takes A Detour

The anti-choice American Corn Growers Association (ACGA) continues to claim that farm and agricultural organizations are somehow misleading farmers by supporting genetically modified crops. ACGA CEO Gary Goldberg says, "The ACGA is neutral on the issue of GMOs. We only represent the interest of corn producersâ€¦" The idea that ACGA is "neutral" and not influenced by radical anti-choice environmentalists is anything but truthful, as can be seen in our exclusive "Inside the American Corn Growers" expose.

▷ **email us comments**

 printable version

 e-mail to a friend

 join our e-mail list

 printable version

 e-mail to a friend

 join our e-mail list

- FOOD & DRINK
- FOOD RADICALS
- OBESITY DEBATE
- ON THE FARM

Cartoons
E-mail List
Games
Gear
News Archive
Op-Eds
Please Help Us
Press Center
Job Openings
RSS/XML

**Additional Links**
▸ ActivistCash.com
▸ AnimalScam.com
▸ CSPIScam.com
▸ MercuryFacts.org
▸ PetaKillsAnimals.com
▸ PhysicianScam.com
▸ Trans-FatFacts.com

## Daily Headlines    more

▷ **Hey, Starbucks! I'll Take Mine De-Calf . . .**
Posted On: Thursday 1/18/2007

▷ **Food Wars: Episode II – Attack of t Clones**
Posted On: Tuesday 1/9/2007

▷ **Infected Lettuce? Blowhard Activists? Zapâ€™em Both**
Posted On: Thursday 12/21/2006

▷ **Environmentalists Say: Let My People Go ... Hungry**
Posted On: Wednesday 11/29/2006

▷ **Divide Grows Between Biotech Reality and Activist Rhetoric**
Posted On: Thursday 10/19/2006

▷ **French Fried Reactionary Still Hurting Poor People**
Posted On: Thursday 9/7/2006

▷ **Activist Cornucopia Overflows Witl Bad Ideas**
Posted On: Tuesday 8/29/2006

▷ **Puffed Rice**
Posted On: Monday 8/21/2006

▷ **Threats To Biotech Food, French Al Otherwise**
Posted On: Tuesday 8/1/2006

## Activist Cash    more

**Greenpeace**
Background | Quotes | Financials
Greenpeace founder, Patric Moore, has stated his former organization as anti-human, anti-technology, anti-science an basically anti-civilization.
**read more here »**

**Foundation on Economic Trends**
Background | Quotes | Financials

The Foundation on Economic Trends is a
platform for the neo-Luddite intellectual
guru Jeremy Rifkin. **read more here »**



**Genetically Altered Foods are the Ke
to Feeding an Increasingly Hungry
World**
To feed an ever expanding population,
the world needs foods with genetically
improved componants, or famine will
plague mass populations.
**read more here »**

About Us | Contact Us | Please Help Us | Site Map
Ad Campaigns | Press Center | Daily News Archive | Email Subscription | Op-Eds | Cartoons | Games | Link To Us

Copyright © 1997-2007 Center for Consumer Freedom. PO Box 27414, Washington, DC 20038, Tel: 202-463-7112

# EXHIBIT 6



**NETWORK OF CONCERNED FARMERS**

Farmers protecting
sustainability of family farms

home | about us | contact | media releases | mailing list | help fund costs | take action | news archive

**ISSUES & INFORMATION**

**LATEST NEWS**

27 September 2003

# American Corn Growers experience

*New*

AOF Contamination report

GM Canola Factsheet

History of how Bayer Cropscience caused contamination of non-GM canola in Australia

1. Key issues

Summary and Overview

10 main NCF concerns

Farmers misled

Q & A for school projects

What is the drive for GM crops?

Links to other issues

Scientific concerns summary

The future – 2020?

What is expected of non-GM growers in Canada

Beyond the Bulldust

*Unfair liability*

Pressures in GM debate

Questions regarding risk management

2. GM crops banned

Monsanto Crop Management & Resistance Management Plans

Why Australia is not prepared for commercial trials

Monsanto's GM Roundup Ready canola

Bayer Cropscience's GM Invigor canola

Where to now?

State legislation - moratoria

3. Market issues

Canola markets

Zero tolerance of GM

Letter from the President of the American Corn Growers Association to EPA's Christine Todd Whitman regarding negative market impact to farmers from Bt Corn

August 26, 2001

Ms. Christine Todd Whitman, Administrator
Public Information and Records Integrity Branch
Information Resources and Services Division (7502C)
Office of Pesticide Programs
Environmental Protection Agency 1200 Pennsylvania Ave., NW Washington, DC 20460

Re: Docket OPP-00678B

Dear Ms. Christine Todd Whitman:

The policy of the American Corn Growers Association (ACGA) is that farmers should decide for themselves whether they want to plant genetically engineered Bt corn varieties or not. That farmer-choice, neutral policy, however, does not extend to encouraging biotech companies, other farmers, farm or commodity organizations or federal or state governments to promote or endorse policies that allow genetically engineered corn varieties to alter or modify the entire U.S. corn crop in the kind of out-of-control manner that exists today through pollen drift and seed contamination.

Negative market price impacts are not neutral issues. The impact that Bt (genetically engineered or GMO) corn is having on markets for U.S. corn is far from being neutral. Therefore, the ACGA cannot be neutral or silent on those issues. The biotech companies who put these GMO corn varieties on the market are indeed imposing a negative economic impact on the majority of farmers who choose not to plant such corn varieties. Consequently, the ACGA has very serious concerns about EPA's consideration of granting re-registration for Bt corn.

We urge you to seriously reconsider this decision until a comprehensive evaluation is conducted on the negative impacts that Bt varieties are having on markets for U.S. corn. One glaringly negative impact is the extremely low prices that farmers are receiving for corn at the farm level. The major issue of pollen drift and cross-pollination contamination of conventional (non-genetically engineered or non-GMO) corn fields by genetically engineered/GMO corn varieties (StarLink and other varieties) has already caused major global market disruptions for U.S. corn growers.

Seach the archive:

Word/phrase [go]

or by date

09 January 2007
GM CROPS STILL NOT PERFORMING

22 November 2006
Farmers blamed for own economic loss for getting crops contaminated

13 October 2006
No economic benefit with GM canola

12 October 2006
Monsanto posts bigger loss for 4th quarter

11 October 2006
Has the GM Bt cotton bubble burst?

11 October 2006
Sorry for delay in news updates

11 October 2006
GM crops are a liability not asset

11 October 2006
AUSTRALIAN SCIENTISTS DEVELOP NON-GM DROUGHT TOLERANT CANOLA

11 October 2006
Engineering crops, distorting trade

11 October 2006
Economic disaster with GM contamination

**News archive**

contamination is market demand

Wheat will be impacted

Higher prices for non-GM canola

Contamination scare affects market

Japanese requirements

Consumer polls & market rejection

Effects of GM contamination in canola

EU will not tolerate acceptance of tolerance levels

What our marketers say

How and when non-GM premiums started

About us

Network Policy & Objectives

NCF Funding

NCF History

NCF profile: Julie Newman

NCF profile: Juliet McFarlane

Early work

Canola

What is canola?

Statistics - yields

Canadian farmers nervous about GM canola acceptance in Japan

Letter from Japan

Coexistence & Segregation

Crop Management Plans for non-GM grower

Farmer to farmer Hypothetical

Segregation and coexistence plans

Seed industry allows 0.5% contamination

Canadian grain segregation

Zero tolerance is market demand

European coexistence report

Identity preservation and segregation

What is expected of non-GM growers in Canada

Testing protocol

Considering that 75 to 80 percent of the total U.S. corn crop in 2001 was planted to conventional (non-GMO)varieties, it is clear that current U.S. policy is allowing a minority portion of the crop (genetically engineered or GMO varieties) to jeopardize markets and prices for the total corn crop. That is unacceptable. It's also exactly the opposite of the professed "market-oriented" and "export-oriented" farm policy that the United States government tells farmers this country operates under. U.S. farmers are forced to live with that policy even though it is not delivering higher corn exports. Uncertainty about the marketability of genetically engineered corn varieties only exacerbates an already flawed farm policy.

The ACGA urges you to consider the following market impacts from Bt (GMO) corn:

· Lost corn exports to the European Union: According to official USDA export and trade statistics, U.S. corn export quantity to the European Union has dropped from 2.778 MMT (million metric tons) in MY (marketingyear) 1995/96 to the miniscule level of only 6,300 MT as of August 16, 2001 with only two weeks remaining in the current 2000/01 marketing year. Meanwhile, the European Union continues to import about 2.5 MMT of corn from U.S. competitors and non-U.S. origins. Had the U.S. even averaged only 1.5 MMT of corn exports to the European Union for each of these past four marketing years, that would have totaled 6 MMT (236 million bushels) more in exports and the same amount less in ending U.S. corn stocks. That excess inventory (corn not exported) has weighed over the market, holding corn prices down. Had those millions of U.S. corn bushels moved to the EU, U.S. corn prices to U.S. farmers would be considerably higher. Higher corn prices would have also reduced federal farm program costs. Conversely, federal farm program costs have reached record highs while corn prices received by farmers on August 24th as reported by USDA were as low as $1.73/bu. in Iowa, $1.70/bu. in Nebraska and $1.59/bu. in South Dakota. These disastrously low corn prices are about $1.50 per bushel below the national average cost of production in U.S. corn, also according to USDA data. Additionally, the intransigence of the U.S. government and some in the U.S. grain industry, on the issue of foreign countries and importers having the right to set their own policies on GMOs overall and on labeling policy, has provided an opening for our corn export competitors, such as China and Brazil, to expand their corn exports at our expense. This will have a long-term negative impact on U.S. corn farmers.

· Lost U.S. corn exports to Asia: According to the USDA-Foreign Agricultural Service Weekly Export Sales Report, U.S. corn exports to Japan are 1,266,500 metric tons less than last year as of August 16, 2001. The same USDA-FAS report shows that Taiwan has imported 272,500 MT less U.S. corn than last year. That's a combined loss of 1.539 MMT (60,636,600 bushels) in U.S. corn exports compared to last marketing year as of 8/16/2001. That loss is largely a result of the StarLink problem in the marketplace combined with foreign market concerns about genetically engineered corn varieties in general.

· Market disruption from StarLink, pollen drift and

Labels for GM contamination

EU will not accept contamination

Proposed Stewardship Program for Canola

Contract harvester problems

Consumer concerns

Is GM food safe?

Churches - 10 reasons against GM

Scientific concerns

Cross Kingdom Breeding

Food safety testing inadequate

Environmental effects

13 Science based reasons for GM-free

Myths about the Digestion of Proteins and DNA

5 part series covering issues

Health Risk

Reason for Schools to ban GM Foods

Monsanto's feeding studies

FSANZ answers regarding food testing

Scientific report on safety testing

Trespass report

Scientific concerns

Consumer concerns summary

GM food lecture

Monsanto

Seeds of Concern

Public attitudes to GM food

Scrambling and gambling with the genome

L-tryptophan - A Deadly Epidemic

Protestors (photos)

GM health concerns in brief

Inadequate health testing for GM canola

Russian study showing high death rates in offspring

Pusztai debate

Hidden uncertainties - risks of GMOs

Study shows GM eating Americans sicker than

contamination: The market disruption caused by StarLink corn, beginning last September, continues. It clearly demonstrates the pollen contamination problem inherent with genetically engineered corn. According to Neil Harl, noted Agricultural Economist at Iowa State University, corn pollen can drift up to five miles, which imposes the variety selection decision of the minority on the variety choice of the majority of farmers. Neither biotech seed companies nor farmers can control that problem. That fact alone negates the validity of the "buffer strip" concept, while enforceable, was supposedly intended to prevent pollen contamination of nearby cornfields where different corn varieties are being grown. The serious marketing problems caused by StarLink corn have demonstrated the difficulty faced by the U.S. grain-marketing infrastructure in segregating and marketing conventional corn that is not contaminated, to one degree or another, by genetically engineered corn. It causes the need for expensive testing, separate storage and transportation.

· Farmers harvesting what they didn't sow: Why should farmers be forced to test for GMO presence in their production when they did not plant such varieties at all? This is an even more serious economic issue for farmers that raise value-enhanced specialty corn varieties such as white corn, high oil corn and yellow corn varieties for human consumption. Those varieties lose their integrity and value to processors and customers, with whom farmers have contracted, to deliver specific intrinsic quality attributes. Why should these farmers lose their identity-preserved and value-enhanced markets because biotech companies convinced other farmers to plant GMOs? The problem also extends to organic corn and commodity production, the fastest growing sector in U.S. agriculture. How can the EPA possibly give its blessing, and that of the federal government, to an agenda that jeopardizes the economic interests of a majority of farmers and reduces the quantity and value of U.S. corn exports into the future? Why should any U.S. farmer face the potential for price discounts because another farmer, miles away, chose to plant genetically engineered corn varieties? The biotech companies and their promoters in the industry cannot answer these questions nor address these marketing problems in any satisfactory way.

· New rootworm and corn borer GMO varieties can create more problems: Agricultural news reports indicate that biotech companies are seeking approval and planning to introduce new corn varieties for this coming year that are genetically engineered to control rootworms and more Bt varieties to control European Corn Borer. The reports state that registrations for these varieties are not set for Europe, Japan or several other markets and that there will be "channeling" questions for next season. The article tells farmers "you'll want to be sure you know where that grain is headed when it leaves your farm". Just how are farmers going to control that situation given the pollen drift issue along with the segregation and commingling problems in the grain-marketing infrastructure? These varieties have very real potential to cause serious problems for all farmers.

· 2001 ACGA Farmer Survey shows U.S. corn growers concerned about consumer opinions: A June 2001 scientific, national survey of corn growers done by Robinson and Muenster Associates, Inc. of Sioux Falls, SD for the ACGA, found that 78% of farmers consider the concerns of U.S. consumers and foreign markets on the issue of GMOs as important when they decide whether or not to plant genetically

non-GM eating English

Scientists see spike in kids' food allergies

Contamination

Contamination is uncontrollable (photos)

Gene transfer & cross-pollination

GM product recalls

Environmental contamination (photos)

Confronting contamination & co-existence

Invigor canola outcrossing

Gene Stacking = Super Weed

AOF contamination report

History of how Bayer Cropscience caused contamination of non-GM canola in Australia

Corporate control

Corporate control

Corporate Engineering in Public Debate

In (Seed) Bed Together

Costs and liabilities

Costs to non-GM farmers

Non-GM Liable for Contamination?

Liability issues associated with GM crops - AFFA

Supplying non-GM requires certification

Liability questions answered

More on liability

*Farmer liability*

Liability and GM crops

Economics

No economic benefit for farmers

Economic Recommendations

Economic Critique

Why has the OGTR ignored economics?

Australian farmers can not afford GM crops

What benefit?

Higher plant yields

modified corn varieties. 74% stated that the rejection of GMO corn and soybeans by foreign countries is contributing to low commodity prices. 78% of those farmers said they are willing to plant non-GMO corn varieties, instead of biotech GMO corn varieties, in order to keep customers satisfied and world markets open to U.S. corn. The results of this survey confirm that farmers are willing to do what it takes to keep their customers. However, they need public policies in place that help, rather than hinder, that effort.

· Scientist find molecular barrier capable of locking out foreign genes, was the headline in the 2/19/2001 Corn Issue of the High Plains Journal (page 7-A). It reports that a University of Wisconsin-Madison scientist, working with teosinte, a wild cousin of maize, has found a molecular barrier that, bred into modern hybrid corn, is capable of completely locking out foreign genes, including those from genetically modified corn. The article says this discovery is important because it means farmers will have access to a technology that can ensure the genetic integrity of their corn crop. "Governing the flow of genes between populations is what is at stake," says Jerry L. Kermicle, the UW-Madison professor of genetics, who discovered teosinte's genetic barrier. The article points out that, "Corn varieties of all kinds --- from organic to genetically engineered --- are prolific traffickers in genes. Cross-fertilization between strains occurs as gene-laden pollen is carried by bees or blown with the wind, from one field to another. The resulting contamination, especially from genetically modified corn, can ruin organic crops or make traditional hybrid corn worthless for export to countries where consumers are wary of the new technology." The article goes on stating, "The new discovery could permit American farmers to recapture those profitable markets in Europe and Asia by ensuring that organic or traditional hybrid corn is uncontaminated by genes from genetically modified crops". The EPA should encourage expanded, aggressive federal funding of this research or perhaps require that the biotech companies who introduce, promote and market Bt varieties to farmers, fund the public research on this type of new "genetic barrier" corn variety as a means to mitigate the economic damage their genetically engineered varieties have caused. The new "genetic barrier" varieties would remain totally public and be provided to all farmers at no charge. The expense would be born by the biotech companies, so farmers could block pollen contamination from Bt or other GMO varieties and maintain the integrity of their conventional, non-GMO corn. Finally the article points out, "The technology, according to Steve Gerrish, an agronomist and licensing associate with the Wisconsin Alumni Research Foundation, would have instant appeal to organic farmers and farmers whose corn or corn products might be marketed to countries that now bar imports of genetically modified grain." "This technology can potentially solve the problem of contamination of regular hybrid corn and organic hybrid corn by any genetically modified organism (GMO) during the growing season," says Gerrish. As a proactive, solution-oriented step, we urge EPA to promote more research funding so that this molecular barrier can be bred into modern hybrid corn. This kind of research should be a much higher priority for federal research dollars than spending those resources on behalf of the agenda of the biotech industry and the companies that only want to promote their higher priced, genetically engineered varieties and, in many cases, the increased sales of chemicals and herbicides that go hand-in-hand with them.

In conclusion, it is clear that the neutral position of the

better or worse for farmers?

Effects of GM contamination in canola

Global seed industry concentration

Canada versus Australia comparison

No farmer economic gain for pharmaceutical crops

Farmer attitudes

Australian farmer surveys

Farm lobby group policies

Victorian ALP policy

GCA farm lobby group policies

GM / Non-GM difference

What is GM / Non-GM?

GM plant breeding not faster

Will the industry be in crisis without GM?

Why GM is different

GM canola

Will GM canola yield more in Australia?

Comparison between Canadian and Australian canola conditions

Are GM chemicals safer, cheaper or more efficient?

How much GM canola is grown in Canada?

Canadian and Australian canola statistics

GM crops

Public good or corporate control?

Misleading claims over GM

ISAAA GM crop areas misleading

Use of GM crops

GM crops and chemical use

Multiple spray applications vs yield penalty

Yield problems - links

GM cotton failures

Global yields

Pharmaceutical crops

American Corn Growers Association only extends to giving farmers a choice in what corn varieties to plant. That neutrality does not extend to the serious economic issues of losing export markets, cross-pollination contamination, the burden of on-farm segregation or the increased cost of production and marketing brought on by genetically engineered Bt varieties.

Sincerely,
President
American Corn Growers Association

** NOTICE: In accordance with Title 17 U.S.C. Section 107, this material is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. **

Print Version

Global Trends in GM Crops

Who benefits from GM crops?

## GM crops experience

Canadian Farmers viewpoint

American farmers viewpoint

American Corn Growers experience

Argentina faces serious problems

Report on North American Experience

Canadian organic farmers

Argentina & GM soy - success at what cost?

How is industry managing non-GM now?

India, Bulgaria, Indonesia

Monsanto vs US farmers

Global GM adoption

US farmers warned of GM Liability

Farming news links

GM-growing US faces agricultural trade deficit

GM soy in US not considered food grade

Monsanto in Argentina

GM soy war in Paraguay

## GM wheat

Learn more about GM wheat

Marketing systems for GM wheat

GM Wheat submission - food health

Report - Farmers lose with GM wheat

What our marketers say

Canadian Wheat Board position

## Honey issues

Apiarist briefing

The impact of GM contamination

SA Apiarists briefing

Map SA & Vic

## How trustworthy is decision-making?

Vested interests revealed

Why trust the regulatory
process?

Sue Meek profile

Federal government
pro-GM

Scientists influenced

Liability, GCA and legal
action

Research manipulated

OGTR does not assess
economics, segregation,
chemical resistance,
food testing etc.

Three faces of science
fraud


Insurance

Insurance Council
submission

Insurance avoid GM risk


International Protocols

World Trade
Organisation

Cartagena Protocol on
Biosafety

Free Trade Agreement

Farmers right to replant
seeds

International
agreements

GM labelling

WTO ruling does not
prevent countries from
restricting or banning
GMOs


Legal Issues

Law

Copy of Technology
User Agreement

2003 Monsanto contract

GM Patents

Monsanto shoot
themselves in the foot
(cartoon)

Will law protect us from
contamination?

Summary of Supreme
Court hearing of Percy
Schmeiser

NSW Minister
guarantees farmers are
protected

AFFA-liability issues

US farmers sued

US farmers warned of
GM liability issues

GM Crops and farmers
Liability

Why is the non-GM

grower liable for
contamination?

Innocent farmer sued

Federal judge's opinion
shows understanding of
patented gene spread

Liability for non-GM
farmers

More on liability:

Liability and GM crops


Legislation &
Regulation

Trials vs Commercial
Release

Bayer Cropscience
Invigor Canola approved
by OGTR

States impose
moratoriums in role to
protect economics

OGTR role

Gene Technology Act

GM canola trial locations

Victorian Moratorium

Australian GM status by
States

Federal candidate views

OGTR unapproved GM
canola trials

Gene Technology Act
Critique

South Australian Act

WA proudly GM-free

*State moratoria
legislation*

Gene Tech Act reviews
denies compensation

National Biotechnology
Strategy


Links

Genome Scrambling
Links

Links

Top 10 books on GM

Religious links


Network action

Invigor canola
submission OGTR

GM Zone proposal
submissions

GTGC submission
summary

NCF Newsletters

NCF Media releases

GTGC full submission

Roundup Ready
Submission OGTR

Network tours

pro-GM lobbyists attack
NCF

Pro-GM tantrums

Advertisement

Victorian farmer survey

NCF banner & flyer

Field day survey

Community monitoring
of GM Crop Trials

Letters to farmers


Gene Tech Act Review
Pt1

Gene Tech Act Reveiw
Pt 2

Gene Tech Act Review
Pt3

Bayer Protest

Bayers Response to NCF

## Organics

Canadian organic
standard

American organic
standards

## Trials

Victorian maps

Victorian sites – photos

SA trial photos

Trials summary

Topas 19/2
contamination

South Australia 2006
GM Trials

# EXHIBIT 7



The Center For
# Consumer Freedom
Promoting Personal Responsibility and Protecting Consumer Choice

About Us | Contact Us | Please Help Us | Site Map

Website Search [                    ] GO

**FOOD & DRINK**
**FOOD RADICALS**
**OBESITY DEBATE**
**ON THE FARM**

Home / Articles

Posted On August 1, 2000


printable version


e-mail to a friend


join our e-mail list

## Inside the American Corn Growers Association

The American Corn Growers Association (ACGA) caught the media spotlight recently when it submitted comments to the United States Department of Agriculture's Advisory Committee on Agricultural Biotechnology. Founded in 1987 as a self-proclaimed alternative to the far larger National Corn Growers Association, ACGA appears to currently be focused on opposing all genetically engineered (GE) agriculture.

ACGA's recommendations to the USDA included government-mandated labels on all food items containing genetically modified ingredients, and financial incentives for farmers to plant non-GE crops. ACGA also asked the USDA to:

"Investigate the relationship between those commodity associations receiving corporate financial support from the biotechnology industry and their endorsement of genetically modified crops."

**Birds of a Feather?**
If any commodity group deserves a public inspection of the link between their political endorsements and their funding sources, it's ACGA. ACGA is a leading member of the "Bolinas Group," a consortium of environmentalists which includes such anti-biotech opponents as Jeremy Rifkin, Friends of the Earth (FoE), Institute for Agriculture and Trade Policy (IATP), Campaign for Food Safety, Natural Resources Defense Council, Organic Consumers Association, and the Sierra Club. The Bolinas Group advocates mandatory labeling of GE foods and the indefinite suspension of the introduction of further GE products.

ACGA says it gives farmers "unbiased, honest and objective information to assist them in making educated decisions" about genetically modified crops through its "Farmer Choice-Customer First" program. Interestingly, ACGA's "Farmer Choice" program is funded by several foundations which have a history of backing anti-GE environmental organizations, many of who, in addition to their other anti-GE activities, are members of the Bolinas Group.

ACGA's Farmer Choice program counts among its

### Daily Headlines    more

▶ **Hey, Starbucks! I'll Take Mine De-Calf . . .**
Posted On: Thursday 1/18/2007

▶ **Food Wars: Episode II - Attack of t Clones**
Posted On: Tuesday 1/9/2007

▶ **Infected Lettuce? Blowhard Activists? Zapâ€™em Both**
Posted On: Thursday 12/21/2006

▶ **Environmentalists Say: Let My People Go ... Hungry**
Posted On: Wednesday 11/29/2006

▶ **Divide Grows Between Biotech Reality and Activist Rhetoric**
Posted On: Thursday 10/19/2006

▶ **French Fried Reactionary Still Hurting Poor People**
Posted On: Thursday 9/7/2006

▶ **Activist Cornucopia Overflows Witl Bad Ideas**
Posted On: Tuesday 8/29/2006

▶ **Puffed Rice**
Posted On: Monday 8/21/2006

▶ **Threats To Biotech Food, French Ai Otherwise**
Posted On: Tuesday 8/1/2006

### Activist Cash    more

**Greenpeace**
Background | Quotes | Financials
Greenpeace founder, Patric Moore, has stated his former organization as anti-human, anti-technology, anti-science an basically anti-civilization.
**read more here »**

**Foundation on Economic Trends**
Background | Quotes | Financials

Cartoons
E-mail List
Games
Gear
News Archive
Op-Eds
Please Help Us
Press Center
Job Openings
RSS/XML

**Additional Links**
▶ ActivistCash.com
▶ AnimalScam.com
▶ CSPIScam.com
▶ MercuryFacts.org
▶ PetaKillsAnimals.com
▶ PhysicianScam.com
▶ Trans-FatFacts.com

supporters: John Merck Fund, which has given grants to FoE and IATP; HKH Foundation (Greenpeace, the Union of Concerned Scientists, and IATP); and the Bullitt Foundation (FoE, Sierra Club, and Environmental Defense). The program's ties dissolve any claims ACGA could make regarding its provision of "unbiased, honest and objective" information, especially when considered in tandem with its sponsorship of the intensely anti-GE foods "CropChoice.com" website.

ACGA's focus on labeling and banning GE foods marches them in an exact lockstep with the folks who pay the bills. A reasonable observer looking at ACGA's purpose, funding and policy positions could ask the USDA to:

"Investigate the relationship between a commodity association receiving financial support from the anti-biotechnology industry and its denunciation of genetically modified crops."

**Conclusion**
At least the many commodity groups who support biotech advances in agriculture can point to sound science, federal agency oversight, and positive sociological, economic, and environmental impact as the basis of their support. On the other hand, even though the ACGA is small, it lends anti-GE advocacy groups a false patina of legitimacy by playing the "farmer card"â€¦ but only for a price.

printable version    e-mail to a friend    join our e-mail list

About Us | Contact Us | Please Help Us | Site Map
Ad Campaigns | Press Center | Daily News Archive | Email Subscription | Op-Eds | Cartoons | Games | Link To Us

Copyright © 1997-2007 Center for Consumer Freedom. PO Box 27414, Washington, DC 20038, Tel: 202-463-7112

The Foundation on Economic Trends is a platform for the neo-Luddite intellectual guru Jeremy Rifkin. **read more here »**

**Op-Eds**                                more

**Genetically Altered Foods are the Ke to Feeding an Increasingly Hungry World**
To feed an ever expanding population, the world needs foods with genetically improved componants, or famine will plague mass populations.
**read more here »**

# EXHIBIT 8

American Corn Growers Association Finances                              Page 1 of 2



HOME | ABOUT US | SEARCH

ActivistCash.com

| Activist Groups | Foundations | Celebrities | Key Players |

# American Corn Growers Association

1730 M Street, NW, Suite 911, Washington, DC 20036
**Phone** 202-835-0023 | **Fax** 202-659-5760 | **Email** acga@acga.org

printable
version

**Profile:**
American Corn Growers
Association

## Financials

### Finances

for tax year ending 12/31/2003

| | |
|---|---|
| Income | $400,533.00 |
| Expenditures | $385,148.00 |
| End-Of-Year Net Worth | $30,348.00 |
| Tax Status | 501(c)3 |

**Overview**

**Officers &
Other Supporters**

**Quotes**

► **Financials**

**Connections**

**News**

### Selected Grants

**John Merck Fund**

| | |
|---|---|
| **Grant** | $50,000.00 in 1999 |
| **Source** | Foundation Annual Report |
| **Details** | To educate US farmers about marketplace responses to genetically engineered products so that they can make informed decisions about planting and processing these crops |



printable
version

e-mail to
a friend

**John Merck Fund**

| | |
|---|---|
| **Grant** | $60,000.00 in 2002 |
| **Source** | IRS Form 990 or 990-PF |
| **Details** | To reduce the number of planted acres of genetically engineered corn by providing objective information to farmers about the many uncertainties that growing such crops present. |



search

join our
e-mail list

**W.K. Kellogg Foundation**

| | |
|---|---|
| **Grant** | $50,000.00 in 2000 |
| **Source** | Foundation Annual Report |
| **Details** | Educate farmers and others on the issues related to genetically modified products and their markets |

### Top Funders and Grantees

| Funding From Foundations & Corporations | Total Donated | Time Frame |
|---|---|---|
| John Merck Fund | $280,000.00 | 1999 – 2002 |
| Marisla Foundation | $225,000.00 | 2002 – 2004 |
| W.K. Kellogg Foundation | $150,000.00 | 1999 – 2001 |
| Educational Foundation of America | $150,000.00 | 2000 – 2001 |

American Corn Growers Association Finances

| | | |
|---|---|---|
| South Dakota Corn Utilization Council | $130,000.00 | 1999 – 2000 |
| Farm Aid | $59,500.00 | 1995 – 2001 |
| Energy Foundation | $50,000.00 | 2001 – 2001 |
| Rockefeller Philanthropy Advisors | $40,000.00 | 2000 – 2001 |
| Jessie Smith Noyes Foundation | $25,000.00 | 2001 – 2002 |
| Greenville Foundation | $25,000.00 | 2002 – 2002 |
| U.S. Environmental Protection Agency | $20,000.00 | 1999 – 1999 |
| Harold K. Hochschild Foundation | $20,000.00 | 1999 – 1999 |
| Starfire Fund | $20,000.00 | 2000 – 2000 |
| Bullitt Foundation | $15,000.00 | 1999 – 1999 |
| Whole Systems Foundation | $7,000.00 | 2000 – 2002 |
| Common Counsel Foundation | $7,000.00 | 2000 – 2000 |
| Acorn Foundation | $7,000.00 | 2000 – 2000 |
| Newman's Own Foundation | $5,000.00 | 2000 – 2000 |
| Sol Goldman Charitable Trust | $5,000.00 | 1999 – 1999 |

**Funding From Other**

| **Activist Groups** | **Total Donated** | **Time Frame** |
|---|---|---|
| Edison Electric Institute | $453,179.00 | 2001 – 2002 |

Foundations listed on ActivistCash.com may provide funding to a wider variety of nonprofit groups than those profiled here. This website focuses on activist groups that concentrate on food- and beverage-related issues.

Copyright © 2007 Center for Consumer Freedom. All rights reserved.

# EXHIBIT 9

The John Merck Fund - Program Grants Awarded in 2006                                      Page 1 of 2



# THE JOHN MERCK FUND

HOME ○ PROGRAMS ○ GRANT PROCESS ○ ABOUT US ○ CONTACT US

## Program Overview

The John Merck Fund fosters innovative advocacy and problem solving in the fields of **Developmental Disabilities, Environment, Reproductive Health, Human Rights** and **Job Opportunities.** Its objective is to act as a catalyst, supporting organizations that can effect constructive and measurable change in each of these areas. In 2006, The John Merck Fund awarded 252 grants totaling $14,073,280.

**Grants Awarded by Program Area – 2006**



**ENVIRONMENT**
$6,484,280

**INTERNATIONAL HUMAN RIGHTS**
$2,030,000

**REPRODUCTIVE HEALTH**
$1,700,000

**DEVELOPMENTAL DISABILITIES**
$930,500

**JOB OPPORTUNITIES**
$914,000

**CIVIC ENGAGEMENT**
$520,000

**SPECIAL PROJECTS**
$262,500

**DEFENSE OF THE PUBLIC INTEREST**
$107,000

Overview

Developmental Disabilities

● The Serena Merck Award

● The John Merck Scholars Program

Environment

Reproductive Health

Human Rights

Job Opportunities

Civic Engagement / Defense of the Public Interest

**See grants for: 2005, 2004, 2003 and by Program for 2003, 2004**

The **Developmental Disabilities** program reflects a longstanding commitment on the part of The Fund to improve the lives of children who are both mentally disabled and emotionally disturbed. At the heart of this effort is the John Merck Scholars Program, which provides four-year grants of $300,000 to outstanding young researchers in the fields of neurobiology and cognitive science. In addition, The Fund has created the Serena Merck Award, which is presented annually to an individual who is a role model in the day-to-day care of children with dual disabilities.

The **Environment** program addresses a range of issues with critical implications for natural resources and human health. Through grants in the areas of energy production and consumption, The Fund encourages policy changes that simultaneously target the problems of climate change and ongoing toxic contamination of the air, soil and water. The Fund also supports emerging efforts to boost public awareness of persistent bioaccumulative toxins, reduce public exposure to these chemicals and, ultimately, curtail their use. It promotes study and responsible regulation of genetically modified foods, and has provided enduring support for efforts to preserve and nurture the productive farmland of Vermont

The **Reproductive Health** program seeks to expand access to reproductive health care and prevent unintended pregnancies, recognizing that unbridled population growth jeopardizes the well-being not only of the world's inhabitants, but also its natural resources. The Fund believes that quality reproductive-health services should be available to all women, regardless of income. Grants are limited to

The John Merck Fund - Program Grants Awarded in 2006                                      Page 2 of 2

projects that contribute, directly or indirectly, to long-term reductions in population growth and the protection of reproductive rights.

The **Human Rights** concentrates on the defense and promotion of human rights in Latin America. Approximately 70 percent of the program's budget goes to human rights organizations based in six countries in the region: Argentina, Colombia, Chile, Mexico, Peru and Venezuela. The remaining 30 percent of program resources supports activities of key U.S. groups dedicated to advancing human rights.

The **Job Opportunities** assists innovative efforts to expand employment and career-development opportunities so economically disadvantaged adults and youth can earn a living wage. Grants support workforce development initiatives; entrepreneurial projects that benefit low-income women and rural communities; and general strategies aimed at alleviating rural poverty. The program focuses on organizations in the northeastern United States, from New York to Maine.

# EXHIBIT 10



THE JOHN MERCK FUND

HOME   PROGRAMS   GRANT PROCESS   ABOUT US   CONTACT US

## Environment

A substantial majority of the world's scientists now agree that fossil-fuel use is altering the global climate. At the same time, concern has grown in scientific circles that the introduction of thousands of synthetic chemicals in the environment may be impairing such fundamental human biological processes as reproductive capability, neurological development and immune-system function. We do not yet fully understand the long-range implications of these problems. But one conclusion is inescapable: by burning fossil fuels and releasing chemicals into the soil, water and air, we are experimenting on a massive scale with the Earth's capacity to maintain healthy ecosystems or to absorb, adapt and regenerate.

### Climate Change

Energy policy reform is critically important because it can address not only human exposure to chemical toxins, but also the problem of climate change. A campaign that environmental groups conducted from 1998 to 2002 has underscored this point dramatically, producing commitments by New England's state governments to clean up antiquated coal- and oil-fired power plants. Those plants account for most of New England's acid rain, ozone and smog, a good deal of its soot and mercury pollution and one-third of its carbon-dioxide emissions.

Overview

Developmental
Disabilities

● The Serena
Merck Award

● The John
Merck Scholars
Program

Environment

Reproductive
Health

Human Rights

Job Opportunities

Civic
Engagement /
Defense of the
Public Interest

The Fund helped support the power-plant campaign, and is now turning its attention to another cause of toxic exposure and climate change-diesel emissions from such sources as trucks, buses, construction equipment, farm machinery and stationary motors. It also is assisting efforts to ensure that the New England states and the provinces of eastern Canada follow through on pledges they have made to carry out significant greenhouse-gas reductions. And The Fund backs supply- and demand-side initiatives to develop New England's nascent market for clean power and renewable energy.

### Environmental Health

Increasingly, harmful chemical substances known as persistent bioaccumulative toxins are being implicated in a wide range of reproductive, developmental and immunological problems, even at minute levels of exposure. Bioaccumulative toxins are traced not only to chemicals used in manufacturing and agriculture, but also to seemingly innocuous consumer products. Few such substances are tested for their health effects, despite citizens' widely held assumption that the federal government has found them to be safe. However, states and even municipalities are beginning to act on their own to phase out these harmful chemicals, particularly when non-toxic alternatives are available.

The Fund supports efforts by broad coalitions in a growing number of states to promote the adoption of policies aimed at reducing exposures to bioaccumulative toxins. By assisting these coalitions and supporting selected initiatives to test for chemicals in the human body, The Fund hopes to encourage the development of policies that eventually lead to action.

Diseases and disabilities caused by exposure to chemicals released into the environment are, by definition, preventable. Individuals harmed by these chemicals, and those who provide them professional care or personal support, can become important allies of the environmental-health community. To encourage this potentially powerful advocacy, The Fund supports organizations whose work in the field of developmental and learning disabilities addresses the links to chemical exposures.

The Fund also selectively assists projects that promote public understanding and implementation of the precautionary principle, which holds that new substances and technologies must be proven safe before they are put into use. The precautionary principle places the safety burden where it belongs: on those who have a financial interest in a product's introduction and use.

### Genetically Modified Food

Less than ten years since their introduction, genetically engineered agricultural products are now found in an estimated 60 percent of the processed food sold in this country. Yet there has been little, if any, assessment of their health and environmental effects. The federal regulatory system, which citizens rely on to certify the safety of consumer products, has largely ignored the use of transgenics in agriculture. This new form of food production goes far beyond traditional plant-improvement practices by combining genes in the laboratory that until now were too dissimilar to permit hybridization. And it has been put in place without regard to citizens' right to know; foods are not even labeled to allow consumers to make informed choices.

The Fund supports projects to educate the public, the media, farmers and policymakers about the health and environmental questions raised by genetically engineered food and agriculture. It also assists groups working to promote responsible federal regulation of transgenic agriculture and informative labeling of genetically modified products.

### Vermont Farmland Preservation

The Fund supports projects to preserve and nurture family farming in Vermont, a state in which the late Mr. and Mrs. George W. Merck had an abiding interest. It is becoming increasingly apparent that a successful cropland-protection program is but one ingredient needed to ensure long-term success. Vermont family farmers will need additional assistance to make their farms economically viable and environmentally sustainable over the long term. The Fund is committed to working with interested groups to build a brighter future for the state's farm community, an integral component of Vermont's economy and identity.

> back to top

### 2006 Grants

#### The New England Environment

#### Air Quality, Clean Energy and Climate Change

**Appalachian Mountain Club**                                              **$50,000**
To assist Maine, Massachusetts and New Hampshire in their development of wind power siting policies that reduce conflict and encourage appropriately sited wind power facilities.

**Center for Climate Strategies**                                          **$45,000**
To develop, coordinate and document a stakeholder process that will result in statewide policy recommendations to reduce greenhouse gas emissions in Vermont.

**Clean Air-Cool Planet**                                                  **$50,000**
To develop and coordinate a new multi-stakeholder model for municipal climate action planning, which will result in cost-effective greenhouse gas reductions that can be adopted by cities throughout New England.

**Coalition for Environmentally Responsible Economies (CERES)**            **$60,000**

To improve corporate and investor policies that have an impact on climate change.

**Connecticut Coalition for Environmental Justice**                 $20,000
To reduce public health problems associated with diesel pollution by pressing for retrofit and replacement of school and transit buses in communities throughout the state.

**Conservation Law Foundation**                                     $40,000
To ensure widespread and effective implementation of the Regional Greenhouse Gas Initiative-a proposed cap-and-trade system for carbon emissions from power plants in the Northeast.

**Energy Consumers Alliance of New England**                        $50,000
To increase enrollment in New England GreenStart, which enables Massachusetts and Rhode Island consumers to buy clean energy through their electric utility.

**Environment Northeast**                                          $100,000
To assist state agencies and organizations in Connecticut, Massachusetts and Rhode Island in promoting and adopting large-scale energy efficiency measures and policies; and to manage campaigns in Connecticut, Massachusetts and Rhode Island where measures aimed at reducing emissions from diesel engines are being developed.

**Environment Northeast**                                           $10,000
To support the adoption and implementation of efficiency standards for appliances and equipment in New England states.

**Massachusetts Climate Action Network**                            $25,000
To continue developing community support for climate protection in Massachusetts, primarily through the Cities for Climate protection program; and to use the participation of local leaders to press for stronger climate protection policies at state and regional levels.

**New England Climate Coalition**                                  $131,000

To achieve greenhouse gas reductions throughout New England by ensuring that every state in the region signs on to and adopts rules for participating in the New England Regional Greenhouse Gas Initiative.

**Northeast Energy Efficiency Partnerships, Inc.**                  $50,000
To support the adoption and implementation of efficiency standards for appliances and equipment in New England states.

**Regulatory Assistance Project**                                   $75,000
To provide policy and technical analysis to state policymakers and stakeholders in implementing the Northeast Regional Greenhouse Gas Initiative.

**Union of Concerned Scientists**                                   $40,000
To demonstrate the strategic importance of renewable energy through implementation of innovative clean energy and climate policies in New England.

**> back to top**

---

**Environmental Health**

**Alternatives for Community & Environment**                        $35,000
To reduce toxic diesel emissions from vehicles in the Boston area and participate in a coalition that aims to reduce diesel emissions statewide by 50 percent by 2010 and 75 percent by 2020.

**Arc of Massachusetts**                                            $20,000
As part of the Alliance for a Healthy Tomorrow, to achieve fundamental chemicals policy reform in Massachusetts that stresses

The John Merck Fund - Environment Grants 2006

substituting hazardous chemicals with safer substitutes.

**Clean Water Fund**                                                  **$125,000**
As part of the Alliance for a Healthy Tomorrow, to achieve
fundamental chemicals policy reform in Massachusetts that stresses
substituting alternatives for safer alternatives for hazardous
chemicals.

**Clean Water Fund**                                                  **$50,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Connecticut Citizen Research Group**                                **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Connecticut Coalition for Environmental Justice**                   **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Connecticut Council on Occupational Safety and Health**             **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Connecticut Nurses Foundation**                                     **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve concrete
policy change and shift corporate practices in the state to prevent
health damage from toxic chemical exposures.

**Connecticut Public Health Research & Education Fund**               **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Connecticut Public Interest Research Group Education Fund**         **$10,000**
As part of the Campaign for a Healthy Connecticut, to achieve
concrete policy change and shift corporate practices in the state to
prevent health damage from toxic chemical exposures.

**Environmental Health Strategy Center**                             **$100,000**
As part of the Alliance for a Clean and Healthy Maine, to promote state
policy reforms that phase out the unnecessary use of persistent,
bioaccumulative toxic chemicals.

**Environmental League of Massachusetts**                             **$30,000**
As part of the Alliance for a Healthy Tomorrow, to achieve
fundamental chemicals policy reform in Massachusetts that stresses
substituting with safer alternatives for hazardous chemicals.

**Learning Disabilities Association of Maine**                        **$26,850**
As part of the Alliance for a Clean and Healthy Maine, to promote state
policy reforms that phase out the unnecessary use of persistent,
bioaccumulative toxic chemicals.

**Maine Labor Group on Health**                                       **$1,400**
As part of the Alliance for a Clean and Healthy Maine, to promote state
policy reforms that phase out the unnecessary use of persistent,
bioaccumulative toxic chemicals.

**Maine Organic Farmers and Gardeners Association**                   **$15,000**
In cooperation with Pesticide Action Network North America, to
promote policy change and regulatory action in Maine that lead to
toxic pesticide phaseouts and use reductions by increasing
involvement of health professionals and health-affected people.

**Maine Organic Farmers and Gardeners Association**                   **$14,000**

As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**Maine People's Resource Center**                                    $30,000
To assist Maine citizens in holding state and federal regulatory agencies and corporate polluters accountable for the Penobscot River's severe mercury contamination.

**Maine People's Resource Center**                                    $30,000
As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**Maine Public Health Association**                                    $77,250
As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**Massachusetts Coalition for Occupational Safety and Health**         $40,000
To empower cleaning and service workers, many of whom are minorities and recent immigrants, to engage in participatory research and promote company practices and government policies that reduce their exposures to toxic cleaning chemicals and introduce safer alternatives into their workplaces.

**Massachusetts Public Health Association**                            $20,000
As part of the Alliance for a Healthy Tomorrow, to achieve fundamental chemicals policy reform in Massachusetts that stresses substituting safer alternatives for hazardous chemicals.

**MASSPIRG Education Fund**                                            $30,000
As part of the Alliance for a Healthy Tomorrow, to achieve fundamental chemicals policy reform in Massachusetts that stresses substituting safer alternatives for hazardous chemicals.

**Natural Resources Council of Maine**                                 $24,000
As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**Physicians for Social Responsibility of Maine**                      $14,000
As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**Physicians for Social Responsibility-Greater Boston Chapter**        $75,000
To research, produce, publish and plan for release of a new report entitled *Environmental Threats to Healthy Aging*, which will focus on adult neurodegenerative disorders including Alzheimer's and Parkinson's Diseases, following the landmark *In Harm's Way: Toxic Threats to Child Development* report.

**Toxics Action Center**                                               $50,000
To protect Maine communities from aerial pesticide spraying over blueberry barrens; to curb herbicide spraying on rights-of-way in Massachusetts; to reduce aquatic pesticide treatments in Massachusetts; and to continue the Rhode Island Neighborhood Assistance Project.

**Toxics Action Center**                                               $12,500
As part of the Alliance for a Clean and Healthy Maine, to promote state policy reforms that phase out the unnecessary use of persistent, bioaccumulative toxic chemicals.

**University of Massachusetts Lowell Center for Sustainable Production**   $60,000
To encourage forward-looking chemicals use in corporations as well as in state and federal levels both in the US and Europe.

> back to top

_____

**Strengthening the Citizen Voice in Environmental Decisionmaking**

**Green Corps**    $25,000
To train an aspiring leader from New England in the skills, strategies
and issues s/he needs to launch a career as an organizer in the
environmental field; and to provide grassroots support to New
England-based campaigns.

> back to top

_____

**Protecting Farmland and Forests in Vermont**

**Food Works**    $95,000
To further develop a food distribution system linking area farmers to
schools and programs that feed needy Vermonters; and to increase
public awareness of the role local farmers play in feeding healthy
citizens and communities.

**Intervale Foundation**    $40,000
To improve the entire farm program's financial and organizational
management; to help farmers create business plans and build equity;
and to strengthen the incubator program for new farmers.

**Merck Forest & Farmland Center**    $65,000
To provide children and young adults outdoor experiences that
promote a deeper understanding of the challenges in balancing of
environmental, economic and community needs in order to manage
forests and farms sustainably.

**Northeast Organic Farming Association of Vermont**    $10,000
To provide technical assistance, document best practices, analyze the
economic and social value of farmers' markets, exchange valuable
information, pilot the 'rapid market assessment' tool, and build the
farmers' market network in Vermont.

**Preservation Trust of Vermont**    $20,000
To pressure Wal-Mart to build smaller-scale stores in Vermont's
designated downtown areas in order to preserve the economy of
downtown communities, protect local businesses that operate there,
and prevent sprawl.

**University of Vermont Institute for Artisan Cheese**    $35,000
To promote visibility and strengthen viability of the Vermont Institute
for Artisan Cheese through enhanced public relations.

**Vermont Farms Association**    $25,000
To hire an executive administrator, capable of building a strong
agritourism promotion program. First installment of a two-year,
$50,000 grant.

**Vermont Forum on Sprawl**    $50,000
To advocate for investments, policies and practices that promote
growth in and around community centers rather than developing
farms and forest lands.

**Vermont Fresh Network**    $25,000
To improve Vermont Fresh Network's ability to increase consumer
demand for locally grown food.

**Vermont Land Trust**    $75,000
To promote diversified and value-added enterprises on conserved
farms, and to assist new farmers in becoming owner-operators of

conserved farms.

**Vermont Land Trust**                                                          **$5,000**
To enable Vermont WildWoods to investigate marketing possibilities
associated with wood products from conserved lands.

**Vermont Maple Foundation**                                                    **$78,000**
In partnership with a professional media firm, to educate the public
about the special qualities of the state's pure maple syrup and the
important role that syrup production plays in ensuring sustainability
for Vermont's family farms, sugar bush stands and working landscape.

**Vermont Public Interest Research and Education Fund**                         **$40,000**
To protect the health and wellbeing of Vermont's environment, people
and local economy.

**Vital Communities**                                                           **$40,000**
To build a community-driven, local food system by fostering
productive relationships between farmers, retail grocers, wholesalers,
restaurants, institutions, and local consumers. First installment of a
two-year, $75,000 grant.

**Working Landscapes**                                                          **$25,000**
In conjunction with Vermont Land Trust's Farmland Enterprise and
Access Program, to provide business planning services to Vermont
farmers to help them increase profitability and keep their land in
active agriculture.

**> back to top**

---

The Environment Beyond New England

Air Quality, Clean Energy and Climate Change

**Center for Health and the Global Environment**                                **$60,000**
From within Harvard Medical School, to provide education to corporate
leaders, policymakers, and the public concerning the full range of
potentially cascading health and socioeconomic risks from climate
change and climate-related diseases in order to encourage them to
make better informed decisions regarding their own practices and
relevant public policies.

**Citizens for Pennsylvania's Future**                                          **$50,000**
To ensure that Pennsylvania adopts regulations requiring the state's
power plants to reduce their mercury emissions 90 percent by 2015
and prohibiting trading of mercury allowances between emitters.

**Clean Air Task Force**                                                        **$325,000**
Working with partner organizations in twelve states, to spur a 70
percent reduction in US mobile diesel emissions by 2020.

**Clean Energy Group**                                                          **$80,000**
To facilitate a network of large institutional investors to consider
investment strategies for clean energy technologies.

**Co-op America**                                                               **$25,000**
To mobilize individual investors and consumers to pressure
corporations to reduce greenhouse gas emissions. Corporate targets
will be selected in coordination with CERES' institutional investor
campaigns.

**Minuteman Media**                                                             **$25,000**
To inform small-town and rural residents in Ohio about environmental
policy issues through the opinion pages of their local newspapers.

The John Merck Fund - Environment Grants 2006

**SmartPower**                                                    $100,000
To create a voluntary demand for clean energy from large consumers
of electricity in 200 targeted cities and states across the country;
develop marketing strategies to maximize consumer awareness of and
demand for energy efficiency; and create a strong market for clean
energy use by developing and implementing state-of-the-art
marketing and messaging for clean energy. First installment of a two-
year, $200,000 grant.

**Waterkeeper Alliance**                                          $50,000
As part of an ongoing strategy to address the impacts of mercury
contamination from coal-fired power plants, to file a lawsuit in
Canadian federal court to force a US utility to implement strict controls
that reduce its mercury emissions by 90 percent.

**World Resources Institute**                                     $25,000
To support the adoption and implementation of progressive climate
change policies by demonstrating that major companies can thrive in a
carbon-constrained economy.


**> back to top**

---

**Environmental Health**

**Alaska Community Action on Toxics**                             $20,000
In cooperation with Pesticide Action Network North America, to
promote policy change and regulatory action in Alaska that lead to
toxic pesticide phaseouts and use reductions by increasing
involvement of health professionals, organizations and health-affected
people.

**American Association on Mental Retardation**                    $100,000
To raise awareness within the developmental disabilities community
about the links between chemical exposures and preventable
disabilities.

**Autism Society of America**                                     $100,000
To expand awareness within the autism and developmental disabilities
communities about the links between autism spectrum disorders and
exposure to chemicals in the environment; and to foster involvement
in relevant policy advocacy.

**Breast Cancer Fund**                                            $36,000
To participate in the Toxic Free Legacy Project, which aims to
strengthen and develop policies for eliminating and cleaning up
persistent, bioaccumulative toxic chemicals in the State of
Washington.

**Californians for Pesticide Reform**                             $15,000
In cooperation with Pesticide Action Network North America, to
promote policy change and regulatory action in California that lead to
toxic pesticide phaseouts and use reductions by increasing
involvement of health professionals, organizations and health-affected
people.

**Center for Health, Environment and Justice**                   $50,000
To shift the market away from PVC (polyvinyl chloride) plastic by
convincing 'big box' retailers, as well as manufacturers and small
retailers, to stop selling or using those products; and to instigate and
support local and state campaigns to phase out the use of PVC plastic.

**Center for International Environmental Law**                    $60,000
To protect the environment and human health and to promote human
rights and environmental justice by seeking reforms of international
economic law, policy and institutions.

**Citizens' Environmental Coalition**                                          $80,000
To participate in the Alliance for a Toxic-Free Future, which works to
phase out the production, use, release, and disposal of persistent,
bioaccumulative toxic chemicals in New York State, through policy
reforms and market shifts to safer substitutes.

**Clean Production Action**                                                    $45,000
To provide technical assistance to campaigns in multiple states that
aim to eliminate brominated flame retardants, which are persistent,
bioaccumulative toxic chemicals rapidly accumulating in humans and
wildlife.

**Clean Water Fund of Minnesota**                                              $50,000
To create a health-oriented coalition to achieve bans of high priority
chemicals and promote comprehensive chemicals policy reform in
Minnesota.

**Columbia Center for Children's Environmental Health**                        $50,000
To inform the public, the media, public interest organizations, elected
officials, and policymakers of the scientific data from the center's
biomedical research in an effort to prevent environmentally related
disease and disabilities in children.

**Coming Clean**                                                               $35,000
To create and implement strategies for bringing about reforms of the
chemical industry through systemic changes in product manufacturing
and markets, comprehensive policy reform on the state and national
levels, better coordination between advocates and health
professionals, and reporting on chemical industry practices.

**Commonweal**                                                                 $25,000
To hold the first national conference that explores potential links
between Parkinson's disease and other neurodegenerative diseases
and exposures to chemicals in the environment. The conference will
provide a discussion forum that is conducive to interaction among
researchers, health care providers and people affected by Parkinson's
and other neurodegenerative disorders. First installment of a two-
year, $50,000 grant.

**Consultative Group on Biological Diversity**                                 $15,000
To provide operating support for the Health and and Environmental
Funders Network, a network of grantmakers who share a commitment
to health and a recognition that the health of humans, communities,
ecosystems, and animals are profoundly interconnected

**Consultative Group on Biological Diversity**                                 $5,000
To provide general support. First installment of a two-year, $10,000
grant.

**Ecology Center**                                                             $50,000
To move automobile manufacturers to use safer, less toxic plastics
and other materials by educating consumers about potential hazards
associated with chemicals inside automobiles, demonstrating the
effectiveness of a market-based campaign, and encouraging
policymakers and consumers to demand safer cars using more benign
materials.

**Environmental Health Fund**                                                  $75,000
To instigate a global shift away from chemicals that harm health and
the environment by serving as a strategist, coordinator, convener and
fundraiser for key market and policy campaigns that grassroots
networks and the foundation community undertake.

**Environmental Health Fund**                                                  $65,000
To coordinate and promote campaigns in multiple states to eliminate
brominated flame retardants as a precursor to comprehensive
chemicals policy reform on persistent bioaccumulative and toxic
chemicals.

**Environmental Health Sciences Information Center**                           $77,000

To broaden and deepen participation in environmental health activism by interpreting the rapidly emerging scientific understanding of the links between environmental exposures and human health for elite and general audiences, promoting media coverage of these new developments, facilitating exchange among scientists, and encouraging individual scientists to connect with public health advocacy.

**Environmental Working Group**                                              $80,000
To use biomonitoring and other data to promote federal and state chemicals policy reforms and changes in corporate manufacturing practices that are adequate to protect even vulnerable populations from the effects of toxic exposures.

**Farm Worker Pesticide Project**                                            $20,000
In cooperation with Pesticide Action Network North America, to promote policy change and regulatory action in Washington State that lead to toxic pesticide phaseouts and use reductions by increasing involvement of health professionals, organizations and health-affected people.

**Farmworker Association of Florida**                                        $15,000
In cooperation with Pesticide Action Network North America, to promote policy change and regulatory action in Florida that lead to toxic pesticide phaseouts and use reductions by increasing involvement of health professionals, organizations and health-affected people.

**Health Care Without Harm**                                                 $40,000
To move the health care sector to make environmental health issues important criteria in product selection of medical devices, building materials, food and chemicals; and to educate the health care industry about the links between environmental toxins and human health.

**Healthy Schools Network**                                                  $5,000
To participate in the Alliance for a Toxic-Free Future, which works to phase out the production, use, release, and disposal of persistent, bioaccumulative toxic chemicals in New York State, through policy reforms and market shifts to safer substitutes.

**Huntington Breast Cancer Action Coalition**                                $10,000
To participate in the Alliance for a Toxic-Free Future, which works to phase out the production, use, release, and disposal of persistent, bioaccumulative toxic chemicals in New York State, through policy reforms and market shifts to safer substitutes.

**Institute for Agriculture and Trade Policy**                               $50,000
To create a health-oriented coalition to achieve bans of high priority chemicals and promote comprehensive chemicals policy reform in Minnesota.

**Institute for Children's Environmental Health**                            $100,000
To support the Learning and Developmental Disabilities Initiative, which aims to increase public awareness and discourse about the links between environmental exposures and developmental and learning disabilities among organizations affected individuals and their families, service providers and, ultimately, policymakers.

**Institute for Local Self-Reliance**                                        $30,000
To support the Healthy Building Network, which is promoting incorporation of health-based criteria into emerging green building standards by eliminating building materials that release toxic chemicals into the environment; and encouraging the health care, religious and affordable housing sectors to use those criteria in their building programs.

**International Chemical Secretariat**                                        $15,000
To cultivate large business as supporters and advocates for the European Union's REACH program, which phases out chemicals that persist in the environment and accumulate in people and wildlife, and

establishes a more precautionary policy that encourages industry to innovate to safer products.

**Learning Disabilities Association of New York State**                    $6,500
To participate in the Alliance for a Toxic-Free Future, which works to phase out the production, use, release, and disposal of persistent toxic chemicals in New York State, through policy reforms and market shifts to safer substitutes.

**National Association for the Dually Diagnosed**                          $25,000
To increase awareness of the effects of environmental pollutants in contributing to developmental, neurological and mental health problems.

**National Caucus of Environmental Legislators**                          $25,000
To educate its members about advocacy efforts to eliminate brominated flame retardants, which are persistent, bioaccumulative toxic chemicals rapidly accumulating in humans and wildlife.

**National Council of Churches**                                          $200,000
To launch an initiative that raises awareness of environmental health issues among people of faith, engages religious leaders, strengthens environmental health work of religious organizations and in the larger interfaith community, and increases the capacity of the faith community to articulate its concerns about protection of human health and the environment.

**New York Public Interest Research Group Fund**                          $15,000
To participate in the Alliance for a Toxic-Free Future, which works to phase out the production, use, release, and disposal of persistent toxic chemicals in New York State, through policy reforms and market shifts to safer substitutes.

**Oceana, Inc.**                                                          $50,000
To stimulate a shift away from the use of mercury in the US manufacture of chlorine, and to defend the European Union's phaseout already planned for 2007.

**Oregon Toxics Alliance**                                                $15,000
In cooperation with Pesticide Action Network North America, to promote policy change and regulatory action in Oregon that lead to toxic pesticide phaseouts and use reductions by increasing involvement of health professionals, organizations and health-affected people.

**People for Puget Sound**                                                $32,500
As a part of the Toxic Free Legacy Project, to strengthen and develop policies for eliminating and cleaning up persistent toxic chemicals in the State of Washington.

**Pesticide Action Network North America**                                $100,000
In cooperation with state partners, to promote policy change and regulatory action in seven states that lead to toxic pesticide phaseouts and use reductions by increasing involvement of health professionals, organizations and health-affected people.

**Rochesterians Against the Misuse of Pesticides**                        $5,000
To participate in the Alliance for a Toxic-Free Future, which works to phase out the production, use, release, and disposal of persistent toxic chemicals in New York State, through policy reforms and market shifts to safer substitutes.

**Rose Foundation for Communities and the Environment**                   $75,000
To build the business case and generate domestic and international investor demand for substituting safer alternatives for hazardous chemicals in consumer products.

**Science Communication Network**                                         $40,000
To broaden and deepen accurate media coverage of environmental health science and policy issues.

**Science and Environmental Health Network**                $70,000
To expand the law to implement and advance the precautionary
principle that underlies chemical policy reform at the state and
municipal levels, by creating a legal director position.

**Toxic Waste/Lupus Coalition**                             $8,000
To participate in the Alliance for a Toxic-Free Future, which works to
phase out the production, use, release, and disposal of persistent toxic
chemicals in New York State, through policy reforms and market shifts
to safer substitutes.

**Washington Physicians for Social Responsibility**        $21,000
As part of the Toxic Free Legacy Project, to strengthen and develop
policies for eliminating and cleaning up persistent toxic chemicals in
the State of Washington.

**Washington State Nurses Association**                     $29,000
As part of the Toxic Free Legacy Project, to strengthen and develop
policies for eliminating and cleaning up persistent toxic chemicals in
the State of Washington.

**Washington Toxics Coalition**                             $131,500
As part of the Toxic Free Legacy Project, to strengthen and develop
policies for eliminating and cleaning up persistent toxic chemicals in
the State of Washington

**West Harlem Environmental Action**                        $6,500
To participate in the Alliance for a Toxic-Free Future, which works to
phase out the production, use, release, and disposal of persistent toxic
chemicals in New York State, through policy reforms and market shifts
to safer substitutes.

**Western New York Council on Occupational Safety and Health**  $14,000
To participate in the Alliance for a Toxic-Free Future, which works to
to phase out the production, use, release, and disposal of persistent
toxic chemicals in New York State, through policy reforms and market
shifts to safer substitutes.

**World Wildlife Fund**                                     $75,000
To educate policymakers, the media, and the public about the benefits
of Europe's REACH program, which phases out chemicals that persist
in the environment and accumulate in people and wildlife, and
establishes a more precautionary policy that encourages industry to
innovate to safer products.

**> back to top**

_____

**Genetically Engineered Food and Agriculture**

**Californians for GE-Free Agriculture**                    $60,000
To educate and organize farmers to resist the commercial introduction
of genetically engineered rice.

**Center for Food Safety**                                  $210,000
To protect human health and the environment by ensuring appropriate
testing and regulation of all genetically engineered crops and
organisms.

**Earthjustice Legal Defense Fund**                         $35,000
To seek environmental review and regulation of open-air field tests of
genetically engineered crops in Hawaii.

**Hawaii SEED**                                             $25,000
To stop the release of genetically engineered Hawaiian commodity
crops, such as taro and coffee, while furthering research into the
environmental and economic damage genetically modified papaya has
caused on the islands.

**National Family Farm Coalition**     $30,000
To increase collaboration among rice producers and their trade
associations to stop the commercialization of genetically engineered
rice; and to develop a public education and media campaign to
increase farmer awareness of the negative impacts of using genetically
engineered alfalfa.

**Rural Advancement Foundation International-USA**     $50,000
To promote food security and justice by opposing the spread of
genetically engineered foods and creating sustainable alternatives.

**Union of Concerned Scientists**     $60,000
To secure a ban on engineered food crops for pharmaceutical and
industrial purposes, and to strengthen the overall biotechnology
regulatory framework by fostering greater accountability in federal
agency reviews of new products. First installment of a two-year,
$120,000 grant.

**Western Organization of Resource Councils Education Project**     $25,000
To stop the introduction and further planting of genetically modified
crops until potential environmental, economic and health problems can
be assessed and remedied.

> back to top

## Defending Environmental Standards

**Collaborative Environment Campaigns**     $250,000
To help the national environmental community educate the public,
media and decisionmakers about anti-environment initiatives while
promoting pro-environment policies

**Environmental Integrity Project**     $75,000
To counter the Bush Administration's and state governments' failure to
enforce air pollution regulations aimed at reducing emissions from
power plants.

**National Environmental Trust**     $15,000
To advance and defend federal environmental protections through
issue-based national campaigns.

**Natural Resources Defense Council**     $75,000
To establish the State Environmental Partnership in order to block
federal efforts to pre-empt state environment, consumer and public
health standards that are more rigorous than corresponding federal
standards.

> back to top

## Grassroots Responses to the Department of Energy

**Alliance for Nuclear Accountability**     $30,000
To coordinate a national network of local, regional and national
organizations working to promote environmental management and
cleanup at nuclear weapons facilities.

**Government Accountability Project**     $45,000
To reduce or eliminate the environmental, safety and health
consequences resulting from the storage of nuclear material at the
Hanford site.

**Snake River Alliance Education Fund**     $40,000
To conduct research, education, and community advocacy to protect
Idaho's people, water and economy by promoting responsible cleanup
of nuclear waste and contamination.

**Tri-Valley Communities Against a Radioactive Environment**     $30,000

To conduct advocacy, public education, research and litigation to achieve cleanup of past and future contamination at the Livermore nuclear weapons production laboratory.

**> back to top**

**Other**

| | |
|---|---|
| **Consultative Group on Biological Diversity** <br> To provide general support. | **$5,000** |
| **Environmental Grantmakers Association** <br> To provide general support. | **$3,280** |

**See 2005 Grants**

**See 2004 Grants**

**See 2003 Grants**

**> back to top**

# EXHIBIT 11

Farm Aid: Genetic Engineering (GMOs)                                      Page 1 of 2



Search [＿＿＿＿＿＿] [GO]   | CONCERT | DONATE | ABOUT US | FARMYARD | SHOP |

food and farm | ask Laura | farmer stories

**Farm Help**
**Food & Farm**
**Take Action**
**Grants Program**
**Farm Aid News**
**Sponsors**
**Disaster Fund**
**Blog**
**Newsletter**



Username:
[＿＿＿＿＿＿＿]
Password:
[＿＿＿＿＿＿＿]

Not Registered?
Forgot your password?

POWERED BY
CONVIO

## Genetic Engineering (GMOs)

Why is corn pollen suspected of killing Monarch butterflies? Why are Mexican corn farmers afraid of the wind? Why do many countries refuse to buy American crops? Since the introduction of genetically modified organisms (GMOs) to the market in 1995, genetic engineering has sparked a global controversy. Environmental hazards, food and crop contamination, declining market prices, and political battles are all side effects of the genetic tampering with your food.



*Help spread the word about genetic engineering. Share this information with a friend by sending them a card in their e-mail.*

**Send E-Card**

**Genetic Engineering: Science in the Wild**

- Genetic engineering is the manipulation of specific genes that are moved from one species to another to create a trait that didn't previously exist. For example, fish genes have been transferred to tomatoes and insect genes can be found in potatoes.
- Common crops, such as corn, have been engineered to contain pesticides in every cell of the plant. As a result, these crops are not registered as food - they are actually considered pesticides.
- The prevalent usage of GMO crops is increasingly threatening the biodiversity in our seed supply and making our crops more vulnerable to disease outbreaks and pest infestations.

**Genetic Engineering: Threatening Farmers Worldwide**

- Farmers buy GMO crops based on promises of lower costs and higher yields, but they often find additional costs in veterinary bills, medications, unstable markets and extra pesticides. In short farmers often encounter higher costs and lower yields with GMO crops.
- Farmers that buy GMO seeds, enter into a contract that dictates how and when the crop can be grown and forbids the farmer to save seed - contrary to traditional practices.
- Many farmers have been sued for allegedly saving seeds, while neighboring farmers whose crops have been contaminated by GMO pollen drift have been sued for unknowingly "possessing" GMO seeds.

**Genetic Engineering: A Public Health Hazard**

- While the Food and Drug Administration claims GMO products on the market are totally safe, there has been no thorough analysis of their long-term implications. Despite overwhelming consumer demand, none of these products are labeled.
- Due to the extremely unpredictable nature of genetic experimentation, new food toxins, allergens or diseases can and have resulted from GMO foods.
- Weak regulations and corporate oversight have allowed experimental crops to contaminate

Farm Aid: Genetic Engineering (GMOs)                                            Page 2 of 2

the general food supply. In a recent case corn, that had been genetically engineered to use as a vaccine for diarrhea in pigs, contaminated 500 bushels of soy beans that were intended for the general food supply.
- The biotech industry has undue influence over government regulatory institutions. For example, a Monsanto executive drafted a proposed legislation for the legalization of rBGH, a genetically modified growth hormone used to boost milk production in dairy herds. She was then hired by the FDA to inform public policy on the very same topic.

The government may have already cast its vote for genetic engineering in agriculture, but it remains a controversy in the minds of consumers and many family farmers. In 2001, Farm Aid helped create the Farm to Farmer Campaign on Genetic Engineering in Agriculture, to help inform family farmers, consumers and people who care about the environment about the legal, financial and health implications of genetic engineering in agriculture. Cast your vote, buy family farmed and buy organic to get GMO-free food.

**Sign up for our monthly newsletter,** Farm Aid Live, to stay informed about Farm Aid's activities, the annual concert, and current food and farm issues.

Privacy Policy| Contact Us| Link Policy| Home

Printer Friendly Version

# EXHIBIT 12

American Corn Growers Association: About ACGA                                    Page 1 of 5



**Email - ACGA@ACGA.ORG**

**P.O. Box 18157**
**Washington, DC 20036**
**(202) 835-0330**

http://www.acga.org

| | **About ACGA** |
|---|---|

**Home**

**About**

**Directors**

**News & Views**

**Membership Signup**

**Convention**

**Policy Statement**

**Wind Energy And Climate Change Survey**

**Economic Analysis**

**Food Vs. Farm Price Comparison**

**Past Farm Bill Proposals**

**Food Policy**

**Testimony**

**Links**

**Email**

*Ver. 051806*
*Site Created &*
*Maintained by*
*agNET.net*

# The American Corn Growers Association

# Advantages, Experience, Performance

### Background

The American Corn Growers Association is America's leading progressive commodity association, representing the interests of corn producers in 35 states. Since its inception in 1987, the ACGA has worked tirelessly to enhance farm income and protect rural communities. The ACGA recognizes that farmers here and abroad need to have the opportunity to be rewarded for their time, investment, and commitment to feeding the world.

The ACGA was formed in 1987 after strong dissatisfaction with corn producer representation during the 1985 farm bill debate, which was a turning point in US farm policy. At that time farm policy was passed that greatly undermined the ability of farmers to profit by reducing prices supports and marketing tools that farmers had used successfully for nearly fifty years. It was done so under the auspices of becoming "more competitive in the international marketplace" but in reality was an attempt by agribusiness to reduce commodity prices domestically and worldwide. This was done in the face of a US farm crisis of a magnitude not seen since the Great Depression. This radical approach to farm policy was supported by many commodity organizations, including the only existing corn grower association. It became very apparent that a new voice was needed for producers that was not influenced by the grain processing and exporting companies along with chemical and seed companies who had become very powerful not only in the farm policy arena, but also within many of these same commodity associations.

The ACGA has long understood how unique business of farming is. We were the first and only organization to fully explore and explain this business structure to policy makers and the general public. Given this understanding, we have logically come to the conclusion that market intervention is needed for agriculture to prosper here and abroad. We have reached these conclusions through research and compilations of USDA data of long-term trends in prices, productivity,

exports and inflation.  Collaboration between many experts on farm and trade policy has also led us to these conclusions.

Therefore, much of the emphasis for the ACGA has been on improving U.S. farm policy to the benefit of farmers and rural communities. Since we understand the major role the United States plays in determining world agricultural prices for basic commodities, we also know that our efforts affect the well being of farmers worldwide.  We take this task very seriously, with a deep commitment to representing the interests of farmers worldwide.  ACGA advocates increased commodity support rates, commodity reserves, international agreements to manage inventories, raising and stabilizing world commodity prices and shared marketing agreements between exporting countries to improve market prices for basic commodities.

We have become a key player in the development of farm and trade policy along with production issues such as seed patent law, GMO policies and many other issues that affect farmers. We have become a leading voice in the pursuit for renewable energy sources such as wind power, corn as a fuel source. We are seen as a voice that truly represents the interests of farmers, without the influence of agribusiness interests. Therefore we are constantly contacted and relied upon by national and international interests to speak to, advise, support and collaborate on issues that affect farmers globally.

We recognize the need for a strong and stable farm economy for not only farmers, but consumers as well.  We also understand the significant role a stable food production system plays in encouraging political stability throughout the world.  We believe that through improved US farm policy many countries around the world will be better off, both economically and politically, reducing strife and decreasing hunger and poverty globally.  This is our goal.

### Advantages

A board of directors who meet regularly to direct and advise the association on its activities guides ACGA.  Members pay dues to belong to the organization and devise policy at the annual convention. Officers of the organization, who are all farmers, oversee the duties of the staff and are directly involved with the daily activities of the association.  While small in numbers, the staff of the ACGA is second to none. Because of the organizations record of representing farmers' best interests, the ACGA attracts talented people who are dedicated to improving the lives of farmers of all types throughout the world.

ACGA has several inherent advantages over other organizations that represent farmers.  Since we are a younger organization, we are much more vibrant, and less bureaucratic than older more established organizations.  We are able to move quickly on issues and take logical positions without being unduly influenced by insurance company ties, agribusiness funders or any longstanding internal cultures. Because of this we are seen as much more grassroots than many other organizations, and therefore respected more than many in the halls of the US Congress.

Since we are more of a national organization, our resources are focused more on national policy than state and local policies. This allows for greater efficiencies and putting resources where they will do the most good.

Our name also has its own advantage, that being "American" which allows us to focus more on an international arena than just within the borders of the US. Also corn is the basic commodity throughout the America's and much of Africa. Corn policy to a great degree affects other commodities as well.

Most importantly we believe we also have a staff and people advantage. We have brought together the most knowledgeable people in the farm policy arena found anywhere to work together on these issues. Our board is very dedicated to their cause and spends their own resources to attend board meetings and conventions. Our policy analysis, lobbying capabilities, extensive networking and many years of farm policy experience allow us increased visibility and respect by many.

### Performance

To assist corn producers here and abroad the ACGA has worked with the U.S. Senate Agriculture, Nutrition, and Forestry Committee to draft The Family Farm Agriculture Recovery and Maintenance Act (F.A.R.M. Act), a long-term plan designed to benefit farmers, using analysis of 25 years of historic data.

We have played an important role at the highest levels in the development of the recent farm bill. Although we were unsuccessful in our attempts to pass our own proposal, we had many successes and affected the outcome significantly.

We have protected family farmers by working to stem the tide of further corporate concentration of agribusiness. Farmers require, demand, and deserve open and fair competition when buying their input supplies and when selling their harvest.

Our internet website is maintained to provide a wealth of information about the unique business of farming, farm policy analysis, historical key indicators of agriculture, and information to address customers' concerns of genetically modified crops, availability of markets for alternatives to GMOs, and the rights of producers to have a choice in what they plant.

We continue as the nation's recognized agricultural leader in the promotion and support of a renewable fuel standard for the country's motor fuel needs and ETBE as the alternate fuel source that can expand the role for ethanol while reducing pollutants.

Sponsoring the Wealth from the Wind program, we highlight the potential economic and environmental benefits of wind power generation for small and mid-sized farmers and rural communities.

Our organization believes in networking and cooperation between like-minded organizations to build understanding and consensus on issues that face family farmers. We took a lead role in the 1999 Farm Leader Summit sponsored by National Farmers Union, which focused on building consensus between 27 farm organizations. We are a member of the National Family Farm Coalition as well as coordinating efforts between several other organizations such as The Organization for Competitive Markets, Rancher's and Cattlemen's Legal Action Fund and others. There is very little concern for "turf protecting" within this organization. We focus on results instead.

### International Experience and Performance

Since it's inception, ACGA has also played an international role in the development of farm, trade and other related agricultural policies. Some of the global events and activities ACGA has been a part of are listed below:

<u>1987</u>:Attended the *General Agreement on Tariffs and Trade Negotiations* in Geneva in 1987 and was a outspoken voice on the risks of GATT to agricultural producers worldwide. We toured the United States sounding the alarm on the risks of uncontrolled free trade to farmers of the world.

<u>1994</u>: Took part in an international exchange and dialogue of producers in Cuernevaca, Mexico focusing on international cooperation between farmers to improve farm and trade policies that affect them.

<u>1999</u>: ACGA represented corn producers at the *Food and Agriculture Day and the Seattle Round* of the WTO discussion.

<u>2000</u>:  ACGA was invited to give a presentation to the *French Grains Board* in Montpellier, France explaining the role of US farm policy on international commodity markets and proposing joint marketing agreements.

<u>2000</u>:  An invitation was accepted and a presentation given to the *National Farmers Union of Canada* national convention on the issue of farm and trade policy as well as genetically engineered crops.

<u>2001</u>:  We offered a presentation at the AGROGENE Seminar 2001 in Paris, France presenting a paper on 'USA Identity-Preserved and Traceability Systems' regarding GMOs.

<u>2002</u>: Mr. Dan McGuire, policy chairman of the ACGA was invited to be a speaker and present a case study on cereals at Windsor Castle in London for a February 2002. *"Agriculture In A Globalized World, What are the implications of world trade on local agriculture?"* Only four speakers were invited to the conference, including Michael Moore, the WTO Secretariat.

### Ongoing Programs of the ACGA

--*The Alliance for Rural America* is a coalition of national farm and rural groups working together to educate and inform farmers and rural Americans about key environmental and energy issues, giving them a unified voice in policy debates.

--*Our Farmers Choice-Customers First Program* recognizes the uncertainty many farmers are facing over the proliferation of genetically modified (GMO) crops. Although production agriculture has been generally supportive of agricultural biotechnology, we understand that it doesn't help farmers to grow a product that most of our foreign customers refuse to

American Corn Growers Association: About ACGA                                    Page 5 of 5

buy and we recognize their concerns.

--ACGA's *Wealth from the Wind Program* recognizes the potential economic and environmental benefits of wind power generation for small and mid-sized farms and rural communities, along with the contribution wind power can make to reduce greenhouse gas emissions.

--The *Rural Revitalization Program* will help create an environment for economic and social revitalization in rural America through social change, grassroots empowerment, and political advocacy.

--The *Agricultural Water Quality Restoration Program* addresses the problem of continued growth of the hypoxia area in the Gulf of Mexico. Accepting responsibility for this problem and developing proactive measures to address it is the basis for this program.

HOME | DIRECTORS | NEWS | MEMBERSHIP | CONVENTION | LINKS | EMAIL

>

# EXHIBIT 13

COMPARISON OF SIMILAR ALLEGATIONS
IN AMERICAN CORN GROWERS ASSOCIATION,
PULLEN SEEDS/ WADE FARMS AND SCHOENBAUM COMPLAINTS[1]

| American Corn Growers Association Complaint | Pullen Seeds and Wade Farms Complaints | Schoenbaum Amended Complaint |
|---|---|---|
| "Monsanto has been able to maintain its glyphosate herbicide monopoly through a comprehensive anticompetitive and exclusionary scheme that has involved, among other things, Monsanto's unlawful leveraging of its monopoly (or monopolies) in the market for genetically modified seed traits." (ACGA Compl. ¶ 7) | "Monsanto has been able to maintain its glyphosate herbicide monopoly . . . through a comprehensive anticompetitive and exclusionary scheme that has involved Monsanto's unlawful leveraging of its monopolies in both the market for glyphosate herbicides and the markets for genetically modified seed traits." (Pullen Compl. ¶ 6; Wade Compl. ¶ 6) | "Monsanto has maintained its monopoly power in these markets through a series of exclusionary and other anticompetitive practices." (Schoenbaum Compl. ¶ 128) |
| "Monsanto embarked on an $8 billion acquisition program whereby it acquired, merged with, or obtained an ownership interest in a large number of then existing and leading biotechnology and seed companies." (ACGA Compl. ¶ 42) | "Monsanto embarked on an $8 billion acquisition program whereby it acquired, merged with, or obtained an ownership interest in a large number of then existing and leading biotechnology and seed companies." (Pullen Compl. ¶ 58; Wade Compl. ¶ 60) | "Monsanto, in a multibillion-dollar buying spree - in an effort to acquire traits, technology, intellectual property, hybrid seed, foundation seed assets, and additional seed industry market share - rapidly acquired a large number of leading gene and seed companies." (Schoenbaum Compl. ¶ 118) |
| "AgrEvo (an Aventis predecessor) was also trying to develop a glufosinate-based seed trait through a collaboration agreement with Asgrow, a soybean and corn seed company. Had AgrEvo been able to develop such seed, growers could have sprayed glufosinate over glufosinate-tolerant crops. . . . In or about | "AgrEvo (an Aventis predecessor) was also trying to develop a glufosinate-based seed trait through a collaboration agreement with Asgrow, a soybean and corn seed company. Had AgrEvo been able to develop such seed, growers could have sprayed glufosinate over glufosinate-tolerant crops. . . . In or about | "In a further effort to prevent competition in the genetically-modified soybean seed market, Monsanto entered into an agreement with AgrEvo - the corporate predecessor of Aventis CropScience USA Holding, Inc. (which has since been acquired by Bayer AG) - to prevent AgrEvo's Liberty Link soybean seeds from |

[1]  Complaint, *American Corn Growers Association v. Monsanto Co.*, No. 07-100 (D. Del. Feb. 21, 2007); Complaint, *Pullen Seeds and Soil v. Monsanto Co.*, No. 06-599 (D. Del. Sept. 26, 2006); Complaint, *Wade Farms v. Monsanto Co.*, No. 06-600 (D. Del. Sept. 26, 2006); Amended Complaint, *Schoenbaum v. E.I. Dupont de NeMours and Co., et al.*, No. 4:05-CV-1108-ERW (E.D. Mo. June 26, 2006)

| American Corn Growers Association Complaint | Pullen Seeds and Wade Farms Complaints | Schoenbaum Amended Complaint |
|---|---|---|
| February 1997, however, Monsanto acquired Asgrow and promptly killed the glufosinate project." (ACGA Compl. ¶ 45) | February 1997, however, Monsanto acquired Asgrow and promptly killed the glufosinate project." (Pullen Compl. ¶ 60; Wade Compl. ¶ 62) | gaining market viability." (Schoenbaum Compl. ¶ 117) |
| "During this period Monsanto also acquired various other seed and seed technology companies such as Argrocetes (1996), Ecogen (1996), Calgene (1997) and Plant Breeding International (1999) (a Brazilian seed company), all of which had been involved in the development and/or production of biotechnology traits or seeds." (ACGA Compl. ¶ 47) | "During this period Monsanto also acquired various other seed and seed technology companies such as Argrocetes (1996), Ecogen (1996), Calgene (1997) and Plant Breeding International (1999) (a Brazilian seed company), all of which had been involved in the development and/or production of biotechnology traits or seeds." (Pullen Compl. ¶ 63; Wade Compl. ¶ 65) | "Specifically, since 1996, Monsanto has acquired, merged with, or obtained an interest in, *inter alia*: . . . Calgene LLC (1997); . . . Plant Breeding International (1999); . . . Agracetus (1996); Ecogen Inc. (1996); . . . '. . .'" (Schoenbaum Compl. ¶ 119) |
| "Monsanto also pursued the strategy of neutralizing potential competitors by entering into restrictive licensing agreements with independent seed companies." (ACGA Compl. ¶ 51) | "Monsanto also pursued the strategy to neutralize potential competitors by entering into restrictive licensing agreements with independent seed companies." (Pullen Compl. ¶ 67; Wade Compl. ¶ 69) | "Monsanto has denied seed companies access to these traits unless the seed companies agree to enter restrictive licenses designed to prevent competition." (Schoenbaum Compl. ¶ 128) |
| "Monsanto entered into numerous long-term (typically ten year) licensing agreements with hundreds of seed companies who grow the seed containing Monsanto's biotechnology seed traits for resale to the market." (ACGA Compl. ¶ 52) | "Monsanto entered into numerous long-term (typically 10-years) licensing agreements with seed companies which grow the seed with Monsanto's biotechnology seed traits for resale to the market. These agreements . . . prohibited [stacking] . . ." (Pullen Compl. ¶ 68; Wade Compl. ¶ 70) | "Monsanto, however, imposes anticompetitive restrictions on the seed manufacturers, including: (a) prohibiting . . . 'stacking', . . ." (Schoenbaum Compl. ¶ 67) |
| "Monsanto's use of licenses to block the development and growth of competing types of biotechnology seed traits and herbicides was the focus of its 1996 strategy called the 'Monsanto Maize Protection Business Plan.' The Monsanto Maize Protection Business Plan outlined a scheme to obtain and exercise monopoly control of the markets for biotechnology seed traits by licensing seed | "Monsanto's use of licenses to block the development and growth of competing types of biotechnology seed traits and herbicides was the focus of its 1996 strategy called the 'Monsanto Maize Protection Business Plan.' The Monsanto Maize Protection Business Plan outlined a scheme to obtain and exercise monopoly control of the markets for biotechnology seed traits by licensing seed | "Monsanto's intent to 'cartelize' or otherwise unlawfully control, *inter alia*, the genetically-modified seed and/or seed trait markets - including the genetically modified soybean and corn seed and/or seed trait markets - is evidenced in a number of its internal records. For example, in 1996, Monsanto authored its 'Maize Protection Business Plan' (the "Protection Plan"). In the Protection Plan, |

2

| American Corn Growers Association Complaint | Pullen/Seeds and Wade/Farms Complaints | Schoenbaum Amended Complaint |
|---|---|---|
| trait technology (including the glyphosate-tolerant technologies) to independent seed companies who might otherwise compete with Monsanto." (ACGA Compl. ¶ 54)<br><br>"According to an antitrust complaint filed by Syngenta in this Court, *Syngenta Seeds, Inc., v. Monsanto Company and Monsanto Technology, LLC*, C.A. No. 04-908-SLR, once Monsanto learned of Syngenta's efforts to develop and market its own glyphosate-tolerant corn seed traits based on the GA21 event, Monsanto prohibited its seed company licensees from developing a seed trait using the GA21 event, effectively foreclosing competition from Syngenta in glyphosate-tolerant corn traits. . . ." (ACGA Compl. ¶ 61)<br><br>"Monsanto's dealers and distributors are subject to a variety of restrictive conditions that limit their ability and incentive to sell competing glyphosate herbicide products and which in fact penalize them for selling non-Monsanto herbicides." (ACGA Compl. ¶ 66)<br><br>"Monsanto has various programs such as its so-called 'Action Pact Program,' pursuant to which Monsanto pays dealers and distributors a percentage rebate. . . ." (ACGA Compl. ¶ 67) | trait technology (including the glyphosate-tolerant technologies) to independent seed companies who might otherwise compete with Monsanto." (Pullen Compl. ¶ 70; Wade Compl. ¶ 72)<br><br>"According to an antitrust complaint filed by Syngenta in this Court, *Syngenta Seeds, Inc., v. Monsanto Company and Monsanto Technology, LLC*, C.A. No. 04-908-SLR, once Monsanto learned of Syngenta's efforts to develop and market its own glyphosate-tolerant corn seed traits based on the GA21 event, Monsanto prohibited its seed company licensees from developing a seed trait using the GA21 event, effectively foreclosing competition from Syngenta in glyphosate-tolerant corn traits." (Pullen Compl. ¶ 74; Wade Compl. ¶ 76)<br><br>"Monsanto's dealers and distributors are subject to a variety of restrictive conditions that limit their ability and incentive to sell competing glyphosate herbicide products and which in fact penalize them for selling non-Monsanto herbicides." (Pullen Compl. ¶ 83; Wade Compl. ¶ 85)<br><br>"Monsanto . . . has various programs such as its so-called 'Action Pact Program,' pursuant to which Monsanto pays dealers and distributors a percentage rebate. . . ." (Pullen Compl. ¶ 84; Wade Compl. ¶ 86) | Monsanto outlined its strategy to monopolize and restrain trade through licensing its genetically-modified soybean and corn seed traits to independent seed companies - including Pioneer - that competed both with Monsanto and with each other." (Schoenbaum Compl. ¶ 101)<br><br>"Likewise, at different times during the Relevant Time Period, Syngenta has asserted, *inter alia*, that 'Monsanto is a monopolist in the markets for every biotechnological corn trait available in the United States market,' Complaint at ¶ 3, *Syngenta Seeds, Inc., v. Monsanto Co. and Monsanto Technology, LLC*, C.A. No. 04-908-SLR (D. Del. July 28, 2004); 'Monsanto has maintained its monopoly power [in the corn seed trait market] through a series of exclusionary and unlawful practices . . . [including] deny[ing] [competitor] seed companies access to these traits unless the seed companies agree to enter restrictive licenses designed to prevent competition.' *Id.* at ¶ 4." (Schoenbaum Compl. ¶ 49)<br><br>"Monsanto's anticompetitive conduct was summed up, . . . that '[t]he pressure Monsanto puts on dealers and distributors to sell is very difficult for competitors to sell their own glyphosate products, even when those products are cheaper than Roundup.'" (Schoenbaum Compl. ¶ 135)<br><br>"Monsanto employed anti-competitive marketing tactics, including . . . the 'Action Pact' program, and other programs. . . . Monsanto's 'Action Pact' program rewards each participating seed retailer based on that retailer's |

3

| American Corn Growers Association Complaint | Pullen Seeds and Wade Farms Complaints | Schoenbaum Amended Complaint |
|---|---|---|
| | | rate of growth in sales of seeds containing Monsanto's traits. . . ." (Schoenbaum Compl. ¶¶ 129-130) |
| "As a result of Monsanto's rebate programs, dealers and distributors have little or no incentive to purchase, stock or sell generic glyphosate, because if they sell more than a *de minimus* amount, they stand to be penalized by losing the substantial rebates they would otherwise receive on the sale of Monsanto products." (ACGA Compl. ¶ 68) | "As a result of Monsanto's rebate programs, dealers and distributors have little or no incentive to purchase, stock or sell generic glyphosate since if they sell more than a *de minimus* amount, they stand to be penalized by losing the substantial rebates they would otherwise receive on the sale of Monsanto products." (Pullen Compl. ¶ 85; Wade Compl. ¶ 87) | "The terms of these programs have allowed Monsanto to use its market power in the broad-spectrum-herbicide-resistant soybean and corn seed and/or seed trait markets and the genetically-modified *Bt* corn seed and/or seed trait markets to exclude other potential competitors from the needed channels of distribution and to monopolize these markets." (Schoenbaum Compl. ¶ 129) |
| "Monsanto has also imposed exclusionary and restrictive conditions at the grower level that prevent growers from using generic glyphosate in connection with Monsanto's glyphosate-tolerant seed traits. While Monsanto does not typically sell seeds directly to farmers, Monsanto requires growers to sign a technology license, the Grower's Agreement and Technology Use Agreement ("TUA"), that effectively mandates that they use only Roundup herbicides on Roundup Ready crops." (ACGA Compl. ¶ 70) | "Monsanto has also imposed exclusionary and restrictive conditions at the grower level that prevent growers from using generic glyphosate in connection with Monsanto's glyphosate-tolerant seed traits. While Monsanto does not typically sell seeds directly to farmers, Monsanto requires growers to sign a technology license, Grower's Agreement and Technology Use Agreement ("TUA") that effectively mandates that they use only Roundup herbicides on Roundup Ready crops." (Pullen Compl. ¶ 86; Wade Compl. ¶ 88) | "In addition to setting forth the farmers' obligation to pay the technology fee to Monsanto as an incorporated part of the price of any purchase of seeds containing Monsanto's technologies, the Technology Agreement contains numerous other terms as well. These terms are so onerous that they demonstrate the anticompetitive lock that Monsanto has on the relevant genetically-modified seed and/or seed trait markets." (Schoenbaum Compl. ¶ 91) |

4

# EXHIBIT 14



**ActivistCash.com**

| Activist Groups | Foundations | Celebrities | Key Players |

# American Corn Growers Association
1730 M Street, NW, Suite 911, Washington, DC 20036
**Phone** 202-835-0023 | **Fax** 202-659-5760 | **Email** acga@acga.org


printable
version

**Profile:**
American Corn Growers
Association

Overview

Officers &
Other Supporters

Quotes

Financials

Connections

News


printable
version


e-mail to
a friend

search

join our
e-mail list

## Connections



**Center for Food Safety**
On several occasions the Center for Food Safety (CFS) has added the American Corn Growers Association (ACGA) to the list of leftist groups endorsing its various anti-consumer petitions. In December 1999 and March 2000, for instance, CFS filed legal papers demanding that the U.S. Food and Drug Administration begin labeling all genetically enhanced food products, despite scientific evidence and long review processes demonstrating their safety. CFS and ACGA are also members of the â€œBolinas group,â€ a conglomeration of environmental and other anti-consumer groups (many funded by the same organic food producers) that pool their resources in order to try and force the governmentâ€™s hand on the labeling issue. ACGA and CFS are also both underwriters of the anti-technology propaganda web site CropChoice.com.



**Environmental Media Services**
Environmental Media Services (EMS) and the American Corn Growers Association (ACGA) are both members of the â€œBolinas Group,â€ a consortium of environmental and anti-technology groups. Bolinas groups work together to cripple food technology by lobbying governments for â€œwarningâ€ labels designed to scare consumers. They also have access to millions in funding via members of the Environmental Grantmakers Association. In addition, both EMS and ACGA are among the institutional sponsors of CropChoice.com, a web site devote to anti-food-technology propaganda. EMS has also arranged and promoted news conferences at which ACGA officers delivered speeches. One such event -- held in Washington in September 1999 -- featured ACGA board member Dan McGuire. The press release referred reporters to Stacia Tipton, an employee of Fenton Communications (EMSâ€™s parent company).



**Foundation on Economic Trends**
In the summer of 1999, a smattering of environmental activist groups and self-styled big thinkers met in Bolinas, California for the purpose of condemning genetically enhanced crops. The result was the so-called Pacific Declaration. Among the signatories were the Foundation on Economic Trendsâ€™ Jeremy Rifkin, and the fringe American Corn Growers Association.

**Greenpeace**

Greenpeace and ACGA are both institutional sponsors of CropChoice.com, a web site devoted to anti-food-technology propaganda. Both groups are also members of the â€œBolinas Group,â€ a consortium of environmental and anti-technology groups. Bolinas groups work together to cripple food technology by lobbying governments for â€œwarningâ€ labels designed to scare consumers. Greenpeace and ACGA were also both among the signers of a March 2000 FDA petition brought by the organic marketer-funded Center for Food Safety, demanding mandatory product â€œwarningâ€ labels on genetically improved foods.



### Institute for Agriculture and Trade Policy

The Institute for Agriculture and Trade Policy (IATP) and the American Corn Growers Association (ACGA) are both institutional sponsors of the anti-technology website CropChoice.com. The groups have joined forces on at least two occasions to endorse legal petitions brought by the organic marketer-funded Center for Food Safety against the U.S. Food and Drug Administration. Both IATP and ACGA are also members of the â€œBolinas group,â€ a conglomeration of environmental and other anti-consumer groups that pool their resources in order to try and force the governmentâ€™s hand on the labeling issue. Bolinas group members also have access to millions in funding via members of the Environmental Grantmakers Association.



### Institute for Social Ecology

According to *Food Labeling News*, the Institute for Social Ecology and the American Corn Growers Association were part of a group of 25 environmental organizations that petitioned the U.S. Food and Drug Administration for mandatory biotech food labels in December 1999.



### Iowa Citizens for Community Improvement

The dissident farmer/activists of the American Corn Growers Association have found a kindred spirit in Iowa Citizens for Community Improvement (ICCI). Both groups are members of the National Family Farm Coalition, an organization which uses the same politically-defined â€œfamily/factory farmâ€ labels as ICCI. Both have also endorsed the â€œFarmersâ€™ Declaration on Genetic Engineering in Agriculture,â€ a neo-Luddite screed that demands adherence to the discredited â€œprecautionary principle.â€



### Mothers for Natural Law

In December 1999 the American Corn Growers Association endorsed a legal action brought by a group of anti-technology organizations, including a Fairfield, Iowa group called the Alliance for Bio-Integrity. This latter outfit is controlled by followers of the Maharishi Mahesh Yogi, whose teachings also inspired Mothers for Natural Law. In addition, two Maharishi-oriented entities (the Natural Law Party and the Maharishi University of Management) are members of the â€œBolinas Group,â€ a coalition to which the American Corn Growers Association also belongs. The Bolinas Group is a consortium

American Corn Growers Association Connections                                    Page 3 of 4

of environmental and anti-technology groups, working together to cripple food technology by lobbying governments for "warning" labels designed to scare consumers. Bolinas group members also have access to millions in funding via members of the Environmental Grantmakers Association.



**Natural Resources Defense Council**
At a March 21, 2000, press conference, the organic marketer-funded Center for Food Safety unveiled a petition demanding that the U.S. Food and Drug Administration begin requiring warning labels on all genetically improved foods. Among the co-signers of this document were the American Corn Growers Association and the Natural Resources Defense Council.



**Northern Plains Resource Council**
In December 2001 a coalition of five activist groups was formed specifically "to fight agribusiness" during the formation of the 2002 Farm Bill in Washington. Called the "National Farm Action Campaign," this *ad hoc* federation included both the American Corn Growers Association and the Northern Plains Resource Council. Other members included the National Family Farm Coalition, the Missouri Rural Crisis Center, and Iowa Citizens for Community Improvement.



**Organic Consumers Association**
The American Corn Growers Association and the Organic Consumers Association both endorsed a March 2000 petition demanding that the U.S. Food and Drug Administration begin requiring warning labels on all genetically improved foods. The petition was written, organized, and promoted by the misleadingly named Center for Food Safety, which is underwritten by organic food marketing companies.



**Sierra Club**
The Sierra Club and the American Corn Growers Association are both members of the "Bolinas Group." The Bolinas Group is a consortium of environmental and anti-technology groups, working together to cripple food technology by lobbying governments for "warning" labels designed to scare consumers. Bolinas group members also have access to millions in funding via members of the Environmental Grantmakers Association.



**Union of Concerned Scientists**
Both the Union of Concerned Scientists and the American Corn Growers Association -- which, needless to say, does not really represent most corn growers -- joined the Center for Food Safety and more than 50 other foes of biotech in 2000 to demand that the FDA subject genetically enhanced foods to burdensome approval standards and labeling procedures.



**Western Organization of Resource Councils**
During the congressional battle over the 2002 farm bill, both

American Corn Growers Association Connections

the American Corn Growers Association and the Western Organization of Resource Councils (along with 38 other anti-consumer agriculture groups) signed a letter to the members of the U.S. Senate Agriculture Committee. The letter encouraged Congress to adopt the terms of Senator Harkin's "competition title," which would have made it illegal for meatpackers to own their own beef cattle. Although this maneuver ultimately failed, it demonstrates the lengths to which some organizations will go to unfairly tilt the playing field in their favor: rather than competing with packers, groups like ACGA and WORC sought to eliminate them from the economy entirely.

Copyright © 2007 Center for Consumer Freedom. All rights reserved.

# EXHIBIT 15

# American Corn Growers Association

Email - ACGA@ACGA.ORG

P.O. Box 18157
Washington, DC 20036
(202) 835-0330

http://www.acga.org

| | |
|---|---|
| Home | **American Corn Growers Association Board of Directors** |
| About | |
| Directors | **President** |
| News & Views | **Name** — Keith Bolin |
| Membership Signup | **Address** — 222 94 925 East Street |
| Convention | **City, State, Zip** — Sheffield, Il 61361 |
| Policy Statement | **Personal Phone** — 815-445-5491 |
| Wind Energy And Climate Change Survey | **Business Phone** — N/A |
| Economic Analysis | **Fax** — 815-445-2601 |
| Food Vs. Farm Price Comparison | **Mobile** — 815-878-3975 or 3976 |

**President**
**Name**                Keith Bolin
**Address**             222 94 925 East Street
**City, State, Zip**    Sheffield, Il 61361
**Personal Phone**      815-445-5491
**Business Phone**      N/A
**Fax**                 815-445-2601
**Mobile**              815-878-3975 or 3976

**Chief Executive Officer**
**Name**                Larry Mitchell
**Address**             PO Box 18157
**City,  State, Zip**   Washington, DC 20036
**Personal Phone**      N/A
**Business Phone**      202-835-0330
**Fax**                 202-463-0862
**Mobile**              202-255-0990

**1st Vice-President - State President**
**Name**                Mike Alberts
**Address**             2004 E 24th Road
**City, State, Zip**    Marquette, NE 68854
**Personal Phone**      402-854-2544
**Business Phone**      N/A
**Fax**                 402-854-2544
**Mobile**              402-694-9670

**2nd Vice-President**
**Name**                Lars Herseth
**Address**             39949 11th Street
**City, State, Zip**    Houghton, SD 57449
**Personal Phone**      605-885-6362
**Business Phone**      N/A
**Fax**                 N/A
**Mobile**              N/A

Ver. 051806
Site Created &
Maintained by
agNET.net

**Chairman of the Board**

| | |
|---|---|
| **Name** | Keith Dittrich |
| **Address** | 53495 840 Rd |
| **City, State, Zip** | Tilden, Ne 68781 |
| **Personal Phone** | 402-368-7777 |
| **Business Phone** | 402-368-7786 |
| **Fax** | 402-368-2114 |
| **Mobile** | 402-304-5737 |

**Secretary - State Representative**

| | |
|---|---|
| **Name** | David Dechant |
| **Address** | 8029 Cr 39 |
| **City, State, Zip** | Ft. Lupton, CO 80621 |
| **Personal Phone** | 303-717-0060 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**Treasurer - ACGA Board Member**

| | |
|---|---|
| **Name** | Mark Lounsbery |
| **Address** | 16453 482nd Avenue |
| **City, State, Zip** | Revillo, SD 57259 |
| **Personal Phone** | 605-623-4567 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**State President**

| | |
|---|---|
| **Name** | Charles Mattis |
| **Address** | 21040 N 1220 East Road |
| **City, State, Zip** | Danville, IL 61834 |
| **Personal Phone** | 217-431-1394 |
| **Business Phone** | N/A |
| **Fax** | 217-431-1395 |
| **Mobile** | N/A |

**Chairman of the Board Emeritus - State President**

| | |
|---|---|
| **Name** | Carl King |
| **Address** | 210 West Bedford |
| **City, State, Zip** | Dimmitt, TX 79027 |
| **Personal Phone** | 806-647-3297 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member - State Representative**

| | |
|---|---|
| **Name** | Robert Koskan |
| **Address** | Rt 2 Box 117 |
| **City, State, Zip** | Wood, South Dakota 57585 |
| **Personal Phone** | 605-452-3452 |
| **Business Phone** | N/A |
| **Fax** | 605-452-3412 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Eugene Paul |
| **Address** | 45148 State Hwy 109 |
| **City, State, Zip** | Delavan, MN  56023 |
| **Personal Phone** | 515-292-2000 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Troy Roush |
| **Address** | 10180 E 700 N |
| **City, State, Zip** | Van Buren, IN 46991 |
| **Personal Phone** | 260-375-3238 |
| **Mobile** | 765-206-0884 |

**ACGA Board Member**

| | |
|---|---|
| **Name** | John Adermann |
| **Address** | RR 3, Box 55 |
| **City, State, Zip** | Ramsey, IL 62080 |
| **Personal Phone** | 618-423-2476 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member - Parliamentarian**

| | |
|---|---|
| **Name** | Harold Bob Bennett |
| **Address** | Box 401 |
| **City, State, Zip** | Hart, TX 79043 |
| **Personal Phone** | 806-938-2425 |
| **Business Phone** | N/A |
| **Fax** | 806-938-2277 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Joe Brewer |
| **Address** | Rt 1 Box 198 |
| **City, State, Zip** | Ramsey, IL 62080 |
| **Personal Phone** | 618-423-2169 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member  - State Representative**

| | |
|---|---|
| **Name** | Roger Richardson |
| **Address** | 1947 Old Furnace Road |
| **City, State, Zip** | Eden, MD 21822 |
| **Personal Phone** | 410-749-1022 |
| **Business Phone** | N/A |
| **Fax** | 410-749-5470 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Tom Curl |
| **Address** | 4048 Kilmartin Dr. |
| **City, State, Zip** | Tallahassee, FL 32308 |
| **Personal Phone** | 850-668-7343 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Sam Darwin |
| **Address** | 191 Darwin Road |
| **City, State, Zip** | Huntsville, AL 35881 |
| **Personal Phone** | 256-828-3270 |
| **Business Phone** | N/A |
| **Fax** | 256-828-4393 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Louis Smith |
| **Address** | 1538 Co. Rd 100 |
| **City, State, Zip** | Fremont, OH 43420 |
| **Personal Phone** | 419-332-8031 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Corky Jones |
| **Address** | 72983 647 Avenue |
| **City, State, Zip** | Brownville, NE 68321 |
| **Personal Phone** | 402-825-6101 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Baord Member**

| | |
|---|---|
| **Name** | Mark Kuhn |
| **Address** | 2667 240th Street |
| **City, State, Zip** | Charles City, IA 50616 |
| **Personal Phone** | 515-228-2566 |
| **Business Phone** | 515-527-6129 |
| **Fax** | 515-257-6112 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Gale Lush |
| **Address** | 12374 State Hwy 4 |
| **City, State, Zip** | Wilcox, NE 68982 |
| **Personal Phone** | 308-478-5562 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Dan McGuire |
| **Address** | 4540 Oakridge Circle |
| **City, State, Zip** | Lincoln, NE 68516 |
| **Personal Phone** | 402-489-1346 |
| **Business Phone** | 402-489-1346 |
| **Fax** | 402-489-1346 |
| **Mobile** | N/A |

**ACGA Baord Member**

| | |
|---|---|
| **Name** | Dennis Mitchell |
| **Address** | 39831 117th St. |
| **City, State, Zip** | Houghton, SD 57449 |
| **Personal Phone** | 605-885-6373 |
| **Business Phone** | N/A |
| **Fax** | 605-885-6451 |

American Corn Growers Association: Board of Directors                    Page 6 of 7

| | |
|---|---|
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Virginia Solhiem |
| **Address** | 25289 483rd Ave |
| **City, State, Zip** | Garretson, SD 57030 |
| **Personal Phone** | 605-594-6273 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member  - State Representative**

| | |
|---|---|
| **Name** | Don Clifton |
| **Address** | 306 Warner Road |
| **City, State, Zip** | Milford, DE 19963 |
| **Personal Phone** | 302-422-8618 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Vic Tomka |
| **Address** | 14824 210 Street |
| **City, State, Zip** | Carroll, IA 51401 |
| **Personal Phone** | 712-792-3992 |
| **Business Phone** | N/A |
| **Fax** | 712-792-3992 |
| **Mobile** | N/A |

**ACGA Board Member**

| | |
|---|---|
| **Name** | Steve Waters |
| **Address** | 29964 286th Avenue |
| **City, State, Zip** | Carter, SD 57580 |
| **Personal Phone** | 605-557-3206 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | N/A |

**Director of Legislative Affairs**

| | |
|---|---|
| **Name** | David Senter |
| **Address** | PO Box 18157 |
| **City, State, Zip** | Washington, DC 20036 |
| **Personal Phone** | N/A |
| **Business Phone** | 202-331-4348 |

| | |
|---|---|
| **Fax** | 202-462-0862 |
| **Mobile** | 202-256-1406 |

**Director National Office**

| | |
|---|---|
| **Name** | Lisa Miles |
| **Address** | PO Box 18157 |
| **City, State, Zip** | Washington, DC 20036 |
| **Personal Phone** | N/A |
| **Personal Fax** | 202-462-0862 |
| **Business Phone** | 202-835-0330  2nd: 301-203-8163 |
| **Fax** | 301-203-8164 |
| **Mobile** | N/A |

**ACGA Board Member & Senior Policy Analyst**

| | |
|---|---|
| **Name** | John Dittrich |
| **Address** | 53497 840 Road |
| **City, State, Zip** | Meadow Grove, NE 68752 |
| **Personal Phone** | 402-634-2474 |
| **Business Phone** | N/A |
| **Fax** | N/A |
| **Mobile** | 402-640-7410 |

HOME | DIRECTORS | NEWS | MEMBERSHIP | CONVENTION | LINKS | EMAIL

# EXHIBIT 16

Ster 2.

## 2006 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT
(Limited Use License)

PLEASE MAIL THE SIGNED 2006 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO:
Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141

### GROWER INFORMATION (please print)

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below). You represent that you have full authority to and do hereby bind to this Agreement yourself, all entities for which you obtain Seed, all individuals and entities having an ownership interest in any entities for which you obtain Seed, and that Monsanto Company has not barred any of those individuals or entities from obtaining this limited-use license. Your name must be filled in and must match the signature below.This Monsanto Technology/Stewardship Agreement becomes effective when Monsanto issues the Grower a license number from Monsanto's home office in St. Louis, Missouri. Monsanto does not authorize seed dealers or seed retailers to issue a license of any kind for Monsanto Technologies.

Full Grower's Name (First/Middle/Last)   Dr.   Mr.   Mrs.   Ms.   Suffix (Sr, Jr, II, III)   Farm Business Name

**Corky Jones**

Business Address (as listed with the FSA)   Business City

**72983 647th Avenue**   Area Code   Business Phone   **Brownsville**

State   Zip   Fax

**NE   68321**

### PRIMARY SEED SUPPLIER

Business Name
**Producers Hybrids**

| Form Number |
|---|
| 500437624 |

Area Code   Phone   City   State   Zip
**402   675 2975   Battle Creek   NE   68715**

THIS SPACE FOR MONSANTO OFFICE USE ONLY, PLEASE LEAVE THIS SECTION BLANK:

Lic. #: **412006**   Batch #: **3793-**   Date: **MAR 1 - 2006**

This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the reverse side of this page.

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Roundup Ready® soybeans, YieldGard® Corn Borer corn, YieldGard® Rootworm corn, YieldGard® Rootworm with Roundup Ready® Corn 2, YieldGard® Plus corn, YieldGard® Plus with Roundup Ready® Corn 2, Roundup Ready® Corn 2, YieldGard® Corn Borer with Roundup Ready® Corn 2, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® Cotton, Bollgard II® cotton, Bollgard II® with Roundup Ready® Cotton, Roundup Ready® Flex Cotton, Roundup Ready Flex Cotton, Roundup Ready® sugarbeets, Roundup Ready® Canola, and Roundup Ready® Alfalfa (Monsanto Technologies). Monsanto Technologies include Grower's stewardship requirements and requirements associated with the Monsanto Technologies

1. GOVERNING LAW  This Agreement and the parties' relationship shall be governed by the laws of the State of Missouri and the United States (without regard to the choice of law rules).

2. BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER; Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in the Grower's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than claims arising under the patent laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. Sec 1 et seq. and administered under the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement refers to all parties involved in the production, development, distribution, and/or sale of the Seed containing Monsanto Technology. In the event that a claim is not amicably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Agreement any party may initiate arbitration. The arbitration shall be heard in the capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. Where a demand for arbitration is filed by a party, the Grower and Monsanto/sellers shall each immediately pay one half of the AAA filing fee. In addition, Grower and Monsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all AAA fees in the final award. The arbitration proceedings and results are to remain confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise required by law.

3. FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS: THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI, (ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO) FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR CONNECTED IN ANY WAY WITH THIS AGREEMENT AND THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES, EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO THE PROVISIONS OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 ET SEQ., WHICH MAY BE ENFORCED BY THE PARTIES.

GROWER SIGNATURE & DATE REQUIRED

X _Corky Jones_          X _2-18-2006_
Name                          Date

[The Agreement continues below and on the reverse side of this page]

4. GROWER AGREES:
• To direct grain produced from corn containing the YieldGard Rootworm trait and stacks that include the Roundup Ready Corn 2 trait and/or YieldGard Rootworm trait(s) to appropriate markets as necessary.
• If growing Roundup Ready alfalfa: to comply with the Seed and Feed Use Agreement, which is incorporated and part of this Agreement, to direct any product produced from a Roundup Ready alfalfa crop or seed, including hay and hay products, only to those countries where regulatory approvals have been granted, and not to plant Roundup Ready alfalfa for the production of sprouts.  Refer to the Technology Use Guide for additional information
• To accept and continue the obligations of this Monsanto Technology Stewardship Agreement on any new land purchased or leased by Grower that has Seed planted on it by a previous owner or possessor of the land; and to notify in writing purchasers or lessees of land owned by Grower that has Seed planted on it that the Monsanto Technology is subject to the Monsanto Technology Stewardship Agreement and they must have or obtain their own Monsanto Technology Stewardship Agreement.
• To implement an Insect Resistance Management program as specified in the applicable Bollgard/Bollgard II cotton and YieldGard corn sections of the most recent Technology Use Guide (TUG) and Insect Resistance Management (IRM) guides and to cooperate and comply with Insect Resistance Management programs.
• To use Seed containing Monsanto Technologies solely for planting a single commercial crop.  Not to save any crop produced from Seed for planting and not to supply Seed produced from Seed to anyone for planting other than to a Monsanto licensed seed company.
• Not to transfer any Seed containing patented Monsanto Technologies to any other person or entity for planting.
• To plant Seed for Seed production, if and only if, Grower has entered into a valid, written Seed production agreement with a Seed company that is licensed by Monsanto to produce Seed.  Grower must either physically deliver to that licensed Seed company or must sell or use as commodity grain all of the Seed produced pursuant to a Seed production agreement. Grower shall NOT plant any Seed Grower has produced or use or to allow others to use Seed containing patented Monsanto Technologies for crop breeding, research, or generation of herbicide registration data.
• To use on Roundup Ready crops only a labeled Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG details on authorized non-selective products).  Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROPS). MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROPS. ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
• To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
• To acquire Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
• To pay all technology fees due to Monsanto that are a part of, associated with or collected with the Seed purchase price or that are invoiced for the seed.
• Upon written request, to allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documentation, and dealer/retailer invoices for seed and chemical transactions.
• To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.



MONSANTO COPY

0/00  06:49  FAX                                                        ☑01

# 2000 MONSANTO TECHNOLOGY AGREEMENT

## FARM INFORMATION

complete this section with your farm business information.  Your name must be filled in and must match the signature below.

☐ Dr.   ☑ Mr.   ☐ Mrs.   ☐ Ms.

**Farm Business Name**
D E N N I S  M I T C H E L L

**Your Name (First/Middle/Last)**
3 9 9 1 0    7 t h   S T R E E T

**Business Address**
H O U G H T O N                    S D  5 7 4 4 9

**Business City**                              State    Zip

6 0 5   8 8 5 - 6 3 7 3          Area Code   FAX

**Area Code**  **Business Phone**

**E-mail Address**

What is your role on the farm?
(Check One)
☑ Owner
☐ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Farmer/Dealer
☐ Other

Describe

**FORM NUMBER**
010381292

## CROP INFORMATION FOR THE 2000 GROWING SEASON

Please fill in the planned acres and type of seed you are interested in for the 2000 growing season, so we can keep you updated on important product information. (This section is NOT a purchase commitment or contract.)

**TOTAL Crop Acres Planned for 2000** (All Varieties)

| | | |
|---|---|---|
| Soybeans | | acres |
| Cotton | | acres |
| Corn | | acres |
| Rice | | acres |
| Wheat | | acres |
| Sugarbeets | | acres |
| Canola | | acres |

**TOTAL Planned Technology Acres for 2000**

| | |
|---|---|
| Roundup Ready® Soybeans | acres |
| Bollgard® Cotton | acres |
| Roundup Ready Cotton | acres |
| Bollgard with Roundup Ready Cotton | acres |
| YieldGard® Insect Protected Corn | acres |
| Roundup Ready Corn | acres |
| Roundup Ready Corn with YieldGard | acres |
| Roundup Ready Sugarbeets | acres |
| Roundup Ready Canola | acres |

## PRIM...  RETAILER

**Business Name**
4 5 E A S O N              L I V E

6 0 5  9 9 4 -                              S D
**Area Code**  **Phone**                    State

L035058B

## CROP CONSULTANT INFORMATION

**Business Name**

**Contact Name (First/Middle/Last)**

**Mailing Address**

**City**

**Area Code**  **Business Phone**  **Are**

67764

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology C with your name and individual Technology ID number.  If more than one individ will be purchasing under this Agreement, you may request additional cards. The cards should be presented when purchasing MONSANTO gene technologies a for redeeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional cards.

* COTTON'S SELF-DEFENSE SYSTEM AGAINST WORMS *

**Bollgard®** 1-800-523-2333

## REQUIRED
ms and conditions of this

12-8-00
Date

MONSANTO COPY

✱  ATTN   Brenda Jones

# 1999 TECHNOLOGY AGREEMENT

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please contact your DEKALB dealer or call Monsanto at 1-800-768-6387.

● ❑ Dr.    ❑ Mr.    ❑ Mrs.    ❑ Ms.

Donald Clifton
Your Name (First/Middle/Last)

Farm Business Name

306 Warner Road
Mailing Address

Milford De          DE     19963
City                      State    Zip

302  422 - 8618
Area Code   Business Phone          Area Code    FAX

E-mail Address

What is your role on the farm? *(Check One)*
❑ Owner
❑ Owner/Oper.
❑ Operator
❑ Farm Mgr.
❑ Other

_____
Describe

❑ Check here if you are a Farm Seed Dealer.

910012713

## SIGNATURE AND DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this

● ✓ Wm. Donald Clifton

Must be signed by the customer listed above.

L0043896

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO and DEKALB gene technologies, and for redeeming benefits offered under the Monsanto Technology Value Package.

❑ Please send me _____ additional cards.

●

MONSANTO COPY

# 2002 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT
*(Limited Use License)*

## FARM INFORMATION

Please complete this section with your farm business information. The individuals and entities bound by the terms of this Agreement shall include the farm business listed below as well as all individuals or entities affiliated with, related to or having an ownership in each farm business. Your name must be filled in and must match the signature below.

Farm Business Name: LUSHLAND FARMS, INC

Your Name (First/Middle/Last): GABRIEL E LUSH

Business Address: 23741 STATE HWY 4

Business City: WILLCOX     State: NE     Zip: 68982

Area Code: 308     Business Phone: 478-5562     Area Code: ___     FAX: ___

E-mail Address: ___

What is your role on the farm? *(Check One)*
- Owner
- Owner-Opr
- Operator
- Farm Mgr
- Farmer Dealer
- Other

Describe: ___

FORM NUMBER
030230532

L 0 4 3 3 7 1 0

## CROP INFORMATION FOR THE 2002 GROWING SEASON

Please fill in the planned acres and type of seed you are interested in for the 2002 growing season so we can keep you updated on important product information. (This section is NOT a purchase commitment or contract.)

TOTAL Crop Acres Planned for 2002 *(All farmers)*

| Crop | Acres | | Technology Acres for 2002 |
|------|-------|---|---------------------------|
| Soybeans | 1100 acres | 397977 | 1100 acres |
| Cotton | | 362 | 0 acres |
| Corn | 1050 acres | | 0 acres |
| Rice | | 9/3 | 0 acres |
| Wheat | 180 acres | 50 | 0 acres |
| Sugarbeets | | YieldGard Corn Borer with Roundup Ready Corn | 0 acres |
| Canola | | Roundup Ready Sugarbeets | 0 acres |
| | | Roundup Ready Canola | 0 acres |

## PRIMARY RETAILER/DEALER

Business Name: CARGILL AG HORIZONS

Area Code: 308     Phone: 995-6114     City: Holdrege     State: NE

## [SECONDARY RETAILER/DEALER] ...ORMATION

Business Name: ___

Contact Name (First/Middle/Last): ___

Mailing Address: ___

City: ___     Zip: ___

Area Code: ___     Business Phone: ___

Lic #
Phi
SPS

## [PLEASE] SEND TECHNO[LOGY]

Upon completion and submission of this page individual Technology ID number. If no Agreement, you may request additional cards MONSANTO gene technologies and for seed

X Please send me ___ additional cards

## SIGNATURE & DATE REQUIRED

[I] have read and understand the terms and conditions of this Agreement including the Technology Use Guide and the provisions related to the Disclaimer of Warranties and ... If I do not agree to these terms I agree to return the unopened bags of seed to my ... return policy. The undersigned acknowledges that he/she has the authority to bind the individuals and/or entities subject of this Agreement.

Signature: ___     Date: Aug 27/02

*Must be signed by the customer listed above.*

cl...
4,934L

MONSANTO COPY

2056092

# TECHNOLOGY AGREEMENT

## SEED DEALER/CUSTOMER INFORMATION

[handwritten text, illegible]
70 30 - 3 C 1 5

### FARM INFORMATION

Please complete this section, including your Farm Business Name, if it is different from the customer name above. If you have questions, please contact your DEKALB dealer or call Monsanto at 1-800-768-6387.

What is your
role on the farm?
(Check One)
□ Owner
□ Owner/Oper.
□ Operator
□ Farm Mgr.
□ Other:

Farm Business Name

Area Code          FAX

E-Mail Address

### SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

Signature/must match customer name listed above.          Date   6-7-98

### TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO and DEKALB gene technologies, and for redeeming benefits offered under the Technology Value Package.

□ Please send me _____ additional cards.

JUN 2 6 1998

L0190320

MONSANTO COPY

# 1999 MONSANTO TECHNOLOGY AGREEMENT

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below.

☐ Dr.  ☐ Mr.  ☐ Mrs.  ☐ Ms.

**JOE BREWER**
Your Name (First/Middle/Last)

**SAME**
Farm Business Name

**RR #1 BOX 198**
Mailing Address

**RAMSEY**     **IL**   **62080**
City     State   Zip

**618 423-2169**
Area Code   Business Phone     Area Code   FAX

E-mail Address

What is your role on the farm?
(Check One)

☒ Owner
☐ Owner/Oper.
☐ Operator
☐ Farm Mgr
☐ Other

Describe

☐ Check here if you are a Farm Seed Dealer.

**900435426**

## CROP INFORMATION FOR THE 1999 GROWING SEASON

Please let us know your planned acres and type of seed you are interested in for the 1999 growing season.
This section is NOT a purchase commitment or contract.

### TOTAL Crop Acres Planned for 1999
(All Varieties)

| | |
|---|---|
| Soybeans | **260** acres |
| Cotton | acres |
| Corn | **225** acres |
| Rice | acres |
| Wheat | **150** acres |
| Sugarbeets | acres |
| Canola | acres |

### TOTAL Planned Technology Acres for 1999

| | |
|---|---|
| Roundup Ready* Soybeans | **100** acres |
| Bollgard* Cotton | acres |
| Roundup Ready Cotton | acres |
| Bollgard with Roundup Ready Cotton | acres |
| YieldGard* Insect Protected Corn | acres |
| Roundup Ready Corn | acres |
| Roundup Ready Sugarbeets | acres |
| Roundup Ready Canola | acres |

## MONSANTO TECHNOLOGY CENTER/PRIMARY AG CHEMICAL RETAILER

**HAYES SPREADING SERVICES**
Business Name

**618 423-2823 RAMSEY**     **IL**
Area Code   Phone     City     State

## CROP CONSULTANT INFORMATION

**SAME**
Business Name

Contact Name

Mailing Address

City     Zip

Area Code   Business Phone     Area Code   FAX

L0090355

JUN 10 1999

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

**Joe Brewer**     **5-28-99**
Must be signed by the customer listed above.     Date

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO gene technologies, and for redeeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional cards.

**MONSANTO COPY**

## 2004 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT
### (Limited Use License)

**GROWER INFORMATION (please print)**

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below). You represent that you have full authority to and do hereby bind to this Agreement all entities for which you obtain that Seed. Your name must be filled in and must match the signature below.

Grower's Name (First/Middle/Last)  □ Dr. □ Mr. □ Mrs. □ Ms.  Suffix (Jr. Sr. II, III, etc.)    Farm Business Name

| J o h n | | D I T T R I C H | | | | | | | | | | | D i t t r i c h | F a r m s | F R S |

911 Business Address                                    Business City                          State   Zip

| S 5 4 9 7 | 8 4 0 | R d | | | | | | | | | | T i l d e n | | | | | | N E | 6 8 7 8 1 |

Area Code   Business Phone        Fax

| 4 0 2 | 3 6 8 | 7 5 8 6 | | | | | |

E-mail Address

**PRIMARY SEED SUPPLIER**

Business Name

Area Code   Phone        City                        State

Form Number
**4 0 0 0 8 1 8 3 0**

L 0 6 2 9 8 4 5

**THIS SPACE FOR MONSANT OFFICE USE ONLY. PLEASE LEAVE THIS SECTION BLANK:**

Lic. #: 56209497        Batch #: 2528        Date: JUL 2 9 2004

This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the reverse side of this page.

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Roundup Ready® soybeans, YieldGard® Corn Borer corn and YieldGard Rootworm® corn, Roundup Ready® corn, YieldGard Corn Borer with Roundup Ready® corn, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® cotton, Bollgard® II cotton, Bollgard® III with Roundup Ready® cotton, Roundup Ready® sugarbeets, Roundup Ready® canola, and Roundup Ready Alfalfa™ (Monsanto Technologies). This Agreement also contains Grower's stewardship responsibilities and requirements associated with the Monsanto Technologies.

**GOVERNING LAW:**
This Agreement and the parties relationship shall be governed by the laws of the State of Missouri and the United States (other than the choice of law rules).

**BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER:**
Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in the Grower's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than claims arising under the patent laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. Sec 1 et seq. and administered the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement refers to all parties involved in the production, development, distribution, and/or sale of the Seed containing Monsanto Technology. In the event that a claim is not amicably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Agreement any party may initiate arbitration. The arbitration shall be heard in the capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. When a demand for arbitration is filed by a party, the Grower and Monsanto/sellers shall each immediately pay one half of the AAA filing fee. In addition, Grower and Monsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all AAA fees in the final award. The arbitration proceedings and results are to remain confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise required by law.

**FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS.** THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI, (ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO) FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR CONNECTED IN ANY WAY WITH THIS AGREEMENT AND THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO THE PROVISIONS OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. ET SEQ., WHICH MAY BE ENFORCED BY THE PARTIES.

SIGNATURE & DATE REQUIRED  D. Tech Farm Partnership

Name _____    Date 7/14/04

[The Agreement continues below and on the reverse side of this page.]

**GROWER AGREES:**
- To channel grain produced to appropriate markets as necessary to prevent movement to markets when the grain has not yet received regulatory approval for import.
- To implement an Insect Resistance Management program as specified in the applicable Bollgard cotton and YieldGard corn sections of the most recent Technology Use Guide (TUG) and to cooperate and comply with Insect Resistance Management programs.
- To use Seed containing Monsanto Technologies solely for planting a single commercial crop. Not to save any crop produced from this Seed for planting and not to supply Seed produced from this Seed to anyone for planting.
- Not to supply any Seed containing patented Monsanto Technologies to any other person or entity for planting. Not to save any crop produced from this Seed for planting and not to supply Seed produced from this Seed to anyone for planting.
- Not to use or to allow others to use Seed containing patented Monsanto Technologies for crop breeding, research, generation of herbicide registration data, or Seed production (unless Grower has entered into a valid, written production agreement with a licensed seed company).
- To use on Roundup Ready crops only a Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG for details on authorized non-selective products). Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROPS). MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROP(S). ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
- To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
- To acquire Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
- To pay the Seed purchase price including any applicable technology fees.
- To allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documentation, and dealer/retailer invoices for your seed and chemical transactions.
- To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.

* Final regulatory approvals are pending for Roundup Ready Alfalfa. Until such product is not currently registered with the U.S. Environmental Protection Agency and is not currently available for sale or commercial use. UPON APPROVAL, this Monsanto Technology/Stewardship Agreement (limited use license) will be used and shall govern the terms and conditions for the authorized use of alfalfa seed.

       MONSANTO

**MONSANTO COPY**

## 2004 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT
(Limited Use License)

**GROWER INFORMATION (please print)**

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below and on the second page of this Agreement). You represent that you have full authority to and do hereby bind to this Agreement all entities for which you obtain this Seed. Your name must be filled in and must match the signature on the second page of this Agreement.

Grower's Name (First/Middle/Last): DELTA DIRICH    Suffix (Sr. Sr. II, III, etc.):
Farm Business Name: DIRICH FARMS Partnership

911 Business Address: 53447-840 RD    Business City: TILDEN    State: NE    Zip: 68781

Area Code: 402    Business Phone: 368 7786    Fax:

E-mail Address:

L063714A

**PRIMARY SEED SUPPLIER**

Business Name: DOUBLE SPARX HARST Seed Co.

Area Code: 402    Phone: 368 2187    City:    State:

**THIS SPACE FOR MONSANTO OFFICE USE ONLY, PLEASE LEAVE THIS SECTION BLANK:**

Lic. #: 1219 367    Batch #: 2653    AUG 1 4 2004

This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the second page.

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Monsanto Technologies. Monsanto Technologies include Roundup Ready® soybeans, YieldGard® Corn Borer corn and YieldGard Rootworm® corn, Roundup Ready® corn, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® cotton, Bollgard II® cotton, Bollgard II® with Roundup Ready® cotton, Roundup Ready® sugarbeets, Roundup Ready® canola, and Roundup Ready Alfalfa™ (Monsanto Technologies). This Agreement also contains Grower's stewardship responsibilities and requirements associated with the Monsanto Technologies.

**GENERAL TERMS:**

Grower's rights may not be transferred to anyone else without the written consent of Monsanto. If Grower's rights are transferred with the consent or by operation of law, this Agreement is binding on the person or entity receiving the transferred rights. If any provision of this Agreement is determined to be void or unenforceable, the remaining provisions shall remain in full force and effect.

Grower acknowledges that Grower has received a copy of Monsanto's Technology Use Guide (TUG). To obtain additional copies of the Monsanto Technology Use Guide, contact Monsanto at 1-800-768-6387. This Agreement will remain in effect until either Grower or Monsanto choose to terminate the Agreement. Once you enroll, information regarding new and existing Monsanto Technologies and any new terms will be mailed to you each year. Your continuing use of Monsanto Technologies after receipt of any new terms constitutes your agreement to be bound by the new terms. If any provision of this Agreement is determined to be void or unenforceable, the remaining provisions shall remain in full force and effect

**GROWER RECEIVES FROM MONSANTO COMPANY.**

• A limited use license to purchase and plant seed containing Monsanto Technologies ("Seed") and apply Roundup agricultural herbicides and other authorized non-selective herbicides over the top of Roundup Ready crops. Monsanto retains ownership of the Monsanto Technologies including the genes (for example, the Roundup Ready gene) and the gene technologies. Grower receives the right to use the Monsanto Technologies subject to the conditions specified in this Agreement and separate use agreements, which are required for canola and alfalfa.

• Monsanto Technologies are protected under U.S. patent law. Monsanto licenses the Grower, under applicable patents owned or licensed by Monsanto, to use Monsanto Technologies subject to the conditions listed in this Agreement. This license does not authorize Grower to plant Seed in the United States that has been purchased in another country or plant Seed in another country that has been purchased in the United States

• Enrollment in the value package called Roundup Rewards®, designed to bring increased benefits to you.

• A limited use license to prepare and apply on glyphosate-tolerant soybean, cotton, or canola crops (or have others prepare and apply) tank mixes of, or sequentially apply (or have others sequentially apply), Roundup agricultural herbicides or other glyphosate herbicides labeled for use on those crops with quizalofop, clethodim, sethoxydim, fluazifop, and/or fenoxaprop to control volunteer Roundup Ready corn in Grower's crops for the 2004 growing season. However, neither Grower nor a third party may utilize any type of co-pack or premix of glyphosate plus one or more of the above-identified active ingredients in the preparation of a tank mix.

Thank you for choosing our advanced technologies. We look forward to working with you in the future. If you have any questions regarding the Monsanto Technologies or this license, please call the Monsanto Customer Relations Center at: 1-800-ROUNDUP.

**PLEASE MAIL THE ORIGINAL SIGNED 2004 MONSANTO TECHNOLOGY AGREEMENT TO:** Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141. This Monsanto Technology Stewardship Agreement becomes effective if and when Monsanto issues the Grower a license number in St. Louis, Missouri. When signing this agreement, obtain a copy from the seed supplier.

The licensed U.S. patents include: for YieldGard® Corn Borer corn – 5,484,956; 5,352,605; 5,538,877; 5,538,880; 5,554,798; 5,460,960; 5,463,175; 5,500,365; 5,424,412; 5,880,275; 5,859,347; 5,858,742; 5,593,874; 5,424,200; YieldGard Corn Rootworm corn – 5,310,731; 6,174,724; 5,484,956; 5,352,605; 5,538,877; 5,538,880; 5,359,142; 5,322,938; 5,164,316; 5,106,325; 5,858,742; and 5,424,200; for Roundup Ready® corn – 4,940,835; 5,188,642; 5,359,142; 5,554,511; 5,302,358; 5,164,316; 5,424,200; 5,858,117; 5,538,880; 5,554,798; 5,633,435; 5,804,425; 5,627,061; 5,646,024; 5,717,084; 5,728,925; and 6,083,878; for Roundup Ready® soybeans – 4,940,835; 5,188,642; 5,352,605; 5,538,880; 5,633,435; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 6,174,724; 5,880,275; 5,858,742; 6,174,724; 5,159,135; and 5,004,863; for Roundup Ready® cotton – 5,633,435; 5,424,200; 5,359,142; 5,530,196; 5,302,358; 5,196,525; 5,880,646; 5,804,396; 5,424,420; 5,717,084; 5,728,925; 5,164,316; 4,940,835; 5,770,220; 5,804,425; and 5,164,319; for Roundup Ready® soybeans; for Bollgard® cotton – 5,424,200; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 5,880,275; 5,858,742; 4,940,835; 5,770,080; 5,804,425; 4,918,061; for Bollgard II® with Roundup Ready® cotton – 6,489,542; 5,633,435; 5,424,200; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 6,018,100; 5,378,619; 5,627,061; 5,858,742; 6,174,724; 5,159,135; 5,004,863; 6,083,878; 5,880,275; 5,804,425; and 5,338,544; for Roundup Ready® sugarbeets – 5,378,619; 5,463,175; 5,776,760; 5,627,061; 5,633,435; 5,164,316; 5,196,525; 5,322,938; 5,359,142; 5,424,200; 5,352,605; 5,530,196; 4,940,835; 5,188,642; 5,717,084; 5,728,915; 6,018,100; 6,013,523; 6,083,878; and 5,804,425; for tank mix-4,239,072.

*ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS. Roundup® agricultural herbicides will kill crops that do not contain the Roundup Ready® gene. Roundup®, Roundup Ready®, Bollgard®, YieldGard®, and the Vine Symbol are trademarks of Monsanto Technology LLC. Roundup Rewards™ is a servicemark of Monsanto Technology LLC © 2004 Monsanto Company. Roundup Rewards applies only to Roundup branded and other approved Monsanto agricultural herbicides.*

        

Page 2 of 2

**GROWER AGREES:**

- To channel grain produced to appropriate markets as necessary to prevent movement to markets when the grain has not yet received regulatory approval for import.
- To implement an Insect Resistance Management program as specified in the applicable Bollgard cotton and YieldGard corn sections of the most recent Technology Use Guide (TUG) and to cooperate and comply with Insect Resistance Management programs.
- To use Seed containing Monsanto Technologies solely for planting a single commercial crop.
- Not to supply any Seed containing patented Monsanto Technologies to any other person or entity for planting. Not to save any crop produced from this Seed for planting and not to supply Seed produced from this Seed to anyone for planting.
- Not to use or to allow others to use Seed containing patented Monsanto Technologies for crop breeding, research, generation of herbicide registration data, or seed production (unless Grower has entered into a valid, written production agreement with a licensed seed company).
- To use on Roundup Ready crops only a Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG for details on authorized non-selective products). Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROPS. MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROP(S). ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
- To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
- To accept Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
- To pay the Seed purchase price including any applicable technology fees.
- To allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documentation, and dealer/retailer invoices for your seed and chemical transactions.
- To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.
- Final regulatory approvals are pending for Roundup Ready Alfalfa. This product is not currently registered with the U.S. Environmental Protection Agency and is not currently available for sale or commercial use. UPON APPROVAL, this Monsanto Technology/Stewardship Agreement (General Use license) will be used and shall govern the terms and conditions for the authorized use of alfalfa seed.

**GROWER UNDERSTANDS:**

- Channeling: Grain/commodities harvested from Roundup Ready corn, YieldGard Corn Borer with Roundup Ready corn, Roundup Ready canola, YieldGard Rootworm corn, and Roundup Ready sugarbeets are approved for U.S. food and feed use, but not yet approved in certain export markets where approval is not certain to be received before the end of 2004. As a result, Grower must direct those grain/commodities to the following approved market options: feeding on farm, use in domestic feed lots, elevators that agree to accept the grain, or other approved uses in domestic markets only. The American Seed Trade Association web site (www.amseed.org) includes a list of grain handlers' positions on accepting Roundup Ready corn. You must complete and send to Monsanto a Market Choices™ form. For additional information on grain market options or to obtain additional forms, call 1-800-768-6387.
- Regulatory approvals: Monsanto Technologies may only be used within the United States where the products have been approved for use by all required governmental agencies.
- Insect Resistance Management (IRM): When planting any YieldGard or Bollgard product, Grower must implement an IRM program including planting a non-Bt refuge according to the size and distance guidelines specified in the Bollgard cotton and YieldGard corn sections of the most recent Monsanto Technology Use Guide including any supplemental amendments (collectively "TUG"). Grower may lose Grower's limited use license to use these products if grower fails to follow the IRM program required by this Agreement.
- Pollen flow: Refer to the TUG for information on crop stewardship regarding the potential movement of pollen to neighboring crops.

**MONSANTO'S REMEDIES:**

If Grower violates the terms of this Agreement, in addition to other remedies, Grower's rights pursuant to this Agreement will terminate immediately, and Grower and any entity receiving Seed from Grower are precluded from obtaining an Agreement or otherwise acquiring Seed of any brand in the future, and Grower's violation may result in infringement of one or more of the patents. Grower agrees to pay Monsanto and the licensed Monsanto Technology provider(s) their attorneys' fees and costs of enforcing this Agreement. If the Agreement is terminated, Grower will no longer have a right to purchase or use Seed containing Monsanto Technologies. Any obligations that arose before termination will continue in effect. In the event that Grower saves and uses, supplies, sells or acquires Seed for planting in violation of this Agreement, Grower will be liable to Monsanto for patent infringement. In addition, Grower agrees that Monsanto will suffer damages for breach of contract, that the measure of these damages is difficult to determine, and as a result Monsanto has the right to liquidated damages to recover Monsanto's losses as just compensation and not as a penalty. In the event that the Grower saves, supplies, sells or acquires Seed for planting in violation of this Agreement, in addition to other remedies available to the technology provider(s) the Grower agrees that damages will include a claim for liquidated damages which will be based on one times the applicable technology fee/royalty (the premium Monsanto receives for the use of Monsanto Technologies) times the number of units of Seed purchased. In the most recent year before such unauthorized use of Monsanto Technology. However, for Roundup Ready® soybeans, liquidated damages will be based on $3/lbs times the number of units of Seed purchased in the most recent year before each unauthorized use of Monsanto's technology.

Grower accepts the terms of the following NOTICE REQUIREMENT, LIMITED WARRANTY AND DISCLAIMER OF WARRANTY AND EXCLUSIVE LIMITED REMEDY by signing this Agreement and/or opening a bag of seed containing Monsanto Technology. If Grower does not agree to be bound by the conditions of purchase or use, Grower agrees to return the unopened bags to Grower's seed dealer.

**NOTICE REQUIREMENT:**

As a condition precedent to Grower or any other person with an interest in Grower's crop asserting any claim, action, or dispute against Monsanto and/or any seller of Seed containing Monsanto Technologies regarding performance or non-performance of Monsanto Technologies or the Seed in which it is contained, Grower must provide Monsanto a written, prompt, and timely notice (regarding performance or non-performance of the Monsanto Technology(ies) and to the seller of any Seed (regarding performance or non-performance of the Seed) within sufficient time to allow an in-field inspection of the crop(s) about which any controversy, claim, action, or dispute is being asserted. The notice will be timely only if it is delivered 15 days or less after the Grower first observes the issue(s) regarding performance or non-performance of the Monsanto Technology and/or the Seed in which it is contained. The notice shall include a statement setting forth the nature of the claim, name of the Monsanto Technology, and Seed hybrid or variety.

**LIMITED WARRANTY AND DISCLAIMER OF WARRANTIES:**

Monsanto warrants that the Monsanto Technologies licensed hereunder will perform as set forth in the TUG when used in accordance with directions. This warranty applies only to Monsanto Technologies contained in planting Seed that has been purchased from Monsanto and seed companies licensed by Monsanto or the seed company's authorized dealers or distributors. EXCEPT FOR THE EXPRESS WARRANTIES IN THE LIMITED WARRANTY SET FORTH ABOVE, MONSANTO MAKES NO OTHER WARRANTIES OF ANY KIND, AND DISCLAIMS ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE.

**GROWER'S EXCLUSIVE LIMITED REMEDY:**

THE EXCLUSIVE REMEDY OF THE GROWER AND THE LIMIT OF THE LIABILITY OF MONSANTO OR ANY SELLER FOR ANY AND ALL LOSSES, INJURY OR DAMAGES RESULTING FROM THE USE OR HANDLING OF SEED CONTAINING MONSANTO TECHNOLOGY INCLUDING CLAIMS BASED IN CONTRACT, NEGLIGENCE, PRODUCT LIABILITY, STRICT LIABILITY, TORT, OR OTHERWISE) SHALL BE THE PRICE PAID BY THE GROWER FOR THE QUANTITY OF THE SEED INVOLVED OR, AT THE ELECTION OF MONSANTO OR THE SEED SELLER, THE REPLACEMENT OF THE SEED. IN NO EVENT SHALL MONSANTO OR ANY SELLER BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES.

**GOVERNING LAW:**

This Agreement and the parties relationship shall be governed by the laws of the state of Missouri and the United States (other than the choice of laws rules).

**BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER:**

Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in the Grower's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than claims arising under the patent laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. Sec 1 et seq. and administered under the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement refers to all parties involved in the production, development, distribution, and/or sale of the Seed containing Monsanto Technology. In the event that a claim is not arbitrably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Agreement any party may initiate arbitration. The arbitration shall be heard in the capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. When a demand for arbitration is filed by a party, the Grower and Monsanto/sellers shall each immediately pay one half of the AAA filing fee. In addition, Grower and Monsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all AAA fees in the final award. The arbitration proceedings and results are to remain confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise required by law

**FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS.** THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI. ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR CONNECTED IN ANY WAY WITH THIS AGREEMENT AND THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO THE PROVISIONS OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. 1 ET SEQ., WHICH MAY BE ENFORCED BY THE PARTIES.

SIGNATURE & DATE REQUIRED _____Keith Dittrich for Dittrich Farms Partnership  7-28-04_____

Name _____  Date _____

BY SIGNING ABOVE, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTAND, AGREE TO AND HEREBY ACCEPT ALL TERMS AND CONDITIONS ON BOTH PAGES OF THIS AGREEMENT.

Page 2 of 2

## 2000 MONSANTO TECHNOLOGY AGREEMENT

### FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below.

☐ Dr. ☑ Mr. ☐ Mrs. ☐ Ms.

Farm Business Name

Your Name (First/Middle/Last): R. L. A. R. S., H. E. R. S. E. T. H.

Business Address: 3.9.4.9. 1.1.4.t.n S.T.R.E.E.T

Business City: H. O. U. G. H. T. O. N   State: S.D.   Zip: 5.7.4.4.9

Area Code: 6.0.5   Business Phone: 8.8.5. - 6.3.6.2   Area Code: ___ FAX: ___

E-mail Address

**What is your role on the farm?** (Check One)
☐ Owner
☐ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Farmer/Dealer
☐ Other
_____ Describe

**FORM NUMBER**
010291159

### CROP INFORMATION FOR THE 2000 GROWING SEASON

Please fill in the planned acres and type of seed you are interested in for the 2000 growing season, so we can keep you updated on important product information. (This section is NOT a purchase commitment or contract.)

**TOTAL Crop Acres Planned for 2000** (All Varieties)

| Crop | acres |
|---|---|
| Soybeans | acres |
| Cotton | acres |
| Corn | acres |
| Rice | acres |
| Wheat | acres |
| Sugarbeets | acres |
| Canola | acres |

**TOTAL Planned Technology Acres for 2000**

| Technology | acres |
|---|---|
| Roundup Ready® Soybeans | acres |
| Bollgard® Cotton | acres |
| Roundup Ready Cotton | acres |
| Bollgard with Roundup Ready Cotton | acres |
| YieldGard® Insect Protected Corn | acres |
| Roundup Ready Corn | acres |
| Roundup Ready Corn with YieldGard | acres |
| Roundup Ready Sugarbeets | acres |
| Roundup Ready Canola | acres |

### PRIMARY AG CHEMICAL RETAILER

Business Name: F. A. R. M. E. R. S. U. N. I. O. N

Area Code: 6.0.5   Phone: 9.9.4 - 2.3.3.1   City: H.E.C.L.A   State: S.D

### CROP CONSULTANT INFORMATION

Business Name

Contact Name (First/Middle/Last)

Mailing Address

City   State   Zip

Area Code   Business Phone   Area Code   FAX

L0220908

AUG 3 0 2000

### TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. If more than one individual will be purchasing under this Agreement, you may request additional cards. These cards should be presented when purchasing MONSANTO gene technologies and for redeeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional cards.

### SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

_____   _____
Must be signed by the customer listed above.   Date

MONSANTO COPY

# MONSANTO TECHNOLOGY AGREEMENT    5204619

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please call Monsanto at 1-800-768-6387.

☐ Dr.    ☒ Mr.    ☐ Mrs.    ☐ Ms.

Louis Smith
Your Name (First/Middle/Last)

What is your role on the farm? (Check One)

Smither Farms
Farm Business Name

☐ Owner

1538 Co Rd 100
Mailing Address

☐ Owner/Oper.
☐ Operator
☐ Farm Mgr.

Fremont                    OH    43420
City                        State    Zip

☐ Other:

419  332  8031
Area Code  Business Phone

Area Code  FAX

E-Mail Address

## CROP INFORMATION FOR THE 1998 GROWING SEASON

Please enter your total planned acres for 1998.
This section is NOT a purchase commitment or contract.

**TOTAL Crop Acres Planned for 1998** *(All Varieties)*

Soybeans    300        Corn    300        Cotton

## MONSANTO TECHNOLOGY CENTER PRIMARY AG CHEMICAL RETAILER

County Spring Farmers Coop
Business Name

419  334-8937    Fremont                    OH
Area Code  Phone        City                    State

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

*Louis I Smith Smither Farms*
Signature must match customer name listed above.                    Date

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO gene technologies, and for redeeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional cards.

L0110735

JUL 2 2 1998

MONSANTO COPY

# MONSANTO TECHNOLOGY AGREEMENT

5664814

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please call Monsanto at 1-800-768-6387.

☐ Dr.  ☑ Mr.  ☐ Mrs.  ☐ Ms.

Mark A Kuhn
Your Name (First/Middle/Last)

_____
Farm Business Name

2667 240th St
Mailing Address

Charles City                    Ia    50616
City                                      State  Zip

515  228-2566
Area Code  Business Phone          Area Code  FAX

Kuhn 98 @ fiai.net
E-Mail Address

What is your
role on the farm?
(Check One)
☐ Owner
☑ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Other: _____

## CROP INFORMATION FOR THE 1998 GROWING SEASON

Please enter your total planned acres for 1998.
This section is NOT a purchase commitment or contract.

**TOTAL Crop Acres Planned for 1998** *(All Varieties)*

X
Soybeans    4,00

X
Corn    37,0

Cotton _____

## MONSANTO TECHNOLOGY CENTER PRIMARY AG CHEMICAL RETAILER

Floyd County Ag
Business Name

515  228-2916    Charles City              Ia
Area Code  Phone          City                        State

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

X  Mark A Kuhn
Signature must match customer name listed above.

5/15/99
Date

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be m
card should be presented when purchasing additional MONS
Value Package.

☐ Please send me _____ additional cards.

al Technology ID number. This
. offered under the Technology

L0054113

SEP 27 1998

MONSANTO COPY

# 1999 MONSANTO TECHNOLOGY AGREEMENT

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below.

☐ Dr. ☐ Mr. ☐ Mrs. ☐ Ms.

**Your Name (First/Middle/Last):** Mark A Lounsbery

What is your role on the farm? *(Check One)*
☑ Owner
☐ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Other

**Farm Business Name / Mailing Address:** 48187 Hwy 20, Revillo SD

**City:** Revillo   **State:** SD   **Zip:** 57259

**Area Code / Business Phone:** 605 623-4567   **Area Code / FAX:**

☐ Check here if you are a Farm Seed Dealer.

**E-mail Address:**

900304492

## CROP INFORMATION FOR THE 1999 GROWING SEASON

Please let us know your planned acres and type of seed you are interested in for the 1999 growing season. This section is NOT a purchase commitment or contract.

**TOTAL Crop Acres Planned for 1999** *(All Varieties)*

| Crop | Acres | Technology | Acres |
|---|---|---|---|
| Soybeans | 1132 | Roundup Ready® Soybeans | 950 |
| Cotton | | Bollgard® Cotton | |
| Corn | 585 | Roundup Ready Cotton | |
| Rice | | Bollgard with Roundup Ready Cotton | |
| Wheat | | YieldGard® Insect Protected Corn | 498 |
| Sugarbeets | | Roundup Ready Corn | |
| Canola | | Roundup Ready Sugarbeets | |
| | | Roundup Ready Canola | |

## MONSANTO TECHNOLOGY CENTER/PRIMARY AG CHEMICAL RETAILER

**Business Name:** Revillo Farmers Elevator
**Area Code / Phone:** 605 623-4471   **City:** Revillo   **State:** SD

## CROP CONSULTANT INFORMATION

**Business Name:** SCI
**Contact Name:** Bob Narem
**Mailing Address:** RR Corona

L0030471

JUN 25 1999

**City:** 605   **State:**   **Zip:**
**Area Code / Business Phone:** 432-6099   **Area Code / FAX:**

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

_(signature)_   **Date:** 6-16-99

Must be signed by the customer listed above

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO gene technologies, and for redeeming benefits offered under the Technology Value Package.

☐ Please send me _2_ additional cards.

**MONSANTO COPY**

## MONSANTO TECHNOLOGY AGREEMENT    5583403

### FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please call Monsanto at 1-800-768-6387.

☐ Dr.  ☐ Mr.  ☐ Mrs.  ☐ Ms.

Michael Paul Alberts
Your Name (First/Middle/Last)

Farm Business Name

2004 E 24 RD
Mailing Address

Margueritte           NE  68854
City                         State   Zip

402 694 9670    402 854 2544
Area Code  Business Phone    Area Code   FAX

E-Mail Address

What is your role on the farm? (Check One)
☐ Owner
☒ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Other

### CROP INFORMATION FOR THE 1998 GROWING SEASON

Please enter your total planned acres for 1998.
This section is NOT a purchase commitment or contract.

**TOTAL Crop Acres Planned for 1998** (All Varieties)

Soybeans  200    Corn  1100    Cotton

### MONSANTO TECHNOLOGY CENTER PRIMARY AG CHEMICAL RETAILER

Aurora Coop Elevation
Business Name

402 694 2106    Aurora                    NE
Area Code   Phone            City                         State

### SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

Michl P. Albot                    4/15/58
Signature must match customer name listed above.          Date

### TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO gene technologies, and for redeeming benefits offered under the Technology Value Package.
☐ Please send me ____2____ additional cards

L0248772

MONSANTO COPY

## MONSANTO TECHNOLOGY AGREEMENT          5212041

### FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please call Monsanto at 1-800-768-6387.

☐ Dr.   ☐ Mr.   ☐ Mrs.   ☐ Ms.

Roger Richardson
Your Name (First/Middle/Last)

Teter's Gardson Road
Farm Business Name

1947 Old Furnace Road
Mailing Address

Eden                              md  21822
City                              State   Zip

What is your role on the farm? (Check One)
☐ Owner
☑ Owner/Oper
☐ Operator
☐ Farm Mgr.
☐ Other: _____

| | | | | | | | | | | | | | | |
Area Code   Business Phone   Area Code   FAX

E-Mail Address

L0239757

### CROP INFORMATION FOR THE 1998 GROWING SEASON

Please enter your total planned acres for 1998.
This section is NOT a purchase commitment or contract.

**TOTAL Crop Acres Planned for 1998** *(All Varieties)*

Soybeans   1500          Corn   1200          Cotton

### MONSANTO TECHNOLOGY CENTER PRIMARY AG CHEMICAL RETAILER

Agrichem Inc
Business Name

410  632-2200          Girdletree          md
Area Code   Phone          City          State

### SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

Roger Richardson                              4/10/98
Signature must match customer name listed above.          Date

### TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and individual Technology ID number. This card should be presented when purchasing additional MONSANTO gene technologies, and for redeeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional cards.

APR 17 1998

MONSANTO COPY

*Southern and Western*

# 2001 MONSANTO TECHNOLOGY AGREEMENT

If the information below is not correct, please cross out and clearly print your correct information in the space provided to the right.

## FARM INFORMATION

Please complete this section with your farm business information. The individuals and entities bound by the terms of this Agreement shall include the farm business listed below as well as all individuals or entities affiliated with, related to or having an ownership in such farm business. Your name must be filled in and must match the signature below.

☐ Dr    ☐ Mr.    ☐ Mrs.    ☐ Ms.

Farm Business Name

Your Name (First/Middle/Last)

Business Address

Business City _____ State _____ Zip _____

Business Phone ( ) _____ Fax ( ) _____

E-Mail Address

**What is your role on the farm?**
(Check One)
☐ Owner
☐ Owner/Oper
☐ Operator
☐ Farm Mgr
☐ Partner/Dealer
☐ Other _____ Describe

**FORM NUMBER**
**020524071**

8593210
Pine Lawn Farm Inc
Mr San J Darwin
191 Darwin Rd
Huntsville
AL 35811-9139
256-828-3270

## PRIMARY AG CHEMICAL RETAILER

Business Name

Business City _____ State _____ Zip _____

Business Phone ( ) _____ Fax ( ) _____

**Retailer Use Only**
☐ Provided Signee with a Monsanto Technology Use Guide

_____ Retailer's Signature

## PRIMARY SEED DEALER

Business Name

Business City _____ State _____ Zip _____

Business Phone ( ) _____ Fax ( ) _____

☐ No Signature Because:
☐ Deceased
☐ Would Not Sign
☐ No Longer Farming
☐ Other _____ Describe

MADISON COUNTY COOP
PO BOX 68
HAZEL GREEN
AL 35750-0068
256-828-5360

## CROP CONSULTANT INFORMATION

Name

ame (First/Middle/Last)

ldress

Business City _____ State _____ Zip _____

Business Phone ( ) _____ Fax ( ) _____

L0341045

**PLEASE SEND ME ADDITIONAL TECHNOLOGY CARDS**

Upon completion and submission of this page, you will receive a Technology Card with your name and individual Technology ID number. If more than one individual will be purchasing under this Agreement, you may request additional cards. These cards should be presented when purchasing MONSANTO gene technologies and for redeeming benefits offered under Roundup Rewards.

☐ Please send me _____ additional cards.

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement, including the Monsanto Technology Use Guide and the provisions related to the Disclaimer of Warranties and Exclusive Remedy. If you do not agree to these terms, you should return the unopened bags of seed to your dealer. The undersigned acknowledges that he/she has the authority to bind all individuals and/or entities subject to this Agreement.

_____ 2-12-01
Must be signed by the individual listed above.    Date

MONSANTO COPY

**TECHNOLOGY AGREEMENT**    1027475

## SEED DEALER INFORMATION

H35 Z871460    Z871460
STEVEN WATERS
RR 3 BOX 107
CARTER, SD 57526-9131

## FARM INFORMATION

Please complete this section with your farm business information. Your name must be filled in and must match the signature below. If you have questions, please contact your DEKALB dealer or call Monsanto at 1-800-768-6387.

☐ Dr.   ☒ Mr.   ☐ Mrs.   ☐ Ms.

S t e v e n  D a l e  W a t e r s
Your Name (First/Middle/Last)

Farm Business Name

R R 3  B o x  1 0 7
Mailing Address

P a r k e r                    S D    5 7 5 2 6
City                         State   Zip

6 0 5    5 5 7   3 2 0 6          D a m a
Area Code   Business Phone   Area Code   FAX

E-Mail Address

**What is your role on the farm?** (Check One)
☐ Owner
☒ Owner/Oper.
☐ Operator
☐ Farm Mgr.
☐ Other: _____

## SIGNATURE & DATE REQUIRED

I acknowledge that I have read and understand the terms and conditions of this Agreement and that I agree to them.

*Steven Waters*                    7-9-99
Signature must match customer name listed above.         Date

## TECHNOLOGY CARDS

Upon completion and submission of this page, you will be mailed a Technology Card with your name and Individual Technology ID number. This card should be presented when purchasing additional MONSANTO and DEKALB ~~~~~ ~~~~~ eeming benefits offered under the Technology Value Package.

☐ Please send me _____ additional card

L0045026

AUG 06 1999

REC'D JUL 26 1999 6038

**MONSANTO COPY**

**2006 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT**
(Limited Use License)

PLEASE MAIL THE SIGNED 2006 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO:
Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141

**GROWER INFORMATION (please print)**

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below). You represent that you have full authority to and do hereby bind to this Agreement yourself, all entities for which you obtain Seed, and individuals and entities having an ownership interest in any entities for which you obtain Seed, and that Monsanto Company has not barred any of those individuals from obtaining this limited-use license. Your name must be filled in and must match the signature below. This Monsanto Technology/Stewardship Agreement becomes effective if and when Monsanto issues the Grower a license number from Monsanto's home office in St. Louis, Missouri. Monsanto does not authorize seed dealers or seed retailers to issue a license of any kind for Monsanto Technologies.

Full Grower's Name (First/Middle/Last)  Dr.  Mr. X Mrs.  Ms.  Suffix (Sr, Jr, II, III)     Farm Business Name
Ray A Roush                                                                                   TDR FARMS
Business Address (as used with the FSA)                                                       Business City
10150 E 700 N                                                                                 Van Buren
State    Zip            Area Code   Business Phone   Fax
IN       46991          765         375  3238

**PRIMARY SEED SUPPLIER**

Business Name

Area Code   Phone        City                                    State   Zip

**Form Number**
500397361

THIS SPACE FOR MONSANTO OFFICE USE ONLY, PLEASE LEAVE THIS SECTION BLANK:

Lic. #: 82161       Batch #: 4180       Date: JUL 2 8 2006

This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the reverse side of this page.

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Roundup Ready® soybeans, YieldGard® Corn Borer corn, YieldGard® Rootworm corn, YieldGard® Rootworm with Roundup Ready® Corn 2, YieldGard® Plus with Roundup Ready® Corn 2, YieldGard® Plus with Roundup Ready® Corn 2, Roundup Ready® Corn 2, YieldGard® Corn Borer with Roundup Ready® Corn 2, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® Cotton, Bollgard II® cotton, Bollgard II® with Roundup Ready® Cotton, Roundup Ready® Flex Cotton, Bollgard II® with Roundup Ready Flex Cotton, Roundup Ready® sugarbeets, Roundup Ready® Canola, and Roundup Ready® Alfalfa (Monsanto Technologies). This Agreement also contains Grower's stewardship responsibilities and requirements associated with the Monsanto Technologies.

1. GOVERNING LAW: This Agreement and the parties' relationship shall be governed by the laws of the State of Missouri and the United States (without regard to the choice of law rules).

2. BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER: Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in ... [illegible] ... er's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than ... [illegible] ... ment laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant ... [illegible] ... es at ... 1 et seq. and administered under the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement ... [illegible] ... for sale of the Seed containing Monsanto Technology. In the event that a claim is not amicably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Ag ... [illegible] ... capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. When a demand for arbitration is filed by a party, the Grower and Monsanto/sellers sha ... [illegible] ... onsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all a ... [illegible] ... confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise require

3. FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS: THE R ... [illegible] ... U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI. (ANY LAWSUIT MUST BE FILED IN ST. LOUIS ... [illegible] ... RY WITH THIS AGREEMENT AND THE USE OF THE SEED OR THE MONSANTO TECHNOLO-GIES, EXCEPT FOR COTTON RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO ... [illegible] ... MAY BE ENFORCED BY THE PARTIES.

GROWER SIGNATURE & DATE REQUIRED

[signature]
Name _____

[The Agreement continues below.]

*[handwritten notes: "bylined / prob same / use this / acct print call TDR / there are some issues / come up / R of Licenses"]*

4. GROWER AGREES

- To direct grain produced from corn containing the YieldGard Rootworm trait and stacks that include the Roundup ... [illegible] ... ssary.
- If growing Roundup Ready alfalfa: to comply with the Seed and Feed Use Agreement, which is incorporated and ... [illegible] ... lfa crop or seed, including hay and hay products, only to those countries where regulatory approvals have been granted, and not to plant Roundup Ready alfalfa for the production of sprouts. He
- To accept and continue the obligations of this Monsanto Technology Stewardship Agreement on any new land pa ... [illegible] ... ossessor of the land; and to notify in writing purchasers or lessees of land owned by Grower that has Seed planted on it that the Monsanto Technology is subject to the Monsanto Technology ... [illegible] ... echnology Stewardship Agreement.
- To implement an Insect Resistance Management program as specified in the applicable Bollgard/Bollgard II cotton ... [illegible] ... echnology Use Guide (TUG) and Insect Resistance Management (IRM) guides and to cooperate and comply with Insect Resistance Management programs.
- To use Seed containing Monsanto Technologies solely for planting a single commercial crop. Not to save any crop produced from Seed for planting and not to supply Seed produced from Seed to anyone for planting other than to a Monsanto licensed seed company.
- Not to transfer any Seed containing patented Monsanto Technologies to any other person or entity for planting.
- To plant Seed for Seed production, if and only if, Grower has entered into a valid, written Seed production agreement with a Seed company that is licensed by Monsanto to produce Seed. Grower must either physically deliver to that licensed Seed company or must sell or use as commodity grain all of the Seed produced pursuant to a Seed production agreement. Grower shall NOT plant any Seed Grower has produced or use to allow others to use Seed containing patented Monsanto Technologies for crop breeding, research, or generation of herbicide registration data.
- To use on Roundup Ready crops only a labeled Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG for details on authorized non-selective products). Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROP(S). MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROP(S). ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PROD-UCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
- To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
- To acquire Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
- To pay all technology fees due to Monsanto that are a part of, associated with or collected with the Seed purchase price or that are invoiced for the Seed.
- Upon written request, to allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documenta-tion, and dealer/retailer invoices for seed and chemical transactions.
- To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.

       

MONSANTO COPY

# EXHIBIT 17

# 2007 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT

*(Limited Use License)*

PLEASE MAIL THE SIGNED 2007 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO: Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141

## GROWER INFORMATION (please print)

Please complete this section with your business information. To sign this Agreement you must be the operator/grower for all fields that will grow plants from Seed you obtain containing Monsanto Technologies (defined below). You represent that you have full authority to and do hereby bind to this Agreement yourself, all entities for which you obtain Seed, all individuals and entities having an ownership interest in any entities for which you obtain Seed, and that Monsanto Company has not barred any of those individuals or entities from obtaining this limited-use license. Your name must be filled in and must match the signature below. This Monsanto Technology/Stewardship Agreement becomes effective if and when Monsanto issues the Grower a license number from Monsanto's home office in St. Louis, Missouri. Monsanto does not authorize seed dealers or seed retailers to issue a license of any kind for Monsanto Technologies.

Full Grower's Name (First/Middle/Last) ☐ Dr. ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Suffix (Sr, Jr, II, III) ☐   Farm Business Name

Business Address (as listed with the FSA)   Business City

State   Zip   Area Code   Business Phone   Fax

### PRIMARY SEED SUPPLIER

Business Name

Area Code   Phone   City   State   Zip

Form Number 60

THIS SPACE FOR MONSANTO OFFICE USE ONLY, PLEASE LEAVE THIS SECTION BLANK:

Lic. #:   Batch #:   Date:

**This Monsanto Technology/Stewardship Agreement is entered into between you (Grower) and Monsanto Company (Monsanto) and consists of the terms on this page and on the second page.**

This Monsanto Technology/Stewardship Agreement grants Grower a limited license to use Roundup Ready® Soybeans, YieldGard® Corn Borer corn, YieldGard® Rootworm corn, YieldGard® Rootworm with Roundup Ready® Corn 2, YieldGard® Plus corn, YieldGard® Plus with Roundup Ready® Corn 2, Roundup Ready® Corn 2, YieldGard® Corn Borer with Roundup Ready® Corn 2, Roundup Ready® cotton, Bollgard® cotton, Bollgard® with Roundup Ready® cotton, Bollgard II® cotton, Bollgard II® with Roundup Ready® cotton, Roundup Ready® Flex cotton, Bollgard II® with Roundup Ready® Flex cotton, Bollgard® with Roundup Ready® Flex cotton, Mavera® High Value Corn with Lysine, Vistive™ Soybeans, Roundup Ready® Sugarbeets, Roundup Ready® Canola, and Roundup Ready® Alfalfa (Monsanto Technologies). This Agreement also contains Grower's stewardship responsibilities and requirements associated with the Monsanto Technologies.

**GENERAL TERMS:**

Grower's rights may not be transferred to anyone else without the written consent of Monsanto. If Grower's rights are transferred with Monsanto's consent or by operation of law, this Agreement is binding on the person or entity receiving the transferred rights. If any provision of this Agreement is determined to be void or unenforceable, the remaining provisions shall remain in full force and effect.

Grower acknowledges that Grower has received a copy of Monsanto's Technology Use Guide (TUG). To obtain additional copies of the TUG, contact Monsanto at 1-800-768-6387 or go to www.Farmsource.com. Once effective, this agreement will remain in effect until either Grower or Monsanto choose to terminate the Agreement. Information regarding new and existing Monsanto Technologies, including any additions or deletions to the U.S. patents licensed under this agreement, and any new terms will be mailed to you each year. Continuing use of Monsanto Technologies after receipt of any new terms constitutes Grower's agreement to be bound by the new terms. If any provision of this Agreement is determined to be void or unenforceable, the remaining provisions shall remain in full force and effect.

**GROWER RECEIVES FROM MONSANTO COMPANY:**

- A limited use license to purchase and plant seed containing Monsanto Technologies ("Seed") and apply Roundup agricultural herbicides and other authorized non-selective herbicides over the top of Roundup Ready crops. Monsanto retains ownership of the Monsanto Technologies including the genes (for example, the Roundup Ready gene) and the gene technologies. Grower receives the right to use the Monsanto Technologies subject to the conditions specified in this Agreement and for spring canola in a separate use agreement.
- Monsanto Technologies are protected under U.S. patent law. Monsanto licenses the Grower, under applicable patents owned or licensed by Monsanto, to use Monsanto Technologies subject to the conditions listed in this Agreement. This license does not authorize Grower to plant Seed in the United States that has been purchased in another country or plant Seed in another country that has been purchased in the United States. Grower is not authorized to transfer Seed to anyone outside of the U.S.
- Enrollment for participation in Roundup Rewards® program.
- A limited use license to prepare and apply on glyphosate-tolerant soybean, cotton, alfalfa, or canola crops (or have others prepare and apply) tank mixes of, or sequentially apply (or have others sequentially apply), Roundup agricultural herbicides or other glyphosate herbicides labeled for use on those crops with quizalofop, clethodim, sethoxydim, fluazifop, and/or fenoxaprop to control volunteer Roundup Ready Corn 2 in Grower's crops for the 2007 growing season. However, neither Grower nor a third party may utilize any type of co-pack or premix of glyphosate plus one or more of the above-identified active ingredients in the preparation of a tank mix.

**PLEASE MAIL THE SIGNED 2007 MONSANTO TECHNOLOGY/STEWARDSHIP AGREEMENT TO:** Grower Licensing, Monsanto, 622 Emerson Road, Suite 150, St. Louis, MO 63141. This Monsanto Technology/Stewardship Agreement becomes effective if and when Monsanto issues the Grower a license number from Monsanto's home office in St. Louis, Missouri. Monsanto does not authorize seed dealers or seed retailers to issue a license of any kind for Monsanto Technologies.

**UNITED STATES PATENTS:**

The licensed U.S. patents include: for YieldGard® Corn Borer corn – 5,484,956; 5,352,605; 5,424,412; 5,859,347; 5,593,874; 6,180,774; 6,331,665; for YieldGard® Corn Rootworm corn – 5,110,732; 6,174,724; 5,484,956; 5,352,605; 5,023,179; 6,063,597; 6,331,665; 6,501,009; for YieldGard® Plus corn – 5,023,179; 5,352,605; 5,484,956; 5,424,412; 5,859,347; 5,593,874; 6,063,597; 6,174,724; 6,331,665; for Roundup Ready® Corn 2 – 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,352,605; 5,554,798; 5,593,874; 5,859,347; 5,424,412; 5,633,435; 5,804,425; 5,641,876; 6,825,400; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for Roundup Ready® corn – 4,940,835; 5,188,642; 6,025,545; 5,554,798; 6,040,497; 5,641,876; 5,717,084; 5,728,925; 6,083,878; for YieldGard® Corn Borer with Roundup Ready® Corn – 5,484,956; 5,352,605; 5,424,412; 5,859,347; 5,593,874; 6,331,665; 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,554,798; 5,633,435; 5,804,425; 5,641,876; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for Roundup Ready® Soybeans – 4,940,835; 5,188,642; 5,352,605; 5,633,435; 5,530,196; 5,717,084; 5,728,925; 5,804,425; for Roundup Ready® cotton – 5,633,435; 5,352,605; 5,530,196; 5,188,642; 4,940,835; 5,804,425, 6,051,753; 6,018,100; 5,378,619; 6,174,724; 5,159,135; 5,004,863; 5,728,925; 5,717,084; 6,083,878; 6,753,463; for Bollgard® cotton – 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 6,174,724; 5,880,275; 5,159,135; 5,004,863; 6,943,282; for Bollgard® with Roundup Ready® cotton – 5,633,435; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,188,642; 5,164,316; 4,940,835; 5,717,084; 5,728,925; 6,051,753; 6,018,100; 5,378,619; 6,174,724; 5,159,135; 5,004,863; 6,083,878; 5,880,275 5,804,425; 6,943,282; 6,753,463; for Bollgard II® cotton – 6,489,542; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 6,174,724; 5,880,275; 5,159,135; 5,004,863; 5,728,925; 5,717,084; 5,338,544; 5,659,122; 5,362,865; 6,943,282; for Bollgard II® with Roundup Ready® cotton – 5,633,435; 6,489,542; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,188,642; 5,164,316; 4,940,835; 5,717,084; 5,728,925; 6,051,753; 6,018,100; 5,378,619; 6,174,724; 5,159,135; 5,004,863; 6,083,878; 5,880,275; 5,804,425; 5,338,544; 5,362,865; 5,659,122; 6,943,282; 6,753,463; for Roundup Ready® Canola – 6,051,753; 6,018,100; 5,378,619; 5,728,925; 5,717,084; 5,804,425; 5,633,435; 5,188,642; 4,940,835; 5,463,175; 6,083,878; 5,750,871; 5,463,174; 5,188,958; RE38825; for Roundup Ready® Sugarbeets – 5,378,619; 5,463,175; 5,633,435; 5,164,316; 5,196,525; 5,322,938; 5,359,142; 5,352,605; 5,530,196; 4,940,835; 5,188,642; 5,717,084; 5,728,925; 6,018,100; 6,051,753; 6,083,878; 5,804,425; 6,174,724; RE38825; for Roundup Ready® Alfalfa – 6,051,753; 6,018,100; 5,378,619; 5,362,865; 5,659,122; 5,717,084; 5,728,925; 5,633,435; 5,804,425; for Roundup Ready® Flex Cotton – 4,940,835; 5,004,863; 5,159,135; 5,188,642; 5,633,435; 5,717,084; 5,728,925; 5,804,425; 6,051,753; 6,083,878; 6,660,911; 6,949,696; 6,753,463; for Bollgard® with Roundup Ready® Flex Cotton – 4,940,835; 5,004,863; 5,159,135; 5,188,642; 5,633,435; 5,717,084; 5,728,925; 5,804,425; 6,051,753; 6,083,878; 6,660,911; 6,949,696; 6,753,463; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 6,174,724; 5,880,275; 5,159,135; 5,004,863; 6,943,282; for Bollgard II® with Roundup Ready® Flex Cotton – 6,489,542; 5,359,142; 5,352,605; 5,530,196; 5,322,938; 5,196,525; 5,164,316; 6,174,724; 5,880,275; 5,159,135; 5,004,863; 5,728,925; 5,717,084; 5,338,544; 5,659,122; 5,362,865; 4,940,835; 5,004,863; 5,159,135; 5,188,642; 5,633,435; 5,717,084; 5,728,925; 5,804,425; 6,051,753; 6,083,878; 6,660,911; 6,949,696; 6,943,282; 6,753,463; for YieldGard® Plus with Roundup Ready® Corn 2 – 5,023,179; 5,352,605; 5,484,956; 5,424,412; 5,859,347; 5,593,874; 6,063,597; 6,174,724; 6,331,665; 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,352,605; 5,554,798; 5,593,874; 5,859,347; 5,424,412; 5,633,435; 5,804,425; 5,641,876; 6,825,400; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for YieldGard® Corn Borer with Roundup Ready® Corn 2 – 5,484,956; 5,352,605; 5,424,412; 5,859,347; 5,593,874; 6,180,774; 6,331,665; 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,352,605; 5,554,798; 5,593,874; 5,859,347; 5,424,412; 5,633,435; 5,804,425; 5,641,876; 6,825,400; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for YieldGard® Rootworm with Roundup Ready® Corn 2 – 5,110,732; 6,174,724; 5,484,956; 5,352,605; 5,023,179; 6,063,597; 6,331,665; 6,501,009; 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,352,605; 5,554,798; 5,593,874; 5,859,347; 5,424,412; 5,633,435; 5,804,425; 5,641,876; 6,825,400; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for MON88017 – 6,063,597; 6,642,030; 5,633,435; 5,804,425; 5,554,798; 5,641,876; 4,940,835; 5,188,642; 5,359,142; 5,196,525; 5,322,938; 5,164,316; 5,858,742; 5,352,605; 5,717,084; 5,728,925; 6,083,878; 6,025,545; for Mavera® high value corn with lysine – 6,329,574; for tank mix 6,239,072

**ALWAYS READ AND FOLLOW PESTICIDE LABEL DIRECTIONS.** Roundup Ready® crops contain genes that confer tolerance to glyphosate, the active ingredient in Roundup® agricultural herbicides. Roundup agricultural herbicides will kill crops that are not tolerant to glyphosate. Roundup, Roundup Ready, YieldGard, YieldGard Corn Borer and Design, YieldGard Rootworm and Design, YieldGard Plus and Design, Bollgard, Bollgard II, Roundup Technology, Vistive, Roundup Rewards, Grow the Feed, Not the Weeds., and Monsanto Imagine and the Vine Design are trademarks of Monsanto Technology LLC. Mavera is a trademark of Renessen LLC.

Roundup · Roundup Ready ALFALFA · Roundup Ready CANOLA · Roundup Ready CORN 2 · Roundup Ready COTTON · Roundup Ready FLEX COTTON · Roundup Ready SOYBEANS · Roundup Ready SUGARBEETS · Bollgard · Bollgard II · YieldGard Corn Borer · YieldGard Rootworm · YieldGard Plus · MONSANTO imagine

Grow the Feed, Not the Weeds.

**GROWER AGREES:**

- To direct grain produced from corn containing trait stacks that include the Roundup Ready Corn 2 and/or YieldGard Rootworm trait(s) to appropriate markets as necessary.
- If growing Roundup Ready Alfalfa to direct any product produced from a Roundup Ready Alfalfa crop or seed, including hay and hay products, only to those countries where regulatory approvals have been granted, and not to plant Roundup Ready Alfalfa for the production of sprouts. Refer to the Technology Use Guide for additional information.
- To accept and continue the obligations of this Monsanto Technology Stewardship Agreement on any new land purchased or leased by Grower that has Seed planted on it by a previous owner or possessor of the land; and to notify in writing purchasers or lessees of land owned by Grower that has Seed planted on it that the Monsanto Technology is subject to this Monsanto Technology Stewardship Agreement and they must have or obtain their own Monsanto Technology Stewardship Agreement.
- To implement an Insect Resistance Management program as specified in the applicable Bollgard/Bollgard II cotton and YieldGard corn sections of the most recent Technology Use Guide (TUG) and Insect Resistance Management (IRM) guides and to cooperate and comply with Insect Resistance Management programs.
- To use Seed containing Monsanto Technologies solely for planting a single commercial crop. Not to save any crop produced from Seed for planting and not to supply Seed produced from Seed to anyone for planting other than to a Monsanto licensed seed company.
- Not to transfer any Seed containing patented Monsanto Technologies to any other person or entity for planting.
- To plant Seed for Seed production, if and only if, Grower has entered into a valid, written Seed production agreement with a Seed company that is licensed by Monsanto to produce Seed. Grower must either physically deliver to that licensed Seed company or must sell or use as commodity grain all of the Seed produced pursuant to a Seed production agreement. Grower shall NOT plant any Seed Grower has produced or use or allow others to use Seed containing patented Monsanto Technologies for crop breeding, research, or generation of herbicide registration data.
- To use on Roundup Ready crops only a labeled Roundup® agricultural herbicide or other authorized non-selective herbicide which could not be used in the absence of the Roundup Ready gene (see TUG for details on authorized non-selective products). Use of any selective herbicide labeled for the same crop without the Roundup Ready gene is not restricted by this Agreement. MONSANTO DOES NOT MAKE ANY REPRESENTATIONS, WARRANTIES OR RECOMMENDATIONS CONCERNING THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES WHICH ARE LABELED FOR USE IN ROUNDUP READY CROP(S). MONSANTO SPECIFICALLY DISCLAIMS ALL RESPONSIBILITY FOR THE USE OF THESE PRODUCTS IN ROUNDUP READY CROP(S). ALL QUESTIONS AND COMPLAINTS ARISING FROM THE USE OF PRODUCTS MANUFACTURED OR MARKETED BY OTHER COMPANIES SHOULD BE DIRECTED TO THOSE COMPANIES.
- To read and follow the applicable sections of the TUG, which is incorporated into and is a part of this Agreement, for specific requirements relating to the terms of this Agreement, and to abide by and be bound by the terms of the TUG as it may be amended from time to time.
- To acquire Seed containing these Monsanto Technologies only from a seed company with technology license(s) from Monsanto or from a licensed company's authorized dealer.
- To pay all technology fees due to Monsanto that are a part of, associated with or collected with the Seed purchase price or that are invoiced for the seed.
- Upon written request, to allow Monsanto to review the Farm Service Agency crop reporting information on any land farmed by Grower including Summary Acreage History Report, Form 578 and corresponding aerial photographs, Risk Management Agency claim documentation, and dealer/retailer invoices for seed and chemical transactions.
- To allow Monsanto to examine and copy any records and receipts that could be relevant to Grower's performance of this Agreement.

**GROWER UNDERSTANDS:**

- Commodity Marketing: Grain/commodities harvested from YieldGard Plus corn, YieldGard Plus with Roundup Ready Corn 2, YieldGard Rootworm with Roundup Ready Corn 2, YieldGard Corn Borer with Roundup Ready Corn 2, and Roundup Ready Canola are approved for U.S. food and feed use but not yet approved in certain export markets where approval is not certain to be received before the end of 2007. As a result, Grower must direct those grain/commodities to the following approved market options: feeding on farm, use in domestic feed lots, elevators that agree to accept the grain, or other approved uses in domestic markets only. Go to www.asgsellcorn.com for a list of Grain Handlers' positions on accepting transgenic corn. The American Seed Trade Association web site (www.amseed.org) includes a list of grain handlers' positions on accepting transgenic corn. You must complete and send to Monsanto a Market Choices® Grain Marketing Communication Plan. For additional information on grain market options or to obtain additional forms, call 1-800-768-6387.
- Regulatory approvals: Monsanto Technologies may only be used where the products have been approved for use by all required governmental agencies. For example, some Monsanto Technologies are not approved in all states. Check with your Monsanto representative if you have questions about the approval status in your state.
- Insect Resistance Management (IRM): When planting any YieldGard or Bollgard product, Grower must implement an IRM program including planting a non-B.t. refuge according to the size and distance guidelines specified in the Bollgard cotton and YieldGard corn sections of the most recent Monsanto Technology Use Guide including any supplemental amendments (collectively "TUG") and the crop specific IRM guides. Grower may lose Grower's limited use license to use these products if Grower fails to follow the IRM program required by this Agreement.
- Crop Stewardship & Specialty Crops: Refer to the section on Coexistence and Identity Preservation in the TUG for information on crop stewardship and considerations for production of identity preserved crops.
- Corn Trait Performance: All hybrids containing Monsanto corn traits (YieldGard Corn Borer corn, YieldGard Rootworm corn, YieldGard Plus corn, and Roundup Ready Corn 2) have been screened for the presence of the appropriate protein and have passed that screening prior to commercial sale. YieldGard Rootworm corn and YieldGard Plus corn hybrids have achieved industry leading success rates in excess of 99%. A small number of these hybrids may infrequently demonstrate variable levels of performance in fields and not meet grower expectations.

**MONSANTO'S REMEDIES:**

If Grower breaches this Agreement, in addition to Monsanto's other remedies, Grower's limited-use license will terminate immediately. Thereafter, Monsanto will not accept any application for a new Monsanto Technology/Stewardship Agreement unless Monsanto provides in writing an authorization specifically naming Grower. Any such purported agreement that does not contain Monsanto's express authorization (whether a license number has been issued or not) is void. If Grower is found by any court to have breached any term of this Agreement and/or to have infringed one or more of the U.S. patents listed below, Grower agrees that, among other things, Monsanto will be entitled to a permanent injunction enjoining Grower from making, using, selling, or offering for sale Seed. Additionally, Grower agrees that any finding of infringement by Grower shall entitle Monsanto to patent infringement damages to the full extent authorized by 35 U.S.C. § 271 et seq.. Grower will also be liable for all breach of contract damages. If Grower is found by any court to have infringed one or more of the U.S. patents listed below or otherwise to have breached this agreement, Grower agrees to pay Monsanto and the licensed Monsanto Technology provider(s) their attorneys' fees and costs and other expenses incurred in enforcing rights under the Contract including, but not limited to, expenses incurred in the investigation of the breach of this agreement and/or infringement of one or more of the U.S. patents listed below.

Grower accepts the terms of the following NOTICE REQUIREMENT, LIMITED WARRANTY and DISCLAIMER OF WARRANTY and EXCLUSIVE LIMITED REMEDY by signing this Agreement and/or opening a bag of Seed containing Monsanto Technology. If Grower does not agree to be bound by the conditions of purchase or use, Grower agrees to return the unopened bags to Grower's seed dealer.

**NOTICE REQUIREMENT:**

As a condition precedent to Grower or any other person with an interest in Grower's crop asserting any claim, action, or dispute against Monsanto and/or any seller of Seed containing Monsanto Technologies regarding performance or non-performance of Monsanto Technologies or the Seed in which it is contained, Grower must provide Monsanto a written, prompt, and timely notice (regarding performance or non-performance of the Monsanto Technologies) and to the seller of any Seed (regarding performance or non-performance of the Seed) within sufficient time to allow an in-field inspection of the crop(s) about which any controversy, claim, action, or dispute is being asserted. The notice will be timely only if it is delivered 15 days or less after the Grower first observes the issue(s) regarding performance or non-performance of the Monsanto Technology and/or the Seed in which it is contained. The notice shall include a statement setting forth the nature of the claim, name of the Monsanto Technology, and Seed hybrid or variety.

**LIMITED WARRANTY and DISCLAIMER OF WARRANTIES:**

Monsanto warrants that the Monsanto Technologies licensed hereunder will perform as set forth in the TUG when used in accordance with directions. This warranty applies only to Monsanto Technologies contained in planting Seed that has been purchased from Monsanto and seed companies licensed by Monsanto or the seed company's authorized dealers or distributors. EXCEPT FOR THE EXPRESS WARRANTIES IN THE LIMITED WARRANTY SET FORTH ABOVE, MONSANTO MAKES NO OTHER WARRANTIES OF ANY KIND, AND DISCLAIMS ALL OTHER WARRANTIES, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR PARTICULAR PURPOSE.

**GROWER'S EXCLUSIVE LIMITED REMEDY:**

THE EXCLUSIVE REMEDY OF THE GROWER AND THE LIMIT OF THE LIABILITY OF MONSANTO OR ANY SELLER FOR ANY AND ALL LOSSES, INJURY OR DAMAGES RESULTING FROM THE USE OR HANDLING OF SEED CONTAINING MONSANTO TECHNOLOGY (INCLUDING CLAIMS BASED IN CONTRACT, NEGLIGENCE, PRODUCT LIABILITY, STRICT LIABILITY, TORT, OR OTHERWISE) SHALL BE THE PRICE PAID BY THE GROWER FOR THE QUANTITY OF THE SEED INVOLVED OR, AT THE ELECTION OF MONSANTO OR THE SEED SELLER, THE REPLACEMENT OF THE SEED. IN NO EVENT SHALL MONSANTO OR ANY SELLER BE LIABLE FOR ANY INCIDENTAL, CONSEQUENTIAL, SPECIAL, OR PUNITIVE DAMAGES.

Thank you for choosing our advanced technologies. We look forward to working with you in the future. If you have any questions regarding the Monsanto Technologies or this license, please call the Monsanto Customer Relations Center at: 1-800-ROUNDUP.

**GOVERNING LAW:** This Agreement and the parties' relationship shall be governed by the laws of the State of Missouri and the United States (without regard to the choice of law rules).

**BINDING ARBITRATION FOR COTTON-RELATED CLAIMS MADE BY GROWER:** Any claim or action made or asserted by a cotton Grower (or any other person claiming an interest in the Grower's cotton crop) against Monsanto or any seller of cotton Seed containing Monsanto Technology arising out of and/or in connection with this Agreement or the sale or performance of the cotton Seed containing Monsanto Technology other than claims arising under the patent laws of the United States must be resolved by binding arbitration. The parties acknowledge that the transaction involves interstate commerce. The parties agree that arbitration shall be conducted pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. Sec 1 et seq. and administered under the Commercial Dispute Resolution Procedures established by the American Arbitration Association ("AAA"). The term "seller" as used throughout this Agreement refers to all parties involved in the production, development, distribution, and/or sale of the Seed containing Monsanto Technology. In the event that a claim is not amicably resolved within 30 days of Monsanto's receipt of the Grower's notice required pursuant to this Agreement any party may initiate arbitration. The arbitration shall be heard in the capital city of the state of Grower's residence or in any other place as the parties decide by mutual agreement. When a demand for arbitration is filed by a party, the Grower and Monsanto/sellers shall each immediately pay one half of the AAA filing fee. In addition, Grower and Monsanto/sellers shall each pay one half of AAA's administrative and arbitrator fees as those fees are incurred. The arbitrator(s) shall have the power to apportion the ultimate responsibility for all AAA fees in the final award. The arbitration proceedings and results are to remain confidential and are not to be disclosed without the written agreement of all parties, except to the extent necessary to effectuate the decision or award of the arbitrator(s) or as otherwise required by law.

**FORUM SELECTION FOR NON-COTTON-RELATED CLAIMS MADE BY GROWER AND ALL OTHER CLAIMS:** THE PARTIES CONSENT TO THE SOLE AND EXCLUSIVE JURISDICTION AND VENUE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI, EASTERN DIVISION, AND THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS, MISSOURI, (ANY LAWSUIT MUST BE FILED IN ST. LOUIS, MO) FOR ALL CLAIMS AND DISPUTES ARISING OUT OF OR CONNECTED IN ANY WAY WITH THIS AGREEMENT AND/OR THE USE OF THE SEED OR THE MONSANTO TECHNOLOGIES, EXCEPT FOR COTTON-RELATED CLAIMS MADE BY GROWER.

THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION FOR COTTON RELATED CLAIMS PURSUANT TO THE PROVISIONS OF THE FEDERAL ARBITRATION ACT, 9 U.S.C. §1 ET SEQ., WHICH MAY BE ENFORCED BY THE PARTIES.

**GROWER SIGNATURE & DATE REQUIRED**

_____          _____
Name                                                              Date

# EXHIBIT 18

Form **990**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**Return of Organization Exempt From Income Tax**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements.

**2004**

Open to Public Inspection

**A** For the 2004 calendar year, or tax year beginning _____ and ending _____

**B** Check if applicable:
- [ ] Address change
- [ ] Name change
- [ ] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Application pending

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization
AMERICAN CORN GROWERS ASSOCIATION

Number and street (or P.O. box if mail is not delivered to street address) | Room/suite
P.O. BOX 18157

City or town, state or country, and ZIP + 4
WASHINGTON, DC  20036

**D** Employer identification number
52-1513597

**E** Telephone number
2028350330

**F** Accounting method: [X] Cash  [ ] Accrual  [ ] Other (specify) ►

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**G** Website: ► WWW.ACGA.ORG

**J** Organization type (check only one) ► [X] 501(c) ( 6 ) ◄ (insert no.) [ ] 4947(a)(1) or [ ] 527

**K** Check here ► [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**H** and **I** are not applicable to section 527 organizations.

**H(a)** Is this a group return for affiliates? [ ] Yes [X] No
**H(b)** If "Yes," enter number of affiliates ► 
**H(c)** Are all affiliates included? N/A [ ] Yes [ ] No (If "No," attach a list.)
**H(d)** Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

**I** Group Exemption Number ►

**M** Check ► [ ] if the organization is **not** required to attach Sch. B (Form 990, 990-EZ, or 990-PF).

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ► 345319.

## Part I  Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 318450. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ 318450. noncash $ ) | 1d | 318450. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | |
| 3 | Membership dues and assessments | 3 | 22362. |
| 4 | Interest on savings and temporary cash investments | 4 | |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ► ) | 7 | |
| 8a | Gross amount from sales of assets other than inventory | (A) Securities 8a | (B) Other |
| b | Less: cost or other basis and sales expenses | 8b | |
| c | Gain or (loss) (attach schedule) | 8c | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule). If any amount is from gaming, check here ► [ ] | | |
| a | Gross revenue (not including $ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | 4507. |
| 12 | Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 345319. |
| 13 | Program services (from line 44, column (B)) | 13 | 241853. |
| 14 | Management and general (from line 44, column (C)) | 14 | 104870. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | Total expenses (add lines 16 and 44, column (A)) | 17 | 346723. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | -1404. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 11301. |
| 20 | Other changes in net assets or fund balances (attach explanation) | 20 | 0. |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 9897. |

RECEIVED
MAY 3 1 2005
OGDEN, UT

SCANNED JUL 1 9 2005

423001 01-13-05   LHA   For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.

Form 990 (2004)

1

10090429 792792 42025-02     2004.05040 AMERICAN CORN GROWERS ASSOC 42025-01

AMERICAN CORN GROWERS ASSOCIATION          52-1513597

| **Part II** Statement of Functional Expenses | All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others. | | | | Page 2 |
|---|---|---|---|---|---|
| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
| 22 Grants and allocations (attach schedule) | 22 | | | | |
| (cash $ _____ noncash $ _____ ) | | | | | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 100000. | 62000. | 38000. | 0. |
| 26 Other salaries and wages | 26 | 29468. | 29468. | | |
| 27 Pension plan contributions | 27 | | | | |
| 28 Other employee benefits | 28 | | | | |
| 29 Payroll taxes | 29 | | | | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | 3865. | | 3865. | |
| 32 Legal fees | 32 | | | | |
| 33 Supplies | 33 | 11817. | | 11817. | |
| 34 Telephone | 34 | 6245. | | 6245. | |
| 35 Postage and shipping | 35 | 707. | | 707. | |
| 36 Occupancy | 36 | 20007. | | 20007. | |
| 37 Equipment rental and maintenance | 37 | | | | |
| 38 Printing and publications | 38 | 6003. | | 6003. | |
| 39 Travel | 39 | 12226. | | 12226. | |
| 40 Conferences, conventions, and meetings | 40 | 7017. | 7017. | | |
| 41 Interest | 41 | | | | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | | | | |
| 43 Other expenses not covered above (itemize): | | | | | |
| a _____ | 43a | | | | |
| b _____ | 43b | | | | |
| c _____ | 43c | | | | |
| d _____ | 43d | | | | |
| e See Statement 1 | 43e | 149368. | 143368. | 6000. | |
| 44 Total functional expenses (add lines 22 through 43). Organizations completing columns (B)-(D), carry these totals to lines 13-15. | 44 | 346723. | 241853. | 104870. | 0. |

**Joint Costs.** Check ▶ ☐ if you are following SOP 98-2.

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ............... ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $ _____ ; (ii) the amount allocated to Program services $ _____ ;

(iii) the amount allocated to Management and general $ _____ ; and (iv) the amount allocated to Fundraising $ _____

**Part III** Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ▶
ALTERNATIVE USES OF CORN PRODUCT

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.) |
|---|---|
| a TO PROMOTE ALTERNATIVE USES OF CORN AND BY PRODUCTS | |
| (Grants and allocations $  318450. ) | 241853. |
| b _____ | |
| (Grants and allocations $ ) | |
| c _____ | |
| (Grants and allocations $ ) | |
| d _____ | |
| (Grants and allocations $ ) | |
| e Other program services (attach schedule)  (Grants and allocations $ ) | |
| f Total of Program Service Expenses (should equal line 44, column (B), Program services) ............... ▶ | 241853. |

423011
01-13-05

2

Form 990 (2004)

Form 990 (2004)    AMERICAN CORN GROWERS ASSOCIATION    52-1513597    Page 3

## Part IV  Balance Sheets

Note: Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|---|
| | 45 | Cash - non-interest-bearing | 14761. | 45 | 8357. |
| | 46 | Savings and temporary cash investments | | 46 | |
| | 47 a | Accounts receivable ........ 47a | | | |
| | b | Less: allowance for doubtful accounts ....... 47b | | 47c | |
| | 48 a | Pledges receivable ........... 48a | | | |
| | b | Less: allowance for doubtful accounts ...... 48b | | 48c | |
| | 49 | Grants receivable | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees | | 50 | |
| Assets | 51 a | Other notes and loans receivable ..... 51a | | | |
| | b | Less: allowance for doubtful accounts ...... 51b | | 51c | |
| | 52 | Inventories for sale or use | | 52 | |
| | 53 | Prepaid expenses and deferred charges | | 53 | |
| | 54 | Investments - securities ............▶ ☐ Cost ☐ FMV | | 54 | |
| | 55 a | Investments - land, buildings, and equipment: basis ..... 55a  1540. | | | |
| | b | Less: accumulated depreciation ....... 55b | 1540. | 55c | 1540. |
| | 56 | Investments - other | | 56 | |
| | 57 a | Land, buildings, and equipment: basis ..... 57a | | | |
| | b | Less: accumulated depreciation ...... 57b | | 57c | |
| | 58 | Other assets (describe ▶                    ) | | 58 | |
| | 59 | Total assets (add lines 45 through 58) (must equal line 74) | 16301. | 59 | 9897. |
| | 60 | Accounts payable and accrued expenses | 5000. | 60 | |
| | 61 | Grants payable | | 61 | |
| | 62 | Deferred revenue | | 62 | |
| Liabilities | 63 | Loans from officers, directors, trustees, and key employees | | 63 | |
| | 64 a | Tax-exempt bond liabilities | | 64a | |
| | b | Mortgages and other notes payable | | 64b | |
| | 65 | Other liabilities (describe ▶                    ) | | 65 | |
| | 66 | Total liabilities (add lines 60 through 65) | 5000. | 66 | 0. |
| Net Assets or Fund Balances | | Organizations that follow SFAS 117, check here ▶ ☐ and complete lines 67 through 69 and lines 73 and 74. | | | |
| | 67 | Unrestricted | | 67 | |
| | 68 | Temporarily restricted | | 68 | |
| | 69 | Permanently restricted | | 69 | |
| | | Organizations that do not follow SFAS 117, check here ▶ ☒ and complete lines 70 through 74. | | | |
| | 70 | Capital stock, trust principal, or current funds | 0. | 70 | 0. |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund | 0. | 71 | 0. |
| | 72 | Retained earnings, endowment, accumulated income, or other funds | 11301. | 72 | 9897. |
| | 73 | Total net assets or fund balances (add lines 67 through 69 or lines 70 through 72; column (A) must equal line 19; column (B) must equal line 21) | 11301. | 73 | 9897. |
| | 74 | Total liabilities and net assets / fund balances (add lines 66 and 73) | 16301. | 74 | 9897. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

423021
01-13-05

3

Form 990 (2004)   AMERICAN CORN GROWERS ASSOCIATION   52-1513597   Page 4

| Part IV-A | Reconciliation of Revenue per Audited Financial Statements with Revenue per Return | | Part IV-B | Reconciliation of Expenses per Audited Financial Statements with Expenses per Return | |
|---|---|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements ............ ▶ | a  345319. | a | Total expenses and losses per audited financial statements ........... ▶ | a  346723. |
| b | Amounts included on line a but not on line 12, Form 990: | | b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Net unrealized gains on investments ....... $_____ | | (1) | Donated services and use of facilities ... $_____ | |
| (2) | Donated services and use of facilities ... $_____ | | (2) | Prior year adjustments reported on line 20, Form 990 ............ $_____ | |
| (3) | Recoveries of prior year grants .......... $_____ | | (3) | Losses reported on line 20, Form 990 ... $_____ | |
| (4) | Other (specify): _____ $_____ | | (4) | Other (specify): _____ $_____ | |
| | Add amounts on lines (1) through (4) .... ▶ | b  0. | | Add amounts on lines (1) through (4) ...... ▶ | b  0. |
| c | Line a minus line b .................. ▶ | c  345319. | c | Line a minus line b .................. ▶ | c  346723. |
| d | Amounts included on line 12, Form 990 but not on line a: | | d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 ... $_____ | | (1) | Investment expenses not included on line 6b, Form 990 ... $_____ | |
| (2) | Other (specify): _____ $_____ | | (2) | Other (specify): _____ $_____ | |
| | Add amounts on lines (1) and (2) ...... ▶ | d  0. | | Add amounts on lines (1) and (2) ........... ▶ | d  0. |
| e | Total revenue per line 12, Form 990 (line c plus line d) ............... ▶ | e  345319. | e | Total expenses per line 17, Form 990 (line c plus line d) ............... ▶ | e  346723. |

| Part V | List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.) | | | | |
|---|---|---|---|---|---|
| (A) Name and address | | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
| See Statement 2 | | | 100000. | 0. | 0. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

75  Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule.  ▶  [ ] Yes  [X] No

423031 01-13-05

Form 990 (2004)

4

Form 990 (2004)    AMERICAN CORN GROWERS ASSOCIATION    52-1513597    Page 5

**Part VI    Other Information**

| | | Yes | No |
|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | 76 | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | X |
| | If "Yes," attach a conformed copy of the changes. | | |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year?  N/A | 78b | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? | 79 | X |
| | If "Yes," attach a statement | | |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization? | 80a | X |
| b | If "Yes," enter the name of the organization ▶ AMERICAN CORN GROWERS FOUNDATION and check whether it is [X] exempt or [ ] nonexempt. | | |
| 81 a | Enter direct or indirect political expenditures. See line 81 instructions  81a  0. | | |
| b | Did the organization file Form 1120-POL for this year? | 81b | X |
| 82 a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | X |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions in Part III.)  82b  N/A | | |
| 83 a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions?  N/A | 83b | |
| 84 a | Did the organization solicit any contributions or gifts that were not tax deductible? | 84a | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?  N/A | 84b | |
| 85 | *501(c)(4), (5), or (6) organizations.* a Were substantially all dues nondeductible by members? | 85a | X |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less? | 85b | X |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | |
| c | Dues, assessments, and similar amounts from members  85c  N/A | | |
| d | Section 162(e) lobbying and political expenditures  85d  N/A | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices  85e  N/A | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e)  85f  N/A | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount on line 85f? | 85g | |
| h | If section 6033(e)(1)(A) dues notices were sent, does the organization agree to add the amount on line 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year?  N/A | 85h | |
| 86 | *501(c)(7) organizations.* Enter: a Initiation fees and capital contributions included on line 12  86a  N/A | | |
| b | Gross receipts, included on line 12, for public use of club facilities  86b  N/A | | |
| 87 | *501(c)(12) organizations.* Enter: a Gross income from members or shareholders  87a  N/A | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.)  87b  N/A | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX | 88 | X |
| 89 a | *501(c)(3) organizations.* Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ N/A ; section 4912 ▶ N/A ; section 4955 ▶ N/A | | |
| b | *501(c)(3) and 501(c)(4) organizations.* Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction  N/A | 89b | |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ | | N/A |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization ▶ | | N/A |
| 90 a | List the states with which a copy of this return is filed ▶ NONE | | |
| b | Number of employees employed in the pay period that includes March 12, 2004  90b  0 | | |
| 91 | The books are in care of ▶ LARRY MITCHELL    Telephone no. ▶ 2028350330 | | |
| | Located at ▶ PO BOX 18157, WASHINGTON, DC    ZIP + 4 ▶ 20036 | | |
| 92 | *Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041*- Check here ▶ [ ] and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 92  N/A | | |

423041 01-13-05    Form 990 (2004)

5

10090429 792792 42025-02    2004.05040 AMERICAN CORN GROWERS ASSOC 42025-01

Form 990 (2004)    AMERICAN CORN GROWERS ASSOCIATION    52-1513597    Page 6

## Part VII — Analysis of Income-Producing Activities (See page 33 of the instructions.)

Note: Enter gross amounts unless otherwise indicated.

| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | (E) Related or exempt function income |
|---|---|---|---|---|---|
| 93 Program service revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | 22362. |
| 95 Interest on savings and temporary cash investments | | | | | |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: | | | | | |
| a CONVENTION INCOME | | | | | 4507. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | 0. | | 0. | 26869. |
| 105 Total (add line 104, columns (B), (D), and (E)) | | | | ▶ | 26869. |

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

## Part VIII — Relationship of Activities to the Accomplishment of Exempt Purposes (See page 34 of the instructions.)

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| | See Statement 3 |

## Part IX — Information Regarding Taxable Subsidiaries and Disregarded Entities (See page 34 of the instructions.)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

## Part X — Information Regarding Transfers Associated with Personal Benefit Contracts (See page 34 of the instructions.)

(a) Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No

(b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ☐ Yes ☒ No

Note: If "Yes" to (b), file Form 8870 and Form 4720 (see instructions).

KEITH DITTRICH, CHAIRMAN
Type or print name and title.

2004 DEPRECIATION AND AMORTIZATION REPORT

Form 990 Page 2

990

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

9

428102
10-08-04

AMERICAN CORN GROWERS ASSOCIATION                                    52-1513597

| Form 990 | | Other Expenses | | Statement   1 |

| Description | (A)<br>Total | (B)<br>Program<br>Services | (C)<br>Management<br>and General | (D)<br>Fundraising |
|---|---|---|---|---|
| EDUCATION | 31180. | 31180. | 0. | 0. |
| COMMUNICATIONS | 19761. | 19761. | 0. | 0. |
| RESEARCH | 66881. | 66881. | 0. | 0. |
| MARKET DEVELOPMENT | 20227. | 20227. | 0. | 0. |
| BOARD MEETING | 5319. | 5319. | 0. | 0. |
| BENEFIT | 6000. | 0. | 6000. | 0. |
| Total to Fm 990, ln 43 | 149368. | 143368. | 6000. | |

| Form 990 | Part V - List of Officers, Directors,<br>Trustees and Key Employees | Statement   2 |

| Name and Address | Title and<br>Avrg Hrs/Wk | Compen-<br>sation | Employee<br>Ben Plan<br>Contrib | Expense<br>Account |
|---|---|---|---|---|
| KEITH DITTRICH<br>53495 840 RD<br>TILDEN, NE  68781 | CHAIRMAN<br>20 | 0. | 0. | 0. |
| LARRY MITCHELL<br>PO BOX 18157<br>WASHINGTON, DC   20036 | CEO<br>40 | 62000. | 0. | 0. |
| MIKE ALBERTS<br>2004 E 24TH RD<br>MARQUETTE, NE  68854 | 1ST VICE PRES<br>10 | 0. | 0. | 0. |
| KEITH BOLIN<br>222 94 925 EAST STREET<br>SHEFFIELD, IL  61361 | PRESIDENT<br>10 | 0. | 0. | 0. |
| DAVID DECHANT<br>8029 CR 39<br>FT LUPTON, CO  80621 | SECRETARY<br>10 | 0. | 0. | 0. |
| CHARLES MATTIS<br>12352 E 2100 N RD<br>DANVILLE, IL  61832 | TREASURER<br>5 | 0. | 0. | 0. |

AMERICAN CORN GROWERS ASSOCIATION                                52-1513597

| | | | | |
|---|---|---|---|---|
| CARL KING<br>210 WEST BEDFORD<br>DIMMITT, TX 79027 | CHAIRMAN EMERITUS<br>10 | 0. | 0. | 0. |
| ROBERT KOSKAN<br>RT 2 BOX 117<br>WOOD, SD 57585 | DIRECTOR<br>5 | 0. | 0. | 0. |
| EUGENE PAUL<br>45148 STATE HWY 109<br>DELAVAN, MN 50623 | DIRECTOR<br>5 | 0. | 0. | 0. |
| LYNDEN PETER<br>4009 DAVIS PLACE NW #3<br>WASHINGTON, DC 20007 | DIRECTOR<br>5 | 0. | 0. | 0. |
| JOHN ADERMANN<br>RR 3 BOX 55<br>RAMSEY, IL 62080 | DIRECTOR<br>5 | 0. | 0. | 0. |
| HAROLD BOB BENNETT<br>BOX 401<br>HART, TX 79043 | DIRECTOR<br>5 | 0. | 0. | 0. |
| JOE BREWER<br>RT 1 BOX 198<br>RAMSEY, IL 62080 | DIRECTOR<br>5 | 0. | 0. | 0. |
| ROGER RICHARDSON<br>1947 OLD FURNACE ROAD<br>EDEN, MD 21822 | DIRECTOR<br>5 | 0. | 0. | 0. |
| TOM CURL<br>4048 KILMARTIN DR<br>TALLAHASSEE, FL 32308 | DIRECTOR<br>5 | 0. | 0. | 0. |
| SAM DARWIN<br>191 DARWIN ROAD<br>HUNTSVILLE, AL 35881 | DIRECTOR<br>5 | 0. | 0. | 0. |
| LOUIS SMITH<br>1538 CO RD 100<br>FREMONT, OH 43420 | DIRECTOR<br>5 | 0. | 0. | 0. |
| LARS HERSETH<br>BOX 106<br>HOUGHTON, SD 57449 | 2ND VICE PRESIDENT<br>5 | 0. | 0. | 0. |
| CORKY JONES<br>RT 1 BOX 17<br>BROWNVILLE, NE 68321 | DIRECTOR<br>5 | 0. | 0. | 0. |

AMERICAN CORN GROWERS ASSOCIATION                                    52-1513597

| | | | | |
|---|---|---|---|---|
| MARK KUHN<br>2667 240TH STREET<br>CHARLES CITY, IA 50616 | DIRECTOR<br>5 | 0. | 0. | 0. |
| MARK LOUNSBERY<br>48187 S DAKOTA HWY 20<br>REVILLO, SD 57259 | DIRECTOR<br>5 | 0. | 0. | 0. |
| GALE LUSH<br>12374 STATE HWY 4<br>WILCOX, NE 68982 | DIRECTOR<br>5 | 0. | 0. | 0. |
| DAN MCGUIRE<br>4540 OAKRIDGE CIRCLE<br>LINCOLN, NE 68516 | DIRECTOR<br>5 | 0. | 0. | 0. |
| DENNIS MITCHELL<br>39831 117TH ST<br>HOUGHTON, SD 57449 | DIRECTOR<br>5 | 0. | 0. | 0. |
| CHARLES PYATT<br>2637 FLOYD LINE STREET<br>GREENE, IA 50636 | DIRECTOR<br>5 | 0. | 0. | 0. |
| VIRGINIA SOLHIEM<br>25289 483RD AVE<br>GARRETSON, SD 57030 | DIRECTOR<br>5 | 0. | 0. | 0. |
| DON CLIFTON<br>306 WARNER ROAD<br>MILFORD, DE 19963 | DIRECTOR<br>5 | 0. | 0. | 0. |
| VIC TOMKA<br>14824 210 STREET<br>CARROLL, IA 51401 | DIRECTOR<br>5 | 0. | 0. | 0. |
| STEVE WATERS<br>29964 286TH AVENUE<br>CARTER, SD 57580 | DIRECTOR<br>5 | 0. | 0. | 0. |
| DAVID SENTER<br>PO BOX 18157<br>WASHINGTON, DC 20036 | DIRECTOR<br>5 | 0. | 0. | 0. |
| JOHN DITTRICH<br>RR 2 BOX 156<br>MEADOW GROVE, NE 68752 | POLICY ANALYST<br>5 | 0. | 0. | 0. |
| LISA MILES<br>PO BOX 18157<br>WASHINGTON, DC 20036 | DIRECTOR<br>40 | 38000. | 0. | 0. |
| Totals Included on Form 990, Part V | | 100000. | 0. | 0. |

`AMERICAN CORN GROWERS ASSOCIATION                          52-1513597

---

Form 990        Part VIII - Relationship of Activities to        Statement   3
                Accomplishment of Exempt Purposes

---

Line    Explanation of Relationship of Activities
----    ----------------------------------------
94      DUES PROVIDE MEANS FOR TRACKING AND MAINTAINING MEMBERSHIP
        INTEREST INCOME IS INCIDENTAL TO PROPER CASH MANAGEMENT OF THE
95      ASSOCIATION'S FUNDS
        CONVENTION PROVIDED MEANS FOR MEMBERS TO BE EDUCATED AND COMMUNICATE
103A    WITH FELLOW MEMBERS

| Form **8868** (Rev. December 2004)<br>Department of the Treasury<br>Internal Revenue Service | **Application for Extension of Time To File an Exempt Organization Return**<br>▶ File a separate application for each return. | OMB No. 1545-1709 |
|---|---|---|

- If you are filing for an **Automatic 3-Month Extension**, complete only Part I and check this box ......................................... ▶ ☒
- If you are filing for an **Additional (not automatic) 3-Month Extension**, complete only Part II (on page 2 of this form).

**Do not complete Part II unless** you have already been granted an automatic 3-month extension on a previously filed Form 8868.

**Part I**    Automatic 3-Month Extension of Time - Only submit original (no copies needed)

**Form 990-T corporations** requesting an automatic 6-month extension - check this box and complete Part I only ......................... ▶ ☐

*All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.*

**Electronic Filing (e-file).** Form 8868 can be filed electronically if you want a 3-month automatic extension of time to file one of the returns noted below (6 months for corporate Form 990-T filers). However, you cannot file it electronically if you want the additional (not automatic) 3-month extension, instead you must submit the fully completed signed page 2 (Part II) of Form 8868. For more details on the electronic filing of this form, visit *www.irs.gov/efile.*

| Type or print | Name of Exempt Organization<br><br>AMERICAN CORN GROWERS ASSOCIATION | Employer identification number<br><br>52-1513597 |
|---|---|---|
| File by the due date for filing your return. See instructions. | Number, street, and room or suite no. If a P.O. box, see instructions.<br>P.O. BOX 18157 | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.<br>WASHINGTON, DC   20036 | |

Check type of return to be filed (file a separate application for each return):

| | | |
|---|---|---|
| ☒ Form 990 | ☐ Form 990-T (corporation) | ☐ Form 4720 |
| ☐ Form 990-BL | ☐ Form 990-T (sec. 401(a) or 408(a) trust) | ☐ Form 5227 |
| ☐ Form 990-EZ | ☐ Form 990-T (trust other than above) | ☐ Form 6069 |
| ☐ Form 990-PF | ☐ Form 1041-A | ☐ Form 8870 |

- The books are in the care of ▶ LARRY MITCHELL
  Telephone No. ▶ 2028350330                          FAX No. ▶
- If the organization does not have an office or place of business in the United States, check this box ............................... ▶ ☐
- If this is for a **Group Return**, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the **whole** group, check this box ▶ ☐ . If it is for **part** of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension will cover.

1    I request an automatic 3-month (6-months for a Form 990-T corporation) extension of time until   August 15, 2005   .
     to file the exempt organization return for the organization named above. The extension is for the organization's return for:
     ▶ ☒ calendar year 2004 or
     ▶ ☐ tax year beginning _____ , and ending _____ .

2    If this tax year is for less than 12 months, check reason:    ☐ Initial return    ☐ Final return    ☐ Change in accounting period

3a   If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any
     nonrefundable credits. See instructions ........................................................................... $ _____

 b   If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated
     tax payments made. Include any prior year overpayment allowed as a credit ........................ $ _____

 c   **Balance Due.** Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD
     coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions .......... $        N/A

**Caution.** If you are going to make an electronic fund withdrawal with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

LHA    **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**                    Form **8868** (Rev. 12-2004)

423831
01-10-05