IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CORN GROWERS ASSOCIATION,<br><br>    Plaintiff.<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    C.A. No. 07-100 SLR<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER FOR BRIEF SCHEDULE**

The defendant having filed a Motion To Dismiss For Failure To State A Claim And Lack Of Standing, along with an opening brief in support thereof (D.I.'s 4 and 5),

IT IS HEREBY STIPULATED AND AGREED that the remaining briefs on the aforesaid motion will be filed in accordance with the following schedule:

    Plaintiff's Answering Brief   -   April 9, 2007

    Defendant's Reply Brief   -   April 23, 2007

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P. O. Box 1070
Wilmington, DE 19899-1070
jgoddess@rmgglaw.com
(302) 656-4433
*Attorney for Plaintiff*

/s/ Richard L. Horwitz
Richard L. Horwitz (No. 2246)
David E. Moore (No. 3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
(302) 984-6000
*Attorneys for Defendant*

    SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Jeffrey S. Goddess, do hereby certify that on March 16, 2007, I hand delivered and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants, including:

>Richard L. Horwitz, Esquire
>David E. Moore, Esquire
>Potter Anderson & Corroon LLP
>P. O. Box 951
>Wilmington, DE 19899-0951

I further certify that on March 16, 2007, I have electronically mailed the documents to the following:

> Peter E. Moll, Esquire
> John J. Rosenthal, Esquire
> Scott Flick, Esquire
> Howrey LLP
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004
> mollp@howrey.com
> rosenthalj@howrey.com
> flicks@howrey.com

> Kenneth A. Letzler, Esquire
> Jonathan I. Gleklen, Esquire
> Arnold & Porter LLP
> 555 12th Street, N.W.
> Washington, DC 20004
> kenneth.letzler@aporter.com
> jonathan.gleklen@aporter.com

*/s/ Jeffrey S. Goddess*
Jeffrey S. Goddess (Del. Bar No. 630)
ROSENTHAL, MONHAIT & GODDESS, P.A.
(302) 656-4433
jgoddess@rmgglaw.com