**ROSENTHAL, MONHAIT & GODDESS, P. A.**
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

March 16, 2007

**VIA ELECTRONIC FILING**

The Hon. Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

      RE:   *ACGA v. Monsanto Company*,
             D.Del. C.A. No. 07-100 SLR

Dear Judge Robinson:

      Earlier this week, defendant Monsanto filed a motion to dismiss. Enclosed for Your Honor's review, and entry if deemed appropriate, is a stipulation proposing a brief schedule for the balance of briefing with respect to that motion.

                                      Respectfully yours,

                                      Jeffrey S. Goddess (No. 630)
                                      jgoddess@rmgglaw.com

JSG/cmw
Enclosure
cc:   Richard Horwitz, Esquire (Via electronic filing)
        David E. Moore, Esquire (Via electronic filing)
        Clerk, U.S. District Court (Via electronic filing)