IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CORN GROWERS ASSOCIATION,<br><br>        Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-100-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Anthony J. Franze and Robert N. Weiner of Arnold & Porter LLP, 555 Twelfth Street, N.W., Washington, D.C. 20004-1206, to represent defendant Monsanto Company in this matter.

                                            POTTER ANDERSON & CORROON LLP

                                            By: */s/ David E. Moore*
                                                   Richard Horwitz (#2246)
                                                   David E. Moore (#3938)
                                                   Hercules Plaza, 6th Floor
                                                   P.O. Box 951
                                                   Wilmington, DE 19801
                                                   (302) 984-6000
                                                   rhorwitz@potteranderson.com
                                                   dmoore@potteranderson.com

                                            *Attorneys for Defendant*
Dated: April 17, 2007                       *Monsanto Company*
788461 / 31255

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                             _____
                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 17, 2007         Signed: /s/ Anthony J. Franze
                                     Anthony J. Franze
                                     ARNOLD & PORTER LLP
                                     555 Twelfth Street, N.W.
                                     Washington, D.C. 20004-1206
                                     Telephone: (202) 942-5000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☑ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: April 17, 2007       Signed: /s/ Robert N. Weiner
                                   Robert N. Weiner
                                   ARNOLD & PORTER LLP
                                   555 Twelfth Street, N.W.
                                   Washington, D.C. 20004-1206
                                   Telephone: (202) 942-5000

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 17, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Jeffrey S. Goddess
Rosenthal, Monhait & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
jgoddess@rmgglaw.com

I hereby certify that on April 17, 2007, I have Electronically Mailed the documents to the following:

Bruce E. Gerstein
Noah H. Silverman
Joseph Opper
Garwin Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, NY 10036
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com
jopper@garwingerstein.com

Adam M. Moskowitz
T. Tucker Ronzetti
David M. Buckner
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon, 9th Floor
Miami, FL 33134
amm@kttlaw.com
tr@kttlaw.com
dmb@kttlaw.com

Stuart E. Des Roches
Odom & Des Roches, LLP
650 Poydras Street
Suite 2020
New Orleans, LA 70130
stuart@odrlaw.com

Daniel Berger
Eric Cramer
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
danberger@bm.net
ecramer@bm.net

Michael Miller
Law Office of Michael Miller
926 Chulie Drive
San Antonio, TX  78216
mdm@mdmlaw.net

Lance A. Harke
Harke & Clasby, LLP
155 S. Miami Avenue, Suite 600
Miami, FL  33130
lharke@harkeclasby.com

I hereby certify that on April 17, 2007, I have sent the documents via U.S. Mail to the following:

David P. Smith
W. Ross Foote
Percy, Smith & Foote, LLP
720 Murray Street
P.O. Box 1632
Alexandria, LA  71309

Roger C. Bolin
Boyle & Bolin Attorneys at Law
227 E. Court St.
Hennepin, IL  61327

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

783308 / 31255