IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-100-SLR ) ) ) ) ) |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and defendant, subject to the approval of the Court, that the time for defendant to file its Reply Brief on its Motion to Dismiss (D.I. 4) is hereby extended through and including April 25, 2007.

ROSENTHAL, MONHAIT & GODDESS, P.A.    POTTER ANDERSON & CORROON LLP

By: */s/ Jeffrey S. Goddess*
    Jeffrey S. Goddess (#630)
    919 Market Street, Suite 1401
    P.O. Box 1070
    Wilmington, DE 19899
    (302) 656-4433
    jgoddess@rmgglaw.com

*Attorneys for Plaintiff*
*American Corn Growers Association*

By: */s/ David E. Moore*
    Richard Horwitz (#2246)
    David E. Moore (#3938)
    Hercules Plaza, 6th Floor
    P.O. Box 951
    Wilmington, DE 19801
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Monsanto Company*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

790864 / 31255