ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

April 27, 2007

**VIA ELECTRONIC FILING/HAND DELIVERY**

The Hon. Sue L. Robinson
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

> RE:  ***ACGA v. Monsanto Company***,
>      D.Del. C.A. No. 07-100 SLR

Dear Judge Robinson:

I am local counsel for plaintiff in this matter.

With the filing of the defendant's reply brief earlier this week (D.I. 13), briefing is now complete on defendant's motion to dismiss (D.I. 4).

In accordance with D.Del. LR 7.1.4, plaintiff wishes to request oral argument on the aforesaid motion.

Respectfully yours,

Jeffrey S. Goddess (No. 630)
jgoddess@rmgglaw.com

JSG/cmw
cc:    Richard Horwitz, Esquire (Via electronic filing)
       David E. Moore, Esquire (Via electronic filing)
       Clerk, U.S. District Court (Via electronic filing)