

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

April 30, 2007

**VIA ELECTRONIC FILING**

Chief Judge Sue L. Robinson
U.S. District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

>  Re:   American Corn Growers Association v. Monsanto Company
>         C.A. No. 07-100-SLR

Dear Chief Judge Robinson:

    We have reviewed Mr. Goddess' April 27, 2007 letter requesting oral argument on Defendant's Motion to Dismiss.  Although Monsanto Company does not believe oral argument is necessary, we will appear at the Court's convenience if Your Honor believes oral argument would be helpful to resolve the pending motions.

>  Respectfully,
>
>  */s/ Richard L. Horwitz*
>
>  Richard L. Horwitz

RLH:msb
792329

cc:   Clerk of the Court (via hand delivery)
      Jeffrey S. Goddess (via electronic mail)
      Peter E. Moll (via electronic mail)
      Kenneth A. Letzler (via electronic mail)