IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN CORN GROWERS ASSOCIATION, | ) ) ) |
| Plaintiff | ) |
| v. | ) C. A. No. 07-100-SLR |
| MONSANTO COMPANY, | ) ) ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that American Corn Growers Association, plaintiff, hereby dismisses this action without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i).

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (No. 630)
Rosenthal, Monhait & Goddess, P.A.
Suite 1401, 919 Market Street
P. O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
*Attorney for Plaintiff*